UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENSLEY CONSTRUCTION, INC., <br> on its own behalf and on behalf <br> of all others similarly situated, <br> <br> Plaintiff, <br> <br> v. <br> <br> MARSH & MCLENNAN COMPANIES, INC., <br> MARSH, INC., ACE USA, ACE INA, <br> AMERICAN INTERNATIONAL GROUP, AMERICAN <br> RE-INSURANCE COMPANY, ARTHUR J. <br> GALLAGHER & CO., HILB ROGAL & HOBBS, <br> COMPANY, WILLIS GROUP HOLDINGS, LTD., <br> WILLIS NORTH AMERICA, INC., WILLIS <br> GROUP, LTD., UNIVERSAL LIFE RESOURCES, <br> UNIVERSAL LIFE RESOURCES, INC. (d/b/a <br> ULR INSURANCE SERVICES, INC., THE CHUBB <br> CORPORATION, USI HOLDINGS, INC., <br> METLIFE, INC., PRUDENTIAL FINANCIAL, <br> INC., UNUMPROVIDENT CORPORATION, THE <br> ST. PAUL TRAVELERS COMPANIES, INC., <br> ZURICH AMERICAN INSURANCE COMPANY, <br> LIBERTY MUTUAL GROUP INC., LIBERTY <br> MUTUAL FIRE INSURANCE COMPANY, <br> EMPLOYERS INSURANCE COMPANY OF WAUSAU <br> And ST. JAMES INSURANCE COMPANY LTD. <br> <br> Defendants. | CIVIL ACTION NO. <br> 05-11249-GAO |

NOTICE OF APPEARANCE

Pursuant to United States District Court Local Rule 83.5.2, please enter the appearance of Ian Crawford on behalf of the Defendant USI Holdings Corp. (mis-named in the caption as USI Holdings, Inc.) in the above-captioned action.

>                                   Respectfully submitted,
>
>                                   USI HOLDINGS CORP.
>
>                                   By its attorney,
>
>
>                                   /s/ Ian Crawford
>                                   Ian Crawford (BBO#544475)
>                                   Todd & Weld LLP
>                                   28 State Street
>                                   Boston, MA  02109
>                                   (617) 720-2626

DATED:  June 16, 2005


### CERTIFICATE OF SERVICE

I, Ian Crawford, do hereby certify that I caused a true and accurate copy of the within Notice of Appearance to be served upon the parties listed below, who do not otherwise receive electronic notice, on this 16th day of June, 2005 by postage prepaid, first class mail.

>                                   /s/ Ian Crawford


DATED:  June 16, 2005



Kenneth G. Gilman, Esquire
Douglas J. Hoffman, Esquire
Gilman and Pastor, LLP
60 State Street, 37th Floor
Boston, MA  02109
(Counsel to Bensley Construction Inc.)

Daniel S. Savrin, Esquire
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110
(Counsel to Marsh & McLennan Companies, Inc.
 Marsh, Inc.)

John A.D. Gilmore, Esquire

```
DLA Piper Rudnick Gray Cary
One International Place, 21st Floor
Boston, MA  02110-2600
And
Laura Besvinick, Esquire
Hogan & Hartson LLP
Mellon Financial Center
1111 Brickell, Suite 1900
Miami, FL  33131
(Attorneys for The Chubb Corporation)

Brien T. O'Connor, Esquire
Timothy J. Casey, Esquire
Ropes & Gray LLP
One International Place
Boston, MA  02110
And
Roberta A. Kaplan, Esquire
Paul, Weiss, Rifkind, Wharton &
  Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064
(Counsel to American Insurance Group Inc.)

Ralph T. LePore, III, Esquire
James M. Tierney, Esquire
Holland & Knight LLP
10 St. James Avenue
Boston, MA  02116
(Counsel to for Liberty Mutual Group Inc., Liberty
 Mutual Insurance Company, Liberty Mutual Fire
  Insurance Company, Employers Insurance Company of Wausau and
  St. James Insurance Company Ltd.)

Philip T. Newbury, Esquire
Mark J. Claflin, Esquire
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT  06114
And
H. Lee Godfrey, Esquire
Neal S. Manne, Esquire
Johnny W. Carter, Esquire
Jeffrey R. Seely, Esquire
Susman Godfrey LLP
1000 Louisiana Street, Suite 5100
Houston, TX 77002
 (Counsel to ACE USA and ACE INA)
```

3

```
Bruce W. Edmands, Esquire
Eckert Seamans Cherin &
   Mellott, LLC
One International Place
Boston, MA  02110
(Counsel to Zurich American Insurance Company)

John F. Collins, Esquire
Molly Lehr, Esquire
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY  10019
(Counsel to American Re-Insurance Company)

Ingrid Hlawaty, Esquire
Edwin M. Larkin, Esquire
Lina M. Viviano, Esquire
200 Park Avenue
New York, NY  10166-4193
And
Terry M. Grimm, Esquire
Stephen C. Schulte, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601
(Counsel to Arthur J. Gallagher & Co.)

Juliane Balliro, Esquire
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, MA  02108-3106
(Counsel to Hilb Rogal & Hobbs, Company)

James V. Masella, III, Esquire
Richard C. Pepperman, II, Esquire
Anastasia A. Angelov, Esquire
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004
(Counsel to Willis Group Holdings, Ltd., Willis
 North America, Inc. and Willis Group Ltd.)

David Gabianelli, Esquire
Ray L. Wong, Esquire
Ned M. Gelhaar, Esquire
Hancock Rothert and Bunshoft LLP
Four Embarcadero Center, Suite 300
```

San Francisco, CA  94111
(Counsel to Universal Life Resources and
 Universal Life Resources, Inc. (d/b/a ULR Insurance
 Services, Inc.)

Richard B. Zabel, Esquire
Robert H. Pees, Esquire
Patrick C. Schmitter, Esquire
Vadim Sarma, Esquire
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, New York  10022-2524
(Counsel to USI Holdings Corp.)

Daniel B. Winslow, Esquire
Patricia R. Rich, Esquire
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA  02210
(Counsel to MetLife Inc.)

John R. Middleton, Jr., Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068
(Counsel to Prudential Financial, Inc.)

Joseph Hamilton, Esquire
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA  01608-1477
And
Deborah E. Hryb, Esquire
Patrick W. Shea, Esquire
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Blvd., 9th Floor
Stamford, CT  06901
(Counsel to UnumProvident Corporation)

Paul C. Curnin, Esquire
Michael J. Garvey, Esquire
David H. LaRocca, Esquire
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017
(Counsel to The St. Paul Travelers Companies, Inc.)