UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BENSLEY CONSTRUCTION, INC.
on its own behalf and on behalf of all others similarly
situated,

                Plaintiff,

v.

MARSH & MCLENNAN COMPANIES, INC.,
MARSH, INC., ACE USA, ACE INA, AMERICAN
INTERNATIONAL GROUP, AMERICAN
REINSURANCE COMPANY, ARTHUR J.
GALLAGHER & CO., HILB ROGAL & HOBBS,
COMPANY, WILLIS GROUP HOLDINGS, LTD.,
WILLIS NORTH AMERICA INC., WILLIS GROUP
LTD., UNIVERSAL LIFE RESOURCES,
UNIVERSAL LIFE RESOURCES, INC. (d/b/a ULR
INSURANCE SERVICES, INC.), THE CHUBB
CORPORATION, USI HOLDINGS, INC., METLIFE,
INC., PRUDENTIAL FINANCIAL, INC.,
UNUMPROVIDENT CORPORATION, THE ST.
PAUL TRAVELERS COMPANIES, INC., ZURICH
AMERICAN INSURANCE COMPANY, LIBERTY
MUTUAL GROUP INC., LIBERTY MUTUAL
INSURANCE COMPANY, LIBERTY MUTUAL
FIRE INSURANCE COMPANY, EMPLOYERS
INSURANCE COMPANY OF WAUSAU, and ST.
JAMES INSURANCE COMPANY LTD.,

                Defendant.

Civil Action No. 05-11249-GAO

**CONSENT TO REMOVAL**

American International Group, Inc. ("AIG")[1] hereby consents to removal of the above-

---

[1] The complaint names as a defendant, "American International Group" and not AIG. In filing this consent, AIG expressly reserves any and all rights and defenses available under Rule 12 of the Federal Rules of Civil Procedure, including but not limited to, arguments concerning ineffective service of process and that American International Group, Inc. is not a proper party to this action.

captioned matter, but does not take a position on the specific grounds included in the Notice of Removal filed by Marsh & McLennan Companies, Inc. and Marsh, Inc. on June 15, 2005.

AMERICAN INTERNATIONAL GROUP, INC.

By its attorneys,

*/s/ Timothy J. Casey*

Brien T. O'Connor, BBO #546767
Timothy J. Casey, BBO #650913
Ropes & Gray LLP
One International Place
Boston, MA 02110
(617) 951-7000


Roberta A. Kaplan, Esq., BBO #559570
Paul, Weiss, Rifkind, Wharton &
   Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

Dated: June 16, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following by hand-delivery (Boston counsel) or first-class mail on June 16, 2005:

| | |
|---|---|
| Bensley Construction Inc. | Kenneth G. Gilman, Esq.<br>Douglas J. Hoffman, Esq.<br>Gilman and Pastor, LLP<br>60 State Street, 37th Floor<br>Boston, MA 02109 |
| Marsh & McLennan Companies, Inc.<br>Marsh, Inc. | Daniel S. Savrin, Esq.<br>Joshua Vitullo, Esq.<br>Bingham McCutchen LLP<br>150 Federal Street<br>Boston, MA 02110 |

- 3 -

| | |
|---|---|
| The Chubb Corporation | John A.D. Gilmore, Esq.<br>DLA Piper Rudnick Gray Cary<br>One International Place, 21st Floor<br>Boston, MA 02110-2600<br><br>Laura Besvinick, Esq.<br>Hogan & Hartson LLP<br>Mellon Financial Center<br>1111 Brickell Avenue, Suite 1900<br>Miami, FL 33131 |
| Liberty Mutual Group Inc.,<br>Liberty Mutual Insurance Co.,<br>Liberty Mutual Fire Insurance Co.,<br>Employers Insurance Co. of Wausau,<br>St. James Insurance Company Ltd. | Ralph T. LePort, III, Esq.<br>James M. Tierney, Esq.<br>Holland & Knight LLP<br>10 St. James Avenue<br>Boston, MA 02116 |
| The St. Paul Travelers Companies, Inc. | Paul C. Curnin, Esq.<br>Michael J. Garvey, Esq.<br>David H. LaRocca, Esq.<br>Simpson Thatcher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 |
| UnumProvident Corporation | Joseph Hamilton, Esq.<br>Mirick, O'Connell, DeMallie<br>  & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br><br>Deborah E. Hryb, Esq.<br>Patrick W. Shea, Esq.<br>Paul, Hastings, Janofsky &<br>  Walker LLP<br>1055 Washington Blvd.<br>9th Floor<br>Stamford, CT 06901 |
| Prudential Financial, Inc. | John R. Middleton, Jr., Esq.<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>973-597-2582 |
| MetLife, Inc. | Daniel B. Winslow, Esq.<br>Patricia R. Rich, Esq.<br>Duane Morris LLP<br>470 Atlantic Avenue, Suite 500<br>Boston, MA 02210 |
| USI Holdings Corp. | Ian Crawford, Esq.<br>Todd & Weld LLP<br>28 State Street, 31st Floor<br>Boston, MA 02109 |

|  |  |
|---|---|
|  | Robert H. Pees, Esq.<br>Vadim Sarma, Esq.<br>Akin Gump Strauss Hauer<br>  & Feld LLP<br>590 Madison Avenue<br>New York, NY  10022-2524 |
| Universal Life Resources,<br>Universal Life Resources, Inc.<br>(d/b/a ULR Insurance Services, Inc.) | David Gabianelli, Esq.<br>Ray L. Wong, Esq.<br>Ned. M. Gelhaar, Esq.<br>Hancock Rothert and Bunshoft LLP<br>Four Embarcadero Center, St. 300<br>San Francisco, CA  94111 |
| Willis Group Holdings, Ltd.,<br>Willis North America Inc.,<br>Willis Group Ltd. | James V. Masella III, Esq.<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY  10004<br>212-558-4000 |
|  | Richard C. Pepperman II, Esq.<br>Anastasia A. Angelova, Esq.<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY  10004-2498 |
| Hilb Rogal & Hobbs, Company | Juliane Balliro, Esq.<br>Perkins Smith & Cohen LLP<br>One Beacon Street, 30th Floor<br>Boston, MA  02108-3106 |
| Arthur J. Gallagher & Co. | Ingrid Hlawaty, Esq.<br>Edwin M. Larkin, Esq.<br>Lina M. Viviano, Esq.<br>200 Park Avenue<br>New York, NY  10166-4193 |
|  | Terry M. Grimm, Esq.<br>Stephen C. Schulte, Esq.<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL  60601 |
| Zurich American Insurance Company | Bruce W. Edmands, Esq.<br>Eckert Seamans Cherin<br>  & Mellot, LLC<br>One International Place<br>Boston, MA  02110 |
| American Re-Insurance Company | John F. Collins, Esq.<br>Molly Lehr, Esq.<br>Dewey Ballantine LLP<br>1301 Avenue of the Americas<br>New York, NY  10019 |

- 5 -

| | |
|---|---|
| ACE USA,<br>ACE INA | Philip T. Newbury, Esq.<br>Mark J. Claflin, Esq.<br>Howd & Ludorf, LLC<br>65 Wethersfield Ave.<br>Hartford, CT  06114<br><br>H. Lee Godfrey, Esq<br>Neal S. Manne, Esq.<br>Johnny W. Carter, Esq.<br>Jeffrey R. Seely, Esq.<br>Susman Godfrey LLP<br>1000 Louisiana St., Ste. 5100<br>Houston, TX  77002 |

_/s/ Timothy J. Casey_
Timothy J. Casey