UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENSLEY CONSTRUCTION, INC., on its own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARSH & MCLENNAN COMPANIES, INC., MARSH, INC., ACE USA, ACE INA, AMERICAN INTERNATIONAL GROUP, AMERICAN REINSURANCE COMPANY, ARTHUR J. GALLAGHER & CO., HILB ROGAL & HOBBS, COMPANY, WILLIS GROUP HOLDINGS, LTD., WILLIS NORTH AMERICA INC., WILLIS GROUP LTD., UNIVERSAL LIFE RESOURCES, UNIVERSAL LIFE RESOURCES, INC. (d/b/a ULR INSURANCE SERVICES, INC.), THE CHUBB CORPORATION, USI HOLDINGS, INC., METLIFE, INC., PRUDENTIAL FINANCIAL, INC., UNUMPROVIDENT CORPORATION, THE ST. PAUL TRAVELERS COMPANIES, INC., ZURICH AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL GROUP INC., LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, EMPLOYERS INSURANCE COMPANY OF WAUSAU, and ST. JAMES INSURANCE COMPANY LTD.,<br><br>Defendants. | Civil Action No. 05 11249 GAO |

**MOTION TO STAY THIS ACTION
PENDING A DETERMINATION ON TRANSFER BY
THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Defendants Marsh & McLennan Companies, Inc., Marsh, Inc., ACE USA, ACE

INA, American International Group, Inc., American Reinsurance Company, Arthur J.

Gallagher & Co., Hilb Rogal & Hobbs Company, Willis Group Holdings, Ltd., Willis

North America Inc., Willis Group Ltd., Universal Life Resources, Universal Life Resources, Inc. (d/b/a ULR Insurance Services, Inc.), USI Holdings, Inc., MetLife, Inc., Prudential Financial, Inc., UnumProvident Corporation, The St. Paul Travelers Companies, Inc., and Zurich American Insurance Company (collectively, "Movants") hereby moves this Court to stay this action until the Judicial Panel on Multidistrict Litigation (the "JPML") either transfers this action or denies transfer.[1]

This action is one of over twenty cases filed in or removed to various federal courts across the country against insurers and insurance brokers on the heels of an investigation by the New York Attorney General. Plaintiff's action, like each of the other actions in federal court, is based on the allegations contained in the New York Attorney General complaints. The purported class sought to be certified in this action is a virtual subset of the class sought to be certified in the other federal actions. In light of the similarity of the various actions, the JPML in February 2005 transferred three cases that had been brought to its attention to the United States District Court for the District of New Jersey, where they have been assigned to Judge Faith S. Hochberg as *In re Insurance Brokerage Antitrust Litigation*, MDL No. 1663. Some twenty cases have now been consolidated before the MDL court. On June 17, 2005, the JPML clerk was notified

---

[1] The Complaint names as a Defendant "American International Group" and not "American International Group, Inc." In filing this motion, the Movants reserve any and all rights and defenses available under Rule 12 of the Federal Rules of Civil Procedure, including but not limited to, arguments concerning ineffective service of process, personal jurisdiction, and that any defendant is not a proper party to this action.

2

that the above-captioned matter raises issues of fact and law in common with the previously transferred actions and should be similarly transferred to Judge Hochberg.

For the reasons set for the herein and in the accompanying Memorandum in Support, Movants respectfully request that the Court stay all proceedings in this action until after the JPML either transfers the action to Judge Hochberg or denies said transfer.

**WHEREFORE**, for the foregoing reasons, Movants respectfully request that this action be stayed until the JPML either transfers this action to the District of New Jersey or denies transfer.

