UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENSLEY CONSTRUCTION, INC., on its own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARSH & MCLENNAN COMPANIES, INC., MARSH, INC., ACE USA, ACE INA, AMERICAN INTERNATIONAL GROUP, AMERICAN RE-INSURANCE COMPANY, ARTHUR J. GALLAGHER & CO., HILB ROGAL & HOBBS, COMPANY, WILLIS GROUP HOLDINGS, LTD., WILLIS NORTH AMERICA INC., WILLIS GROUP LTD., UNIVERSAL LIFE RESOURCES, UNIVERSAL LIFE RESOURCES, INC. (d/b/a ULR INSURANCE SERVICES, INC.), THE CHUBB CORPORATION, USI HOLDINGS, INC., METLIFE, INC., PRUDENTIAL FINANCIAL, INC., UNUMPROVIDENT CORPORATION, THE ST. PAUL TRAVELERS COMPANIES, INC., ZURICH AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL GROUP INC., LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, EMPLOYERS INSURANCE COMPANY OF WAUSAU, and ST. JAMES INSURANCE COMPANY LTD.,<br><br>Defendants. | Civil Action No. 05 11249 GAO |

**MOTION FOR ENLARGEMENT OF TIME
TO FILE RESPONSE TO THE AMENDED CLASS ACTION COMPLAINT**

Defendants Marsh & McLennan Companies, Inc., Marsh, Inc. (herein after "Marsh"), ACE USA, ACE INA, American International Group, Inc., American Re-Insurance Company, Arthur J. Gallagher & Co., Hilb Rogal & Hobbs Company, Willis

Group Holdings, Ltd., Willis North America Inc., Willis Group Ltd., Universal Life Resources, Universal Life Resources, Inc. (d/b/a ULR Insurance Services, Inc.), USI Holdings Corp., MetLife, Inc., Prudential Financial, Inc., UnumProvident Corporation, The St. Paul Travelers Companies, Inc., and Zurich American Insurance Company (collectively, "Movants") hereby move this Court, pursuant to Fed. R. Civ. Pro. 6(b), for an enlargement of time to file their responses to the First Amended Class Complaint until 20 days after the Court rules on the pending Motion to Stay, or, in the alternative, July 15, 2005.[1]  In support for this motion, Movants state as follows:

1. On February 17, 2005, the day before the President signed the Class Action Fairness Act, Plaintiff filed an original Class Action Complaint in the instant case. Plaintiff never served this complaint and no response was ever required.

2. On May 16, 2005, approximately three months after the original Complaint was filed, Plaintiff filed an Amended Class Action Complaint in Massachusetts Superior Court for Essex County, and served some Movants by May 18, 2005.  Therefore, for some Movants, responses in Superior Court were due by June 7, 2005.

3. On June 1, 2005, Plaintiff's counsel, Ken Gilman, and counsel for Marsh, Daniel Savrin, agreed to an extension to file responses to the Amended Class Action

---

[1] The Complaint names as a Defendant "American International Group" and not "American International Group, Inc," and "USI Holdings, Inc.," but not "USI Holdings Corp."  In filing this motion, the Movants reserve any and all rights and defenses available under Rule 12 of the Federal Rules of Civil Procedure, including but not limited to, arguments concerning ineffective service of process, personal jurisdiction, and that any defendant is not a proper party to this action.

LITDOCS/605963.3

Complaint by July 15, 2005.  This agreement was memorialized in an email from Mr. Savrin to Mr. Gilman that day, *see* Savrin Aff. Ex. 1, to which Mr. Gilman responded, *see* Savrin Aff. Ex. 2.  The agreement was further memorialized in a letter from Mr. Savrin to Mr. Gilman dated June 6, 2005.  *See* Savrin Aff. Ex. 3.

    4. On June 15, 2005, Movant Marsh removed this action to this Court.  Pursuant to Fed. R. Civ. Pro. 81(c) (in the absence of the parties' agreement), a response to the Complaint is due "within 5 days after the filing of the petition for removal."

