CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Motion for Enlargement of Time to File Response to the Amended Class Action Complaint was served upon the following by hand-delivery and/or first-class mail on June 22, 2005:

| | |
|---|---|
| Bensley Construction Inc. | Kenneth G. Gilman<br>Douglas J. Hoffman<br>Gilman and Pastor, LLP<br>60 State Street, 37th Floor<br>Boston, MA  02109 |
| The Chubb Corporation | John A.D. Gilmore<br>DLA Piper Rudnick Gray Cary<br>One International Place, 21st Fl.<br>Boston, MA  02110-2600 |
| | Laura Besvinick, Esq.<br>Hogan & Hartson LLP<br>Mellon Financial Center<br>1111 Brickell Avenue, Suite 1900<br>Miami, FL 33131 |
| Liberty Mutual Group Inc.<br>Liberty Mutual Insur. Company<br>Liberty Mutual Fire Insur. Company<br>Employers Insur. Co. Of Wausau<br>St. James Insurance Company Ltd. | Ralph T. LePore, III, Esq.<br>James M. Tierney, Esq.<br>Holland & Knight LLP<br>10 St. James Avenue<br>Boston, MA  02116 |

    /s/ Joshua Vitullo\_\_
    Joshua Vitullo

LITDOCS/606195.1