UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BENSLEY CONSTRUCTION, INC., on its own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARSH & MCLENNAN COMPANIES, INC., MARSH, INC., ACE USA, ACE INA, AMERICAN INTERNATIONAL GROUP, AMERICAN REINSURANCE COMPANY, ARTHUR J. GALLAGHER & CO., HILB ROGAL & HOBBS, COMPANY, WILLIS GROUP HOLDINGS, LTD., WILLIS NORTH AMERICA INC., WILLIS GROUP LTD., UNIVERSAL LIFE RESOURCES, UNIVERSAL LIFE RESOURCES, INC. (d/b/a ULR INSURANCE SERVICES, INC.), THE CHUBB CORPORATION, USI HOLDINGS, INC., METLIFE, INC., PRUDENTIAL FINANCIAL, INC., UNUMPROVIDENT CORPORATION, THE ST. PAUL TRAVELERS COMPANIES, INC., ZURICH AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL GROUP INC., LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, EMPLOYERS INSURANCE COMPANY OF WAUSAU, and ST. JAMES INSURANCE COMPANY LTD.,<br><br>Defendants. | Civil Action No. 05 11249 GAO |

**NOTICE OF APPEARANCE**

Kindly enter the appearance of Paula M. Bagger and Cooke Clancy & Gruenthal LLP as counsel for defendant American Reinsurance Company in the above-captioned action, pursuant to this Court's Local Rule 83.5.2.

                    AMERICAN REINSURANCE COMPANY

                    By its attorneys


                    _____/s/ Paula M. Bagger_____
                    Paula M. Bagger (BBO No. 547703)
                    COOKE CLANCY & GRUENTHAL LLP
                    265 Franklin Street
                    Boston, MA  02110
                    (617) 428-6800

Dated:  June 22, 2005

## CERTIFICATE OF SERVICE

    I, Paula M. Bagger, hereby certify that I have served a true copy of the foregoing on those counsel on the attached service list who do not otherwise receive electronic notice, by first-class mail, postage prepaid, this 22nd day of June, 2005


                    _____/s/ Paula M. Bagger_____

**SERVICE LIST**

Kenneth G. Gilman
Gilman and Pastor LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

Daniel S. Savrin
Joshua Vitullo
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110

Mitchell J. Auslander
John R. Oller
Christopher J. St. Jeanos
Kristin Branson
Wilkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Philip T. Newbury
Mark J. Claflin
Howd & Ludorf, LLC
65 Wethersfield Ave.
Hartford, CT 06114

H. Lee Godfrey
Neal S. Manne
Johnny W. Carter
Jeffrey R. Seely
Susman Godfrey LLP
1000 Louisiana St., Ste. 5100
Houston, TX 77002

Bruce W. Edmands
Eckert Seamans Cherin & Mellott, LLC
One International Place
Boston, MA 02110

Brien T. O'Connor
Timothy J. Casey
Ropes & Gray LLP
One International Place
Boston, MA 02110

Roberta A. Kaplan
Paul, Weiss, Rifkind, Wharton &
    Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

John F. Collins, Esq.
Molly Lehr, Esq.
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019

Edwin M. Larkin
Lina M. Viviano
200 Park Avenue
New York, NY 10166-4193

Terry M. Grimm
Stephen C. Schulte
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601312-558-5890

Juliane Balliro
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, MA 02108-3106

James V. Masella III
Richard C. Pepperman
Anastasia A. Angelova
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498
212-558-4000

David Gabianelli
Ray L. Wong
Ned M. Gelhaar
Hancock Rothert and Bunshoft LLP
Four Embarcadero Center, Ste. 300
San Francisco, CA  94111

Ian Crawford
Todd & Weld LLP
28 State Street, 31st Fl.
Boston, MA  02109

Robert H. Pees
Vadim Sarma
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY  10022-2524

Daniel B. Winslow
Patricia R. Rich
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA  02210

James W. Carbin
Eric Breslin
Duane Morris LLP
744 Broad St.
Newark, NJ 07102

Barry Y. Weiner
Maureen Mulligan
Ruberto, Israel & Weiner
100 North Washington Street
Boston, MA 02114

John R. Middleton, Jr.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

Joseph Hamilton
Mirick, O'Connell, DeMallie &
   Lougee, LLP
100 Front Street
Worcester, MA  01608-1477

Deborah E. Hryb
Patrick W. Shea
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Blvd., 9th Floor
Stamford, CT  06901

David H. LaRocca
Michael J. Garvey.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017