UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENSLEY CONSTRUCTION, INC., on its own behalf and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>MARSH & MCLENNAN COMPANIES, INC., MARSH, INC., ACE USA, ACE INA, AMERICAN INTERNATIONAL GROUP, AMERICAN RE-INSURANCE COMPANY, ARTHUR J. GALLAGHER & CO., HILB ROGAL & HOBBS, COMPANY, WILLIS GROUP HOLDINGS, LTD., WILLIS NORTH AMERICA, INC., WILLIS GROUP, LTD., UNIVERSAL LIFE RESOURCES, UNIVERSAL LIFE RESOURCES, INC. (d/b/a URL INSURANCE SERVICES, INC., THE CHUBB CORPORATION, USI HOLDINGS, INC., METLIFE, INC., PRUDENTIAL FINANCIAL, INC., UNUMPROVIDENT CORPORATION, THE ST. PAUL TRAVELERS COMPANIES, INC., ZURICH AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL GROUP, INC., LIBERTY MUTUAL FIRE INSURANCE COMPANY, EMPLOYERS INSURANCE COMPANY OF WAUSAU and ST. JAMES INSURANCE COMPANY LTD.<br><br>      Defendants. | CIVIL ACTION<br>No. 05-11249-GAO |

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance in this matter as counsel for defendant Chubb Corporation.

Respectfully submitted,

/s/ John A.D. Gilmore
John A.D. Gilmore  (BBO #193060)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place
Boston, MA 02110
(617) 406-6000
Fax: (617) 406-6100
Email: john.gilmore@dlapiper.com

Dated:  June 22, 2005

CERTIFICATE OF SERVICE

I, John A.D. Gilmore, hereby certify that, on June 22, 2005, I caused a true copy of the foregoing Notice of Appearance was served by first-class mail, postage prepaid upon counsel of record per the attached service list.

John A.D. Gilmore

SERVICE LIST

Four Embarcadero Center, Suite 300
San Francisco, CA 94111
(Counsel to Universal Life Resources and Universal Life Resources, Inc. (d/b/a ULR Insurance Services, Inc.)

Richard B. Zabel, Esquire
Robert H. Pees, Esquire
Patrick C. Schmitter, Esquire
Vadim Sarma, Esquire
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022-2524
(Counsel to USI Holdings Corp.)

Ian Crawford, Esquire
Todd & Weld LLP
28 State Street
Boston, MA 02109
(Counsel to USI Holdings Corp.)

John R. Middleton, Jr., Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
(Counsel to Prudential Financial, Inc.)

Joseph Hamilton, Esquire
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
And
Deborah E. Hryb, Esquire
Patrick W. Shea, Esquire
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Blvd., 9th Floor
Stamford, CT 06901
(Counsel to UnumProvident Corporation)
Paul C. Curnin, Esquire
Michael J. Garvey, Esquire
David H. LaRocca, Esquire
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
(Counsel to the St. Paul Travelers Companies, Inc.)

John A.D. Gilmore, Esquire
DLA Piper Rudnick Gray Cary
One International Place, 21st Floor
Boston, MA 02110-2600
And
Laura Besvinick, Esquire
Hogan & Hartson LLP
Mellon Financial Center
1111 Brickell, Suite 1900
Miami, FL 33131
(Attorneys for The Chubb Corporation)

Brien T. O'Connor, Esquire
Timothy J. Casey, Esquire
Ropes & Gray LLP
One International Place
Boston, MA 02110
And
Roberta A. Kaplan, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(Counsel to American Insurance Group Inc.)

Ralph T. LePore, III, Esquire
James M. Tierney, Esquire
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
(Counsel for Liberty Mutual Group Inc., Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Employers Insurance Company of Wausau and St. James Insurance Company Ltd.)

Philip T. Newbury, Esquire
Mark J. Claflin, Esquire
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114
And
H. Lee Godfrey, Esquire
Neal S. Manne, Esquire
Johnny W. Carter, Esquire
Jeffrey R. Seely, Esquire
Susan Godfrey LLP
1000 Louisiana Street, Suite 5100
Houston, TX 77002

(Counsel to ACE USA and ACE INA)

Bruce W. Edmands, Esquire
Eckert Seamans Cherin & Mellott, LLC
One International Place
Boston, MA 02110
(Counsel to Zurich American Insurance Company)

John F. Collins, Esquire
Molly Lehr, Esquire
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019
(counsel to American Re-Insurance Company)

Ingrid Hlawaty, Esquire
Edwin M. Larkin, Esquire
Lina M. Viviano, Esquire
200 Park Avenue
New York, NY 10166-4193
And
Terry M. Grimm, Esquire
Stephen C. Schulte, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
(Counsel to Arthur J. Gallagher & Co.)

Juliane Balliro, Esquire
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, MA 02108-3106
(Counsel to Hilb Rogal & Hobbs, Company)

James V. Masella, III, Esquire
Richard C. Pepperman, II, Esquire
Anastasia A. Angelov, Esquire
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
(Counsel to Willis Group Holdings, Ltd., Willis North America, Inc., and Willis Group Ltd.)

David Gabianelli, Esquire
Ray L. Wong, Esquire
Ned M. Gelhaar, Esquire
Hancock Rothert and Bunshoft LLP

Kenneth G. Gilman, Esquire
Douglas J. Hoffman, Esquire
Gilman and Pastor, LLP
60 State Street, 37th Floor
Boston, MA 02109
(Counsel to Bensley Construction Inc.)


Daniel S. Savrin, Esquire
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
(Counsel to Marsh & McLennan Companies, Inc., Marsh, Inc.)