UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENSLEY CONSTRUCTION, INC.,<br>on its own behalf and on behalf of all<br>others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARSH & MCLENNAN COMPANIES,<br>INC., MARSH, INC., ACE USA,<br>ACE INA, AMERICAN INTERNATIONAL<br>GROUP, AMERICAN RE-INSURANCE<br>COMPANY, ARTHUR J. GALLAGHER &<br>CO., HILB ROGAL & HOBBS, COMPANY,<br>WILLIS GROUP HOLDINGS, LTD.,<br>WILLIS NORTH AMERICA, INC., WILLIS<br>GROUP, LTD., UNIVERSAL LIFE<br>RESOURCES, UNIVERSAL LIFE<br>RESOURCES, INC. (d/b/a URL<br>INSURANCE SERVICES, INC., THE<br>CHUBB CORPORATION, USI HOLDINGS,<br>INC., METLIFE, INC., PRUDENTIAL<br>FINANCIAL, INC., UNUMPROVIDENT<br>CORPORATION, THE ST. PAUL<br>TRAVELERS COMPANIES, INC., ZURICH<br>AMERICAN INSURANCE COMPANY,<br>LIBERTY MUTUAL GROUP, INC.,<br>LIBERTY MUTUAL FIRE INSURANCE<br>COMPANY, EMPLOYERS INSURANCE<br>COMPANY OF WAUSAU and ST. JAMES<br>INSURANCE COMPANY LTD.<br><br>Defendants. | CIVIL ACTION<br>No. 05-11249-GAO |

## MOTION TO ADMIT LAURA BESVINICK OF HOGAN & HARTSON LLP *PRO HAC VICE*

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, undersigned counsel respectfully moves that Laura Besvinick of Hogan & Hartson LLP, Mellon Financial Center, 1111 Brickell Avenue, Suite 1900, Miami, FL 33131 be admitted to appear before the Court on behalf of defendant Chubb Corporation in this action. The affidavit required by Local Rule 83.5.3(b) is attached hereto.

Respectfully submitted,

THE CHUBB CORPORATION

_____
John A.D. Gilmore  (BBO #193060)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place
Boston, MA 02110
(617) 406-6000
Fax: (617) 406-6100
Email: john.gilmore@dlapiper.com

Dated: June 27, 2005

CERTIFICATE OF SERVICE

I, John A.D. Gilmore, hereby certify that, on June 27, 2005, I caused a true copy of the foregoing Notice of Appearance was served by first-class mail, postage prepaid upon counsel of record per the attached service list.

_____
John A.D. Gilmore

~Bos. 375273.2

2