UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENSLEY CONSTRUCTION, INC., on its own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARSH & MCLENNAN COMPANIES, INC., MARSH, INC., ACE USA, ACE INA, AMERICAN INTERNATIONAL GROUP, AMERICAN REINSURANCE COMPANY, ARTHUR J. GALLAGHER & CO., HILB ROGAL & HOBBS, COMPANY, WILLIS GROUP HOLDINGS, LTD., WILLIS NORTH AMERICA INC., WILLIS GROUP LTD., UNIVERSAL LIFE RESOURCES, UNIVERSAL LIFE RESOURCES, INC. (d/b/a ULR INSURANCE SERVICES, INC.), THE CHUBB CORPORATION, USI HOLDINGS, INC., METLIFE, INC., PRUDENTIAL FINANCIAL, INC., UNUMPROVIDENT CORPORATION, THE ST. PAUL TRAVELERS COMPANIES, INC., ZURICH AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL GROUP INC., LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, EMPLOYERS INSURANCE COMPANY OF WAUSAU, and ST. JAMES INSURANCE COMPANY LTD.,<br><br>Defendants. | Civil Action No. 05 11249 GAO |

## NOTICE OF APPEARANCE OF BARRY Y. WEINER

Kindly enter the appearance of Barry Y. Weiner and Ruberto, Israel & Weiner, P.C. as counsel for defendant Prudential Financial, Inc. in the above-captioned action, pursuant to this Court's Local Rule 83.5.2. Electronic notices should be sent to byw@riw.com.

PRUDENTIAL FINANCIAL, INC.

By its attorneys,

_____
Barry Y. Weiner (BBO No. #519700)
byw@riw.com
Maureen Mulligan (BBO No. #556482)
msm@riw.com
RUBERTO, ISRAEL & WEINER, P.C.
100 North Washington Street
Boston, MA  02114
(617) 742-4200

Dated:  June 28, 2005

## CERTIFICATE OF SERVICE

I, Barry Y. Weiner, hereby certify that I have served a true copy of the foregoing on those counsel on the attached service list who do not otherwise receive electronic notice, by first-class mail, postage prepaid, this 28th day of June, 2005.

_____

U:\MGB\Prudential Financial\Bensley\Pleadings\Appearance Barry Y. Weiner.DOC

## SERVICE LIST

Kenneth G. Gilman, Esq.
Douglas J. Hoffman, Esq.
Gilman and Pastor, LLP
60 State Street, 37th Floor
Boston, MA  02109

Philip T. Newbury, Esq.
Mark J. Claflin, Esq.
Howd & Ludorf, LLC
65 Wethersfield Ave.
Hartford, CT 06114

H. Lee Godfrey, Esq.
Neal S. Manne, Esq.
Johnny W. Carter, Esq.
Jeffrey R. Seely, Esq.
Susman Godfrey LLP
1000 Louisiana St., Ste. 5100
Houston, TX 77002

Brien T. O'Connor, Esq.
Timothy J. Casey, Esq.
Ropes & Gray LLP
One International Place
Boston, MA  02110

Roberta A. Kaplan, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Paula M. Bagger, Esq.
Cooke Clancy & Gruenthal LLP
265 Franklin Street
Boston, MA  02110

John F. Collins, Esq.
Molly Lehr, Esq.
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY  10019

John A.D. Gilmore, Esq.
DLA Piper Rudnick Gray Cary US LLP
One International Place, 21st Fl.
Boston, MA 02110-2600

Laura Besvinick, Esq.
Hogan & Hartson LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, FL 33131

Ingrid Hlawaty, Esq.
Edwin M. Larkin, Esq.
Lina M. Viviano, Esq.
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193

Terry M. Grimm, Esq.
Stephen C. Schulte, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Juliane Balliro, Esq.
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, MA 02108-3106

Ralph T. LePore, III, Esq.
James M. Tierney, Esq.
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116

Daniel S. Savrin, Esq.
Joshua Vitullo, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110

- 5 -

Mitchell J. Auslander, Esq.
John R. Oller, Esq.
Christopher J. St. Jeanos, Esq.
Kristin Branson, Esq.
Willkie Farr & Gallagher LLP
787 Seventy Avenue
New York, NY  10019-6099

Daniel B. Winslow, Esq.
Patricia R. Rich, Esq.
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA  02210

James W. Carbin, Esq.
Eric Breslin, Esq.
Duane Morris LLP
744 Broad Street
Newark, NJ  07102

John R. Middleton, Jr., Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

David H. LaRocca, Esq.
Michael J. Garvey, Esq.
Paul C. Curnin, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017

Ian Crawford, Esq.
Todd & Weld LLP
28 State Street, 31st Fl.
Boston, MA  02109

Robert H. Pees, Esq.
Vadim Sarma, Esq.
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY  10022-2524

David Gabianelli, Esq.
Ray L. Wong, Esq.
Ned. M. Gelhaar, Esq.
Hancock Rothert and Bunshoft LLP
Four Embarcadero Center, Ste. 300
San Francisco, CA 94111

Joseph Hamilton, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477

Deborah E. Hryb, Esq.
Patrick W. Shea, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Blvd., 9th Floor
Stamford, CT 06901

James V. Masella III, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Richard C. Pepperman II, Esq.
Anastasia A. Angelova, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498

Bruce W. Edmands, Esq.
Eckert Seamans Cherin & Mellott, LLC
One International Place
Boston, MA 02110