```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


BENSLEY CONSTRUCTION, INC.,              )
on its own behalf and on behalf          )
of all others similarly situated,        )
                                         )
                                         )
        Plaintiff,                       )
                                         )   CIVIL ACTION NO.
v.                                       )   05-11249-GAO
                                         )
MARSH & MCLENNAN COMPANIES, INC.,        )
MARSH, INC., ACE USA, ACE INA,           )
AMERICAN INTERNATIONAL GROUP, AMERICAN   )
RE-INSURANCE COMPANY, ARTHUR J.          )
GALLAGHER & CO., HILB ROGAL & HOBBS,     )
COMPANY, WILLIS GROUP HOLDINGS, LTD.,    )
WILLIS NORTH AMERICA, INC., WILLIS       )
GROUP, LTD., UNIVERSAL LIFE RESOURCES,   )
UNIVERSAL LIFE RESOURCES, INC. (d/b/a    )
ULR INSURANCE SERVICES, INC., THE CHUBB  )
CORPORATION, USI HOLDINGS, INC.,         )
METLIFE, INC., PRUDENTIAL FINANCIAL,     )
INC., UNUMPROVIDENT CORPORATION, THE     )
ST. PAUL TRAVELERS COMPANIES, INC.,      )
ZURICH AMERICAN INSURANCE COMPANY,       )
LIBERTY MUTUAL GROUP INC., LIBERTY       )
MUTUAL FIRE INSURANCE COMPANY,           )
EMPLOYERS INSURANCE COMPANY OF WAUSAU    )
And ST. JAMES INSURANCE COMPANY LTD.     )
                                         )
        Defendants.                      )
```

DEFENDANT USI HOLDINGS CORP.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), the defendant USI Holdings Corp. (misidentified in the Complaint as USI Holdings, Inc.) ("USI") discloses the following:

1. USI Corp. has no parent corporation.

2. No publicly held corporation owns 10% or more of its stock.

USI HOLDINGS CORP.

By its attorney,


/s/ Ian Crawford
Ian Crawford (BBO#544475)
Todd & Weld LLP
28 State Street
Boston, MA 02109
(617) 720-2626

DATED: June 29, 2005

## CERTIFICATE OF SERVICE

I, Ian Crawford, do hereby certify that on the 29th day of June, 2005, I caused a copy of Defendant USI Holdings Corp.'s Corporate Disclosure Statement to be served by first-class mail, postage prepaid, upon all counsel of record who have not received it via electronic mail from the Court.

/s/ Ian Crawford
Ian Crawford

Dated: June 29, 2005

2