UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENSLEY CONSTRUCTION, INC., on its own behalf and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MARSH & MCLENNAN COMPANIES, INC., MARSH, INC., ACE USA, ACE INA, AMERICAN INTERNATIONAL GROUP, AMERICAN REINSURANCE COMPANY, ARTHUR J. GALLAGHER & CO., HILB ROGAL & HOBBS, COMPANY, WILLIS GROUP HOLDINGS, LTD., WILLIS NORTH AMERICA INC., WILLIS GROUP LTD., UNIVERSAL LIFE RESOURCES, UNIVERSAL LIFE RESOURCES, INC. (d/b/a ULR INSURANCE SERVICES, INC.), THE CHUBB CORPORATION, USI HOLDINGS, INC., METLIFE, INC., PRUDENTIAL FINANCIAL, INC., UNUMPROVIDENT CORPORATION, THE ST. PAUL TRAVELERS COMPANIES, INC., ZURICH AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL GROUP INC., LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, EMPLOYERS INSURANCE COMPANY OF WAUSAU, and ST. JAMES INSURANCE COMPANY LTD., <br><br> Defendants. | Civil Action No. 05 11249 GAO |

**MOTION FOR ADMISSION OF MOLLY LEHR**
**TO PRACTICE BEFORE THIS COURT PRO HAC VICE**

Pursuant to this Court's Local Rule 83.5.3(b), Paula M. Bagger, a member in good standing of the Bar of this Court and counsel to defendant American Re-Insurance Company herein, hereby moves that attorney Molly Lehr, a member in good standing of

the New York State Bar and the Bar of the United States District Court for the Southern District of New York, be granted leave to appear on behalf of defendant American Re-Insurance Company and practice in this Court *pro hac vice* in the above-captioned action.

As set forth in the accompanying Affidavit of Molly Lehr in support of this motion for admission *pro hac vice*:

1) Ms. Lehr is an associate with the firm of Dewey Ballantine LLP, 1301 Avenue of the Americas, New York, NY 10019-6092.

2) Ms. Lehr is a member in good standing in every jurisdiction in which she is admitted to practice;

3) There are no disciplinary proceedings pending against Ms. Lehr in any jurisdiction; and

4) Ms. Lehr is familiar with the local rules of the United States District Court for the District of Massachusetts.

WHEREFORE, Paula M. Bagger respectfully requests that this Motion be allowed and that Molly Lehr be granted leave to appear on behalf of defendant American Re-Insurance Company and practice in this Court *pro hac vice* in the above-captioned action.

AMERICAN REINSURANCE COMPANY

By its attorneys

_____/s/ Paula M. Bagger_____
Paula M. Bagger (BBO No. 547703)
COOKE CLANCY & GRUENTHAL LLP
265 Franklin Street
Boston, MA  02110
(617) 428-6800

Dated:  July 1, 2005

**CERTIFICATE OF SERVICE**

    I, Paula M. Bagger, hereby certify that I have served a true copy of the foregoing on those counsel on the attached service list who do not otherwise receive electronic notice, by first-class mail, postage prepaid, this 1st day of July, 2005

_____/s/ Paula M. Bagger_____

**SERVICE LIST**

Kenneth G. Gilman
Gilman and Pastor LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA  01906

Daniel S. Savrin
Joshua Vitullo
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110

Mitchell J. Auslander
John R. Oller
Christopher J. St. Jeanos
Kristin Branson
Wilkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Philip T. Newbury
Mark J. Claflin
Howd & Ludorf, LLC
65 Wethersfield Ave.
Hartford, CT 06114

H. Lee Godfrey
Neal S. Manne
Johnny W. Carter
Jeffrey R. Seely
Susman Godfrey LLP
1000 Louisiana St., Ste. 5100
Houston, TX 77002

Bruce W. Edmands
Eckert Seamans Cherin & Mellott, LLC
One International Place
Boston, MA 02110

Brien T. O'Connor
Timothy J. Casey
Ropes & Gray LLP
One International Place
Boston, MA 02110

Roberta A. Kaplan
Paul, Weiss, Rifkind, Wharton &
  Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

John F. Collins
Molly Lehr
Kristin Ann Meister
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019

Edwin M. Larkin
Lina M. Viviano
200 Park Avenue
New York, NY 10166

Terry M. Grimm
Stephen C. Schulte
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Juliane Balliro
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, MA 02108-3106

James V. Masella III
Richard C. Pepperman
Anastasia A. Angelova
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498

David Gabianelli
Ray L. Wong
Ned M. Gelhaar
Hancock Rothert and Bunshoft LLP
Four Embarcadero Center, Ste. 300
San Francisco, CA  94111

Ian Crawford
Todd & Weld LLP
28 State Street, 31st Fl.
Boston, MA  02109

Robert H. Pees
Vadim Sarma
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY  10022

Daniel B. Winslow
Patricia R. Rich
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA  02210

James W. Carbin
Eric Breslin
Duane Morris LLP
744 Broad St.
Newark, NJ 07102

Barry Y. Weiner
Maureen Mulligan
Ruberto, Israel & Weiner
100 North Washington Street
Boston, MA 02114

John R. Middleton, Jr.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

Joseph Hamilton
Mirick, O'Connell, DeMallie &
    Lougee, LLP
100 Front Street
Worcester, MA  01608-1477

Deborah E. Hryb
Patrick W. Shea
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Blvd., 9th Floor
Stamford, CT  06901

David H. LaRocca
Michael J. Garvey.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017

Laura Besvinick
Hogan & Harston LLP
Suite 1900
Mellon Financial Center
1111 Brickell Avenue
Miami, FL 33131

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENSLEY CONSTRUCTION, INC., on its own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARSH & MCLENNAN COMPANIES, INC., MARSH, INC., ACE USA, ACE INA, AMERICAN INTERNATIONAL GROUP, AMERICAN REINSURANCE COMPANY, ARTHUR J. GALLAGHER & CO., HILB ROGAL & HOBBS, COMPANY, WILLIS GROUP HOLDINGS, LTD., WILLIS NORTH AMERICA INC., WILLIS GROUP LTD., UNIVERSAL LIFE RESOURCES, UNIVERSAL LIFE RESOURCES, INC. (d/b/a ULR INSURANCE SERVICES, INC.), THE CHUBB CORPORATION, USI HOLDINGS, INC., METLIFE, INC., PRUDENTIAL FINANCIAL, INC., UNUMPROVIDENT CORPORATION, THE ST. PAUL TRAVELERS COMPANIES, INC., ZURICH AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL GROUP INC., LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, EMPLOYERS INSURANCE COMPANY OF WAUSAU, and ST. JAMES INSURANCE COMPANY LTD.,<br><br>Defendants. | Civil Action No. 05 11249 GAO |

**AFFIDAVIT OF MOLLY LEHR IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Molly Lehr, being duly sworn, depose and say:

1. I am an associate in the New York, New York law firm of Dewey Ballantine LLP. Our offices are located at 1301 Avenue of the Americas, New York, New York, 10019-6092.

2

2.	I am a member of the Bar of the State of New York and of the United States District Court for the Southern District of New York.  I am a member in good standing of the bar in each jurisdiction to which I have been admitted to practice.

3.	There are no disciplinary proceedings pending against me in any jurisdiction.

4.	I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 30th day of June, 2005.

_____/s/ Molly Lehr_____  
Molly Lehr