UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENSLEY CONSTRUCTION, INC., on its own behalf and on behalf of all others similarly situated,,<br>    Plaintiffs<br><br>V.<br><br>MARSH & MCLENNAN COMPANIES, INC., MARSH, INC., ACE USA, ACE INA, AMERICAN INTERNATIONAL GROUP, AMERICAN REINSURANCE COMPANY, ARTHUR J. GALLAGHER & CO., HILB ROGAL & HOBBS COMPANY, WILLIS GROUP HOLDINGS, LTD., WILLIS NORTH AMERICA, INC., WILLIS GROUP, LTD., UNIVERSAL LIFE RESOURCES, UNIVERSAL LIFE RESOURCES, INC. (d/b/a ULR INSURANCE SERVICES, INC.), THE CHUBB CORPORATION, USI HOLDINGS, INC., METLIFE, INC., PRUDENTIAL FINANCIAL, INC., UNUMPROVIDENT CORPORATION, THE ST. PAUL TRAVELERS COMPANIES, INC., ZURICH AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL GROUP INC., LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, EMPLOYERS INSURANCE COMPANY OF WAUSAU and ST. JAMES INSURANCE COMPANY LTD.,,<br>    Defendants | CIVIL ACTION NO. 05-11249-GAO |

**<u>UNUMPROVIDENT CORPORATION'S CORPORATE DISCLOSURE STATEMENT</u>**

       The defendant, UnumProvident Corporation, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, hereby states that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

UNUMPROVIDENT CORPORATION

By its attorneys,


/s/ Joseph M. Hamilton
Joseph M. Hamilton, BBO #546394
Kristina H. Allaire, BBO #646001
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: July 1, 2005

## CERTIFICATE OF SERVICE

I, Joseph M. Hamilton, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to

| | |
|---|---|
| Kenneth G. Gilman<br>Gilman and Pastor, LLP<br>60 State Street, 37th Floor<br>Boston, MA 02109 | Laura Besvinick<br>Hogan & Harston<br>Mellon Financial Center<br>1111 Brickell Avenue, Suite 1900<br>Miami, FL  33131 |
| Ian Crawford<br>Todd & Weld, LLP<br>28 State Street, 31st Floor<br>Boston, MA 02109 | John A.D. Gilmore<br>Piper Rudnick, LLP<br>One International Place, 21st Floor<br>100 Oliver Street<br>Boston, MA 02110-2600 |
| Robert H. Pees<br>Vadim Sarma<br>Akin, Gump Strauss Hauer & Feld, LLP<br>590 Madison Avenue<br>New York, NY 10022-2524 | Daniel B. Winslow<br>Patricia R. Rich<br>Duane Morris, LLP<br>470 Atlantic Avenue, Suite 500<br>Boston, MA 02210 |
| Daniel S. Savrin<br>Joshua Vitullo<br>Bingham McCutchen, LLP<br>150 State Street<br>Boston, MA 02110 | Philip T. Newbury<br>Mark J. Claflin<br>Howd & Ludorf, LLC<br>65 Wethersfield Ave.<br>Hartford, CT 06114 |
| H. Lee Godfrey<br>Neal S. Manne<br>Johnny W. Carter<br>Jeffrey R. Seely<br>Susman, Godfrey, LLP<br>1000 Louisiana St., Ste 5100<br>Houston, TX  77002 | John F. Collins<br>Molly Lehr<br>Dewey, Ballantini, LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 |

| | |
|---|---|
| Ingrid Hlawaty<br>Edwin Larkin<br>Lina M. Viviano<br>200 Park Avenue<br>New York, NY 10166-4193 | Terry M. Grimm<br>Stephen C. Schulte<br>Winston & Strawn, LLP<br>35 West Wacker Drive<br>Chicago, IL  60601 |
| Bruce W. Edmands<br>Eckert, Seamans, Cherin & Mellott, LLC<br>One International Place<br>Boston, MA 02110 | Juliane Balliro<br>Perkins, Smith & Cohen, LLP<br>One Beacon Street, 30th Floor<br>Boston, MA  02108-3106 |
| James V. Masella, III<br>Sullivan & Cromwell, LLP<br>125 Broad Street<br>New York, NY  10004-2498 | David Gabianelli<br>Ray L. Wong<br>Ned M. Gelhaar<br>Hancock, Rothert and Bunshoft, LLP<br>Four Embarcadero Center St., 300<br>San Francisco, CA  94111 |
| Barry Y. Weiner<br>Maureen Mulligan<br>Ruberto, Israel & Weiner, P.C.<br>100 North Washington Street<br>Boston, MA 02114 | John R. Middleton, Jr.<br>Lowenstein Sandler, P.C.<br>65 Livingston Avenue<br>Roseland, NJ 07068 |
| Paul C. Curnin<br>Michael J. Garvey<br>Daivd H. LaRocca<br>Simpson, Thacher & Bartlett, LLP<br>425 Lexington Avenue<br>New York, NY  10017 | Brien T. O'Connor<br>Timothy J. Casey<br>Ropes & Gray, LLP<br>One International Place<br>Boston, MA 02110 |
| Robert A. Kaplan<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY  10019-6064 | Paula M. Bagger<br>Cooke, Clancy & Gruenthal<br>150 Federal Street<br>Boston, MA 02110 |
| Ralph T. LePore, III<br>James M. Tierney<br>Holland & Knight<br>10 St. James Avenue<br>Boston, MA 02116 | |

    /s/ Joseph M. Hamilton  
    Joseph M. Hamilton

Dated: July 1, 2005