UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENSLEY CONSTRUCTION, INC., on its own behalf and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARSH & MCLENNAN COMPANIES, INC., et al.<br><br>　　　　Defendants. | Civil Action No. 05 11249 GAO |

**PLAINTIFF'S ASSENTED-TO MOTION FOR ENLARGEMENT
OF TIME TO FILE RESPONSE TO MOTION TO STAY**

　　　　Now comes the Plaintiff in the above-entitled action and, with the assent of the moving defendants, moves this Court for an extension of time until July 8, 2005 in which to file its opposition to moving defendants' Motion to Stay This Action Pending A Determination On Transfer By The Judicial Panel On Multidistrict Litigation. In support of this Motion, Plaintiff would respectfully show the following:

　　　　1.　　Under the Local Rules of this Court, Plaintiff's opposition to the motion would normally be due on July 5, 2005.

　　　　2.　　The requested extension is necessary due to the complexity of the issues involved and interruptions caused by the July 4th holiday weekend.

　　　　3.　　The requested extension will not necessitate the postponement of any hearing or other court appearance, as no court appearances are currently scheduled in this matter.

00005276.WPD ; 1

WHEREFORE, Plaintiff respectfully requests that this Court extend its time to file its opposition to Defendants' Motion to Stay This Action Pending A Determination On Transfer By The Judicial Panel On Multidistrict Litigation, through and including July 8, 2005.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Undersigned counsel certify that they have conferred with counsel for the moving Defendants in a good faith effort to resolve or narrow the issues raised by this Motion and that moving Defendants' counsel indicated that they would assent to this Motion.

DATED: July 5, 2005

Respectfully submitted,

**GILMAN AND PASTOR, LLP**

By:   /s/ Douglas M. Brooks, Esq.
      Douglas M. Brooks, BBO #058850
      Kenneth G. Gilman, BBO #192760
      Douglas J. Hoffman, BBO #640472
      60 State St., 37th Floor
      Boston, MA 02109
      Tel: (617) 742-9700
      Fax: (617) 742-9701