UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BENSLEY CONSTRUCTION, INC., on its behalf and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 05-11249-GAO |
| v. | ) ) ) | |
| MARSH & MCLENNAN COMPANIES, INC., MARSH, INC., ACE USA, ACE INA, AMERICAN INTERNATIONAL GROUP, AMERICAN RE-INSURANCE COMPANY, ARTHUR J. GALLAGHER & CO., HILB ROGAL & HOBBS COMPANY, WILLIS GROUP HOLDINGS, LTD., WILLIS NORTH AMERICA, INC., WILLIS GROUP, LTD., UNIVERSAL LIFE RESOURCES, UNIVERSAL LIFE RESOURCES, INC. (d/b/a ULR INSURANCE SERVICES, INC.), THE CHUBB CORPORATION, USI HOLDINGS, INC., METLIFE, INC., PRUDENTIAL FINANCIAL, INC., UNUMPROVIDENT CORPORATION, THE ST. PAUL TRAVELERS COMPANIES, INC., ZURICH AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL GROUP INC., LIBERTY MUTUAL FIRE INSURANCE COMPANY, EMPLOYERS INSURANCE COMPANY OF WAUSAU and ST. JAMES INSURANCE COMPANY, LTD. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**<u>DEFENDANT HILB ROGAL & HOBBS COMPANY'S
CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Fed. R. Civ. P. 7.1(a) and Local Rule 7.3, Defendant Hilb Rogal & Hobbs Company ("HRH") discloses the following:

    1.    HRH has no parent corporation.

2.  The Phoenix Companies, Inc., through its subsidiary Phoenix Life Insurance Company, indirectly and nominally owns 10% or more of HRH's stock. Phoenix Life Insurance Company is not a publicly-held corporation.

HILB ROGAL & HOBBS COMPANY

By its attorney,

/s/ Juliane Balliro_____
Juliane Balliro (BBO #028010)
Perkins Smith & Cohen, LLP
One Beacon Street, 30th Floor
Boston, MA  02108-3106
(617) 854-4000

DATED:     July _____, 2005

## CERTIFICATE OF SERVICE

I, Juliane Balliro, do hereby certify that on the ___ day of July, 2005, I caused a copy of Defendant Hilb Rogal & Hobbs Company's Corporate Disclosure Statement to be served by first-class mail, postage prepaid, upon all counsel of record who have not received it via electronic mail from the Court.

/s/ Juliane Balliro_____
Juliane Balliro
