UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BENSLEY CONSTRUCTION, INC., on its own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARSH & MCLENNAN COMPANIES, INC., MARSH, INC., ACE USA, ACE INA, AMERICAN INTERNATIONAL GROUP, AMERICAN REINSURANCE COMPANY, ARTHUR J. GALLAGHER & CO., HILB ROGAL & HOBBS, COMPANY, WILLIS GROUP HOLDINGS, LTD., WILLIS NORTH AMERICA INC., WILLIS GROUP LTD., UNIVERSAL LIFE RESOURCES, UNIVERSAL LIFE RESOURCES, INC. (d/b/a ULR INSURANCE SERVICES, INC.), THE CHUBB CORPORATION, USI HOLDINGS, INC., METLIFE, INC., PRUDENTIAL FINANCIAL, INC., UNUMPROVIDENT CORPORATION, THE ST. PAUL TRAVELERS COMPANIES, INC., ZURICH AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL GROUP INC., LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, EMPLOYERS INSURANCE COMPANY OF WAUSAU, and ST. JAMES INSURANCE COMPANY LTD.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05 11249 GAO |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to this Court's Local Rule 7.3(A), defendant American Reinsurance

Company states that it is a wholly-owned subsidiary of American Re Corp., a holding

company incorporated in the State of Delaware. American Re Corp. is a wholly-owned

subsidiary of Munich-American Holding Corp., a holding company incorporated in the

State of Delaware.  Munich-American Holding Corp. is a wholly-owned subsidiary of

Munich    Reinsurance    Company    ("Munchener    Ruckversicherungs-Gesellschaft

Aktiengesellschaft") of Munich, Germany.

      No publicly held corporation owns more than a ten percent interest in American

Reinsurance Company.

                          AMERICAN REINSURANCE COMPANY


                          By its attorneys


                          _____/s/ Paula M. Bagger_____
                          Paula M. Bagger (BBO No. 547703)
                          COOKE CLANCY & GRUENTHAL LLP
                          265 Franklin Street
                          Boston, MA  02110
                          (617) 428-6800

Dated:  July 6, 2005

## CERTIFICATE OF SERVICE

      I, Paula M. Bagger, hereby certify that I have served a true copy of the foregoing on those counsel on the attached service list who do not otherwise receive electronic notice, by first-class mail, postage prepaid, this 6th day of July, 2005


                          _____/s/ Paula M. Bagger_____

**SERVICE LIST**

Kenneth G. Gilman
Gilman and Pastor LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA  01906

Daniel S. Savrin
Joshua Vitullo
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110

Mitchell J. Auslander
John R. Oller
Christopher J. St. Jeanos
Kristin Branson
Wilkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Philip T. Newbury
Mark J. Claflin
Howd & Ludorf, LLC
65 Wethersfield Ave.
Hartford, CT 06114

H. Lee Godfrey
Neal S. Manne
Johnny W. Carter
Jeffrey R. Seely
Susman Godfrey LLP
1000 Louisiana St., Ste. 5100
Houston, TX 77002

Bruce W. Edmands
Eckert Seamans Cherin & Mellott, LLC
One International Place
Boston, MA 02110

Brien T. O'Connor
Timothy J. Casey
Ropes & Gray LLP
One International Place
Boston, MA  02110

Roberta A. Kaplan
Paul, Weiss, Rifkind, Wharton &
    Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

John F. Collins
Molly Lehr
Kristin Ann Meister
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY  10019

Edwin M. Larkin
Lina M. Viviano
200 Park Avenue
New York, NY  10166

Terry M. Grimm
Stephen C. Schulte
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601

Juliane Balliro
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, MA 02108-3106

James V. Masella III
Richard C. Pepperman
Anastasia A. Angelova
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004-2498

David Gabianelli
Ray L. Wong
Ned M. Gelhaar
Hancock Rothert and Bunshoft LLP
Four Embarcadero Center, Ste. 300
San Francisco, CA  94111

Ian Crawford
Todd & Weld LLP
28 State Street, 31st Fl.
Boston, MA  02109

Robert H. Pees
Vadim Sarma
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY  10022

Daniel B. Winslow
Patricia R. Rich
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA  02210

James W. Carbin
Eric Breslin
Duane Morris LLP
744 Broad St.
Newark, NJ 07102

Barry Y. Weiner
Maureen Mulligan
Ruberto, Israel & Weiner
100 North Washington Street
Boston, MA 02114

John R. Middleton, Jr.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

Joseph Hamilton
Mirick, O'Connell, DeMallie &
    Lougee, LLP
100 Front Street
Worcester, MA  01608-1477

Deborah E. Hryb
Patrick W. Shea
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Blvd., 9th Floor
Stamford, CT  06901

David H. LaRocca
Michael J. Garvey.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017

Laura Besvinick
Hogan & Harston LLP
Suite 1900
Mellon Financial Center
1111 Brickell Avenue
Miami, FL 33131