Dated: June 20, 2005

Marsh & McLennan Companies, Inc., and Marsh Inc., on their own behalf and on behalf of and with the consent of ACE USA; ACE INA; Zurich American Insurance Company; American International Group, Inc.; American Re-Insurance Company; Arthur J. Gallagher & Co.; Hilb Rogal & Hobbs, Company; Willis Group Holdings, Ltd.; Willis North America Inc.; Willis Group Ltd.; Universal Life Resources; Universal Life Resources, Inc. (d/b/a ULR Insurance Services, Inc.); USI Holdings Corp.; MetLife, Inc.; Prudential Financial, Inc.; UnumProvident Corporation; The St. Paul Travelers Companies, Inc.,

By: _____
Daniel S. Savrin  BBO #555434
Joshua Vitullo  BBO #654310
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
617-951-8000
*Attorneys for Defendants Marsh & McLennan Companies, Inc., and Marsh Inc.*

Mitchell J. Auslander, Esq.
John R. Oller, Esq.
Christopher J. St. Jeanos, Esq.
Kristin Branson, Esq.
Wilkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
212-728-8000
*Of Counsel for Defendants Marsh & McLennan Companies, Inc., and Marsh Inc.*

Philip T. Newbury BBO #370070
Mark J. Claflin BBO #657175
Howd & Ludorf, LLC
65 Wethersfield Ave.
Hartford, CT 06114
860-249-1361
*Attorneys for Defendants*
*ACE USA and ACE INA*


H. Lee Godfrey, Esq.
Neal S. Manne, Esq.
Johnny W. Carter, Esq.
Jeffrey R. Seely, Esq.
Susman Godfrey LLP
1000 Louisiana St., Ste. 5100
Houston, TX 77002
713-651-9366
*Of Counsel for Defendants*
*ACE USA and ACE INA*


Bruce W. Edmands, BBO #151360
Eckert Seamans Cherin & Mellott, LLC
One International Place
Boston, MA 02110
617-342-6886
*Attorneys for Defendant*
*Zurich American Insurance Company*


Brien T. O'Connor, BBO #546767
Timothy J. Casey, BBO #650913
Ropes & Gray LLP
One International Place
Boston, MA  02110
617-951-7000
*Attorneys for Defendant*
*American International Group, Inc.*

5

        Roberta A. Kaplan, Esq., BBO #559570
        Paul, Weiss, Rifkind, Wharton &
          Garrison LLP
        1285 Avenue of the Americas
        New York, NY 10019-6064
        212-373-3000
        *Attorneys for Defendant*
        *American International Group, Inc.*


        John F. Collins, Esq.
        Molly Lehr, Esq.
        Dewey Ballantine LLP
        1301 Avenue of the Americas
        New York, NY  10019
        212-259-8000
        *Attorneys for Defendant*
        *American Re-Insurance Company*


        Edwin M. Larkin, Esq.
        Lina M. Viviano, Esq.
        200 Park Avenue
        New York, NY  10166-4193
        212-294-6700
        *Of Counsel for Defendant*
        *Arthur J. Gallagher & Co.*


        Terry M. Grimm, Esq.
        Stephen C. Schulte, Esq.
        Winston & Strawn LLP
        35 West Wacker Drive
        Chicago, IL  60601312-558-5890
        *Of Counsel for Defendant*
        *Arthur J. Gallagher & Co.*

Juliane Balliro, BBO #028010
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, MA 02108-3106
617-854-4000
*Attorneys for Defendant*
*Hilb Rogal & Hobbs, Company*


James V. Masella III, BBO #562882
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
212-558-4000
*Attorneys for Defendant Willis Group*
*Holdings, Ltd., Willis North America Inc.,*
*and Willis Group Ltd.*


Richard C. Pepperman II, Esq.
Anastasia A. Angelova, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004-2498
212-558-4000
*Of Counsel for Defendant Willis Group*
*Holdings, Ltd., Willis North America Inc.,*
*and Willis Group Ltd.*


David Gabianelli, Esq.
Ray L. Wong, Esq.
Ned M. Gelhaar, Esq.
Hancock Rothert and Bunshoft LLP
Four Embarcadero Center, Ste. 300
San Francisco, CA  94111
415-981-5550
*Of Counsel for Defendants Universal Life*
*and Resources, Universal Life Resources,*
*Inc. (d/b/a ULR Insurance Services, Inc.)*