    5. On June 17, 2005, a tag-along notice was sent to the Clerk of the Judicial Panel on Multidistrict Litigation, noting that this matter was substantially similar to matters previously transferred to the United States District Court for the District of New Jersey, as part of the Multidistrict Litigation before Judge Faith S. Hochberg entitled *In re Insurance Brokerage Antitrust Litigation*, MDL No. 1663 (the "MDL litigation").  *See* Savrin Aff. Ex. 4.

    6. On June 20, 2005, the Movants moved this court for a stay of proceedings pending transfer to the MDL litigation.[2]  Therefore, were this court to grant Movants' Motion to Stay, no responses to the Amended Class Action Complaint would be due until Judge Hochberg ruled on the underlying uniform questions between this case and the MDL Litigation.

---

[2] While the agreement with Plaintiff constitutes an "order [or] other proceedings" in effect prior to removal to this Court, and should therefore remain "in full force and effect until dissolved or modified by the district court," *see* 28 U.S.C. §1450, in this motion Movants request a modification of that agreement in light of the Motion to Stay.

7. Because of the underlying similarities between this matter and the matters consolidated in the MDL Litigation, it would be both inequitable and inefficient to require Movants to file responses to the Amended Class Action Complaint in the instant matter before such responses are required in the MDL Litigation. Currently, Movants responses in the MDL Litigation would not be required before 60 days after the MDL Litigation Plaintiffs file their Consolidated Amended Class Complaint. *See* Savrin Aff. Ex. 5. As the MDL Litigation Plaintiffs Consolidated Amended Class Complaint need only be filed by August 1, 2005, *id.*, it is likely that no response in the MDL Litigation would be required until September 30, 2005 -- 60 days after August 1.

8. Furthermore, Plaintiff will suffer no harm were the Court to grant Movants an enlargement of time to file their responses to the Amended Class Action Complaint. First, Plaintiff already agreed to an extension until July 15, 2005. Second, Plaintiff waited almost three months to file and serve an Amended Complaint in this matter. In the context of Plaintiff's own unhurried actions and the overriding MDL schedule -- which Movants submit should govern this action -- there is no compelling harm argument that can be reasonably advanced in opposition to this Motion.

9. Movants have attempted to reach agreement with Plaintiff's counsel regarding the terms of an enlargement of time to file responses to the Amended Complaint Action Complaint and/or to confirm by formal stipulation the agreement for an extension of timedocumented by correspondence earlier this month, but have received no response from Plaintiff's attorney.

**WHEREFORE**, for the foregoing reasons, Movants respectfully request that this Court enlarge the time to file responses to the Amended Class Action Complaint until 20 days after the Court rules on the pending Motion to Stay or, in the alternative, July 15, 2005.

Dated: June 21, 2005

|  | Marsh & McLennan Companies, Inc., and Marsh Inc., on their own behalf and on behalf of and with the consent of ACE USA; ACE INA; Zurich American Insurance Company; American International Group, Inc.; American Re-Insurance Company; Arthur J. Gallagher & Co.; Hilb Rogal & Hobbs, Company; Willis Group Holdings, Ltd.; Willis North America Inc.; Willis Group Ltd.; Universal Life Resources; Universal Life Resources, Inc. (d/b/a ULR Insurance Services, Inc.); USI Holdings Corp.; MetLife, Inc.; Prudential Financial, Inc.; UnumProvident Corporation; The St. Paul Travelers Companies, Inc., |
|---|---|

By: \_/s/ Joshua Vitullo_____
Daniel S. Savrin  BBO #555434
Joshua Vitullo  BBO #654310
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
617-951-8000
*Attorneys for Defendants Marsh & McLennan Companies, Inc., and Marsh Inc.*

Mitchell J. Auslander, Esq.
John R. Oller, Esq.
Christopher J. St. Jeanos, Esq.
Kristin Branson, Esq.
Wilkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
212-728-8000
*Of Counsel for Defendants Marsh &*
*McLennan Companies, Inc., and Marsh Inc.*