Ian Crawford BBO #544475
Todd & Weld LLP
28 State Street, 31st Fl.
Boston, MA  02109
617-720-2626
*Attorneys for Defendant USI Holdings Corp.*

Robert H. Pees, Esq.
Vadim Sarma, Esq.
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY  10022-2524
212-872-1000
*Of Counsel for Defendant*
*USI Holdings Corp.*

Daniel B. Winslow, BBO #541972
Patricia R. Rich, BBO #640578
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA  02210
617-289-9200
*Attorneys for Defendant MetLife, Inc.*

James W. Carbin
Eric Breslin
Duane Morris LLP
744 Broad St.
Newark, NJ 07102
973-424-2000
*Of Counsel for Defendant MetLife, Inc.*

Barry Y. Weiner BBO #519700
Maureen Mulligan BBO #556482
Ruberto, Israel & Weiner
100 North Washington Street
Boston, MA 02114
617-742-4200
*Attorneys for Defendant*
*Prudential Financial, Inc.*

8

John R. Middleton, Jr., Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068
973-597-2582
*Of Counsel for Defendant*
*Prudential Financial, Inc.*


Joseph Hamilton, BBO #546394
Mirick, O'Connell, DeMallie &
    Lougee, LLP
100 Front Street
Worcester, MA  01608-1477
*Attorneys for Defendant*
*UnumProvident Corporation*


Deborah E. Hryb, Esq.
Patrick W. Shea, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Blvd., 9th Floor
Stamford, CT  06901
203-961-7400
*Of Counsel for Defendant*
*UnumProvident Corporation*


David H. LaRocca, Esq.
Michael J. Garvey, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017
212-455-2377
*Of Counsel for Defendant The St. Paul*
*Travelers Companies, Inc.*

9

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

The undersigned hereby certifies that counsel have conferred and have attempted in good faith to resolve or narrow the issues presented by the accompanying motion prior to the filing of said motion.

                                                                                                                     _____

                                                                       Joshua Vitullo BBO #654310
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
617-951-8000

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENSLEY CONSTRUCTION, INC., on its own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARSH & MCLENNAN COMPANIES, INC., MARSH, INC., ACE USA, ACE INA, AMERICAN INTERNATIONAL GROUP, AMERICAN REINSURANCE COMPANY, ARTHUR J. GALLAGHER & CO., HILB ROGAL & HOBBS, COMPANY, WILLIS GROUP HOLDINGS, LTD., WILLIS NORTH AMERICA INC., WILLIS GROUP LTD., UNIVERSAL LIFE RESOURCES, UNIVERSAL LIFE RESOURCES, INC. (d/b/a ULR INSURANCE SERVICES, INC.), THE CHUBB CORPORATION, USI HOLDINGS, INC., METLIFE, INC., PRUDENTIAL FINANCIAL, INC., UNUMPROVIDENT CORPORATION, THE ST. PAUL TRAVELERS COMPANIES, INC., ZURICH AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL GROUP INC., LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, EMPLOYERS INSURANCE COMPANY OF WAUSAU, and ST. JAMES INSURANCE COMPANY LTD.,<br><br>Defendants. | Civil Action No. 05 11249 GAO |

**MOTION TO STAY THIS ACTION
PENDING A DETERMINATION ON TRANSFER BY
THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Defendants Marsh & McLennan Companies, Inc., Marsh, Inc., ACE USA, ACE INA, American International Group, Inc., American Reinsurance Company, Arthur J. Gallagher & Co., Hilb Rogal & Hobbs Company, Willis Group Holdings, Ltd., Willis