Philip T. Newbury BBO #370070
Mark J. Claflin BBO #657175
Howd & Ludorf, LLC
65 Wethersfield Ave.
Hartford, CT 06114
860-249-1361
*Attorneys for Defendants*
*ACE USA and ACE INA*


H. Lee Godfrey, Esq.
Neal S. Manne, Esq.
Johnny W. Carter, Esq.
Jeffrey R. Seely, Esq.
Susman Godfrey LLP
1000 Louisiana St., Ste. 5100
Houston, TX 77002
713-651-9366
*Of Counsel for Defendants*
*ACE USA and ACE INA*


Bruce W. Edmands, BBO #151360
Eckert Seamans Cherin & Mellott, LLC
One International Place
Boston, MA 02110
617-342-6886
*Attorneys for Defendant*
*Zurich American Insurance Company*

6

Brien T. O'Connor, BBO #546767
Timothy J. Casey, BBO #650913
Ropes & Gray LLP
One International Place
Boston, MA  02110
617-951-7000
*Attorneys for Defendant*
*American International Group, Inc.*


Roberta A. Kaplan, Esq., BBO #559570
Paul, Weiss, Rifkind, Wharton &
    Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3000
*Attorneys for Defendant*
*American International Group, Inc.*


Paula M. Bagger  BBO #547703
Cooke Clancy & Gruenthal LLP
265 Franklin Street
Boston, MA  02110
617-428-6800
*Attorney for Defendant*
*American Re-Insurance Company*


John F. Collins, Esq.
Molly Lehr, Esq.
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY  10019
212-259-8000
 *Of Counsel for Defendant*
*American Re-Insurance Company*

LITDOCS/605963.3

Edwin M. Larkin, Esq.
Lina M. Viviano, Esq.
200 Park Avenue
New York, NY 10166-4193
212-294-6700
*Of Counsel for Defendant*
*Arthur J. Gallagher & Co.*


Terry M. Grimm, Esq.
Stephen C. Schulte, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601312-558-5890
*Of Counsel for Defendant*
*Arthur J. Gallagher & Co.*


Juliane Balliro, BBO #028010
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, MA 02108-3106
617-854-4000
*Attorneys for Defendant*
*Hilb Rogal & Hobbs, Company*


James V. Masella III, BBO #562882
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
212-558-4000
*Attorneys for Defendant Willis Group*
*Holdings, Ltd., Willis North America Inc.,*
*and Willis Group Ltd.*

Richard C. Pepperman II, Esq.
Anastasia A. Angelova, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004-2498
212-558-4000
*Of Counsel for Defendant Willis Group Holdings, Ltd., Willis North America Inc., and Willis Group Ltd.*

David Gabianelli, Esq.
Ray L. Wong, Esq.
Ned M. Gelhaar, Esq.
Hancock Rothert and Bunshoft LLP
Four Embarcadero Center, Ste. 300
San Francisco, CA  94111
415-981-5550
*Of Counsel for Defendants Universal Life and Resources, Universal Life Resources, Inc. (d/b/a ULR Insurance Services, Inc.)*

Ian Crawford BBO #544475
Todd & Weld LLP
28 State Street, 31st Fl.
Boston, MA  02109
617-720-2626
*Attorneys for Defendant USI Holdings Corp.*

Robert H. Pees, Esq.
Vadim Sarma, Esq.
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY  10022-2524
212-872-1000
*Of Counsel for Defendant USI Holdings Corp.*

9

Daniel B. Winslow, BBO #541972
Patricia R. Rich, BBO #640578
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA  02210
617-289-9200
*Attorneys for Defendant MetLife, Inc.*


James W. Carbin
Eric Breslin
Duane Morris LLP
744 Broad St.
Newark, NJ 07102
973-424-2000
*Of Counsel for Defendant MetLife, Inc.*