North America Inc., Willis Group Ltd., Universal Life Resources, Universal Life Resources, Inc. (d/b/a ULR Insurance Services, Inc.), USI Holdings, Inc., MetLife, Inc., Prudential Financial, Inc., UnumProvident Corporation, The St. Paul Travelers Companies, Inc., and Zurich American Insurance Company (collectively, "Movants") hereby moves this Court to stay this action until the Judicial Panel on Multidistrict Litigation (the "JPML") either transfers this action or denies transfer.[1]

This action is one of over twenty cases filed in or removed to various federal courts across the country against insurers and insurance brokers on the heels of an investigation by the New York Attorney General. Plaintiff's action, like each of the other actions in federal court, is based on the allegations contained in the New York Attorney General complaints. The purported class sought to be certified in this action is a virtual subset of the class sought to be certified in the other federal actions. In light of the similarity of the various actions, the JPML in February 2005 transferred three cases that had been brought to its attention to the United States District Court for the District of New Jersey, where they have been assigned to Judge Faith S. Hochberg as *In re Insurance Brokerage Antitrust Litigation*, MDL No. 1663. Some twenty cases have now been consolidated before the MDL court. On June 17, 2005, the JPML clerk was notified

---

[1] The Complaint names as a Defendant "American International Group" and not "American International Group, Inc." In filing this motion, the Movants reserve any and all rights and defenses available under Rule 12 of the Federal Rules of Civil Procedure, including but not limited to, arguments concerning ineffective service of process, personal jurisdiction, and that any defendant is not a proper party to this action.

that the above-captioned matter raises issues of fact and law in common with the previously transferred actions and should be similarly transferred to Judge Hochberg.

For the reasons set for the herein and in the accompanying Memorandum in Support, Movants respectfully request that the Court stay all proceedings in this action until after the JPML either transfers the action to Judge Hochberg or denies said transfer.

**WHEREFORE**, for the foregoing reasons, Movants respectfully request that this action be stayed until the JPML either transfers this action to the District of New Jersey or denies transfer.

Dated: June 20, 2005

LITDOCS/605748.1

Marsh & McLennan Companies, Inc., and Marsh Inc., on their own behalf and on behalf of and with the consent of ACE USA; ACE INA; Zurich American Insurance Company; American International Group, Inc.; American Re-Insurance Company; Arthur J. Gallagher & Co.; Hilb Rogal & Hobbs, Company; Willis Group Holdings, Ltd.; Willis North America Inc.; Willis Group Ltd.; Universal Life Resources; Universal Life Resources, Inc. (d/b/a ULR Insurance Services, Inc.); USI Holdings Corp.; MetLife, Inc.; Prudential Financial, Inc.; UnumProvident Corporation; The St. Paul Travelers Companies, Inc.,

By: _____
Daniel S. Savrin  BBO #555434
Joshua Vitullo  BBO #654310
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
617-951-8000
*Attorneys for Defendants Marsh & McLennan Companies, Inc., and Marsh Inc.*

Mitchell J. Auslander, Esq.
John R. Oller, Esq.
Christopher J. St. Jeanos, Esq.
Kristin Branson, Esq.
Wilkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
212-728-8000
*Of Counsel for Defendants Marsh & McLennan Companies, Inc., and Marsh Inc.*

4

Philip T. Newbury BBO #370070
Mark J. Claflin BBO #657175
Howd & Ludorf, LLC
65 Wethersfield Ave.
Hartford, CT 06114
860-249-1361
*Attorneys for Defendants*
*ACE USA and ACE INA*


H. Lee Godfrey, Esq.
Neal S. Manne, Esq.
Johnny W. Carter, Esq.
Jeffrey R. Seely, Esq.
Susman Godfrey LLP
1000 Louisiana St., Ste. 5100
Houston, TX 77002
713-651-9366
*Of Counsel for Defendants*
*ACE USA and ACE INA*


Bruce W. Edmands, BBO #151360
Eckert Seamans Cherin & Mellott, LLC
One International Place
Boston, MA 02110
617-342-6886
*Attorneys for Defendant*
*Zurich American Insurance Company*