Barry Y. Weiner BBO #519700
Maureen Mulligan BBO #556482
Ruberto, Israel & Weiner
100 North Washington Street
Boston, MA 02114
617-742-4200
*Attorneys for Defendant
Prudential Financial, Inc.*


John R. Middleton, Jr., Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068
973-597-2582
*Of Counsel for Defendant
Prudential Financial, Inc.*


Joseph Hamilton, BBO #546394
Mirick, O'Connell, DeMallie &
    Lougee, LLP
100 Front Street
Worcester, MA  01608-1477
*Attorneys for Defendant
UnumProvident Corporation*

10

Deborah E. Hryb, Esq.
Patrick W. Shea, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Blvd., 9th Floor
Stamford, CT  06901
203-961-7400
*Of Counsel for Defendant*
*UnumProvident Corporation*


Paul C. Curnin, Esq.
Michael J. Garvey, Esq.
David H. LaRocca, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017
212-455-2377
*Of Counsel for Defendant The St. Paul*
*Travelers Companies, Inc.*

11

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

The undersigned hereby certifies that on June 20, 2005 he conferred with Plaintiff's counsel in good faith to resolve or narrow the issues presented by the accompanying motion prior to the filing of said motion. Plaintiff's counsel committed to respond to the undersigned by midday on June 21, 2005, but did not do so. The undersigned undertook, thereafter, to contact Plaintiff's by telephone and email. Plaintiff's counsel has not responded. *See* Ex. A (attached to this Motion).

   /s/ Joshua Vitullo
Joshua Vitullo BBO #654310
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
617-951-8000

# Vitullo, Joshua

| | |
|---|---|
| **From:** | Vitullo, Joshua |
| **Sent:** | Tuesday, June 21, 2005 6:17 PM |
| **To:** | 'Kgilman@Gilmanpastor.com' |
| **Subject:** | FW: Bensley Construction |
| **Sensitivity:** | Confidential |

Ken,

As we discussed yesterday, last night I emailed you a copy of the proposed stipulation for an enlargement of time. By this email, I am forwarding a second copy of that draft stipulation. When we talked yesterday, Monday June 20, 2005, you mentioned that you would review the stipulation and get back to midday on Tuesday June 21, 2005. When I had not heard back from you I called your office at approximately 3:00 p.m. and was informed you were in a meeting; I left you a message. When I had not heard back from you at the end of the day, I called again at 5:30 p.m. and was informed that you had left for the day.

As I mentioned yesterday, if we do not file a joint stipulation formalizing our agreement of earlier this month, we intend to file a motion for enlargement of time.

Please let me know your thoughts on the proposed stipulation by 9:30 a.m. tomorrow, Wednesday June 22, 2005. If we do not hear from you by then, we will assume you do not consent at this time and will file the motion. I can be reached directly at 617-951-8103.

Regards,

-Josh Vitullo

-----Original Message-----

| | |
|---|---|
| **From:** | Vitullo, Joshua |
| **Sent:** | Monday, June 20, 2005 11:02 PM |
| **To:** | 'Kgilman@Gilmanpastor.com' |
| **Subject:** | Bensley Construction |
| **Sensitivity:** | Confidential |

Ken,

I have attached a draft of the stipulation agreement we discussed today. Let me know early tomorrow afternoon if this is acceptable and we will file it with the Court tomorrow afternoon. If acceptable to you, we can sign on your behalf.

By separate email I will forward a copy of the Motion to Stay, also as we discussed today.

Please call me should you have any questions.

-Josh



Bensley --
Stipulation and Agr..

```
Josh Vitullo
Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110
```

617.951.8103
617.951.8736 (fax)
joshua.vitullo@bingham.com

The information in this transmittal is privileged and confidential and is intended only for the recipient(s) listed above.  If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any unauthorized distribution or copying of this transmittal is prohibited.  If you have received this transmittal in error, please notify me immediately at (617) 951-8103.