Brien T. O'Connor, BBO #546767
Timothy J. Casey, BBO #650913
Ropes & Gray LLP
One International Place
Boston, MA 02110
617-951-7000
*Attorneys for Defendant*
*American International Group, Inc.*

Roberta A. Kaplan, Esq., BBO #559570
Paul, Weiss, Rifkind, Wharton &
    Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3000
*Attorneys for Defendant*
*American International Group, Inc.*


John F. Collins, Esq.
Molly Lehr, Esq.
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019
212-259-8000
*Attorneys for Defendant*
*American Re-Insurance Company*


Edwin M. Larkin, Esq.
Lina M. Viviano, Esq.
200 Park Avenue
New York, NY 10166-4193
212-294-6700
*Of Counsel for Defendant*
*Arthur J. Gallagher & Co.*


Terry M. Grimm, Esq.
Stephen C. Schulte, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601 312-558-5890
*Of Counsel for Defendant*
*Arthur J. Gallagher & Co.*

Juliane Balliro, BBO #028010
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, MA 02108-3106
617-854-4000
*Attorneys for Defendant
Hilb Rogal & Hobbs, Company*

James V. Masella III, BBO #562882
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
212-558-4000
*Attorneys for Defendant Willis Group
Holdings, Ltd., Willis North America Inc.,
and Willis Group Ltd.*

Richard C. Pepperman II, Esq.
Anastasia A. Angelova, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498
212-558-4000
*Of Counsel for Defendant Willis Group
Holdings, Ltd., Willis North America Inc.,
and Willis Group Ltd.*

David Gabianelli, Esq.
Ray L. Wong, Esq.
Ned M. Gelhaar, Esq.
Hancock Rothert and Bunshoft LLP
Four Embarcadero Center, Ste. 300
San Francisco, CA 94111
415-981-5550
*Of Counsel for Defendants Universal Life
and Resources, Universal Life Resources,
Inc. (d/b/a ULR Insurance Services, Inc.)*

Ian Crawford BBO #544475
Todd & Weld LLP
28 State Street, 31st Fl.
Boston, MA 02109
617-720-2626
*Attorneys for Defendant USI Holdings Corp.*

Robert H. Pees, Esq.
Vadim Sarma, Esq.
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022-2524
212-872-1000
*Of Counsel for Defendant*
*USI Holdings Corp.*

Daniel B. Winslow, BBO #541972
Patricia R. Rich, BBO #640578
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
617-289-9200
*Attorneys for Defendant MetLife, Inc.*

James W. Carbin
Eric Breslin
Duane Morris LLP
744 Broad St.
Newark, NJ 07102
973-424-2000
*Of Counsel for Defendant MetLife, Inc.*

Barry Y. Weiner BBO #519700
Maureen Mulligan BBO #556482
Ruberto, Israel & Weiner
100 North Washington Street
Boston, MA 02114
617-742-4200
*Attorneys for Defendant*
*Prudential Financial, Inc.*

John R. Middleton, Jr., Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
973-597-2582
*Of Counsel for Defendant
Prudential Financial, Inc.*


Joseph Hamilton, BBO #546394
Mirick, O'Connell, DeMallie &
    Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
*Attorneys for Defendant
UnumProvident Corporation*


Deborah E. Hryb, Esq.
Patrick W. Shea, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Blvd., 9th Floor
Stamford, CT 06901
203-961-7400
*Of Counsel for Defendant
UnumProvident Corporation*


David H. LaRocca, Esq.
Michael J. Garvey, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
212-455-2377
*Of Counsel for Defendant The St. Paul
Travelers Companies, Inc.*

LITDOCS/605748.1

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

The undersigned hereby certifies that counsel have conferred and have attempted in good faith to resolve or narrow the issues presented by the accompanying motion prior to the filing of said motion.

/s/ Joshua Vitullo
Joshua Vitullo BBO #654310
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
617-951-8000