UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENSLEY CONSTRUCTION, INC., on its own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARSH & MCLENNAN COMPANIES, INC., MARSH, INC., ACE USA, ACE INA, AMERICAN INTERNATIONAL GROUP, AMERICAN REINSURANCE COMPANY, ARTHUR J. GALLAGHER & CO., HILB ROGAL & HOBBS, COMPANY, WILLIS GROUP HOLDINGS, LTD., WILLIS NORTH AMERICA INC., WILLIS GROUP LTD., UNIVERSAL LIFE RESOURCES, UNIVERSAL LIFE RESOURCES, INC. (d/b/a ULR INSURANCE SERVICES, INC.), THE CHUBB CORPORATION, USI HOLDINGS, INC., METLIFE, INC., PRUDENTIAL FINANCIAL, INC., UNUMPROVIDENT CORPORATION, THE ST. PAUL TRAVELERS COMPANIES, INC., ZURICH AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL GROUP INC., LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, EMPLOYERS INSURANCE COMPANY OF WAUSAU, and ST. JAMES INSURANCE COMPANY LTD.,<br><br>Defendants | Civil Action No. 05 11249 GAO |

## METLIFE, INC.'S LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

MetLife, Inc., a non-governmental corporation organized and existing under the

laws of the State of Delaware and having its principal place of business in New York,

New York, submits by its undersigned counsel the following statement pursuant to Local

Rule 7.3 and Rule 7.1 of the Federal Rules of Civil Procedure:

1.    MetLife, Inc. is a publicly held corporation.

2.    MetLife, Inc. does not have any parent corporation.

3.    No publicly-held corporation owns 10 percent or more of MetLife, Inc.'s

stock.

Dated: July 7, 2005                          Respectfully submitted,


                                             METLIFE, INC.,
                                             By its attorneys,


                                             _____/s/ Patricia R. Rich_____
                                             Daniel B. Winslow, BBO #541972
                                             Patricia R. Rich, BBO #640578
                                             DUANE MORRIS LLP
                                             470 Atlantic Avenue, Suite 500
                                             Boston, MA  02210
                                             617-289-9200

                                             Of Counsel:
                                             James W. Carbin
                                             Eric Breslin
                                             DUANE MORRIS LLP
                                             744 Broad St.
                                             Newark, NJ 07102
                                             973-424-2000

BOS\133580.1

## CERTIFICATE OF SERVICE

I, Patricia R. Rich, do hereby certify that I have served a true copy of the within document upon those counsel on the following service list who do not otherwise receive electronic notice, by first class mail, postage prepaid, on this July 7, 2005.


_____/s/  Patricia R. Rich_____
Patricia R. Rich


**Marsh & McLennan Companies, Inc.,**
**Marsh Inc.,**


Daniel S. Savrin
Joshua Vitullo
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
617-951-8000

Mitchell J. Auslander, Esq.
John R. Oller, Esq.
Christopher J. St. Jeanos, Esq.
Kristin Branson, Esq.
Wilkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 1001906099
212-728-8000


**ACE USA,**
**ACE INA,**


Philip T. Newbury
Mark J. Claflin
Howd & Ludorf, LLC
65 Wethersfield Ave.
Hartford, CT 06114
860-249-1361

H. Lee Godfrey, Esq.
Neal S. Manne, Esq.
Johnny W. Carter, Esq.
Jeffrey R. Seely, Esq.
Susman Godfrey LLP
1000 Louisiana St., Ste. 5100
Houston, TX 77002
713-651-9366


**Zurich American Insurance Company,**

Bruce W. Edmands
Eckert Seamans Cherin & Mellott, LLC
One International Place
Boston, MA 02110
617-342-6886


**American International Group,**

Brien T. O'Connor
Timothy J. Casey
Ropes & Gray LLP
One International Place
Boston, MA  02110
617 951-7000


Roberta A. Kaplan, Esq.
Paul, Weiss, Rifkind, Wharton &
  Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3000

4

**American Re-Insurance Company,**

John F. Collins, Esq.
Molly Lehr, Esq.
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY  10019
212-259-8000

**Arthur J. Gallagher & Co.,**

Edwin M. Larkin, Esq.
Lina M. Viviano, Esq.
200 Park Avenue
New York, NY  10166-4193
212-294-6700

Terry M. Grimm, Esq.
Stephen C. Schulte, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601312-558-5890

**Hilb Rogal & Hobbs, Company,**

Juliane Balliro
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, MA 02108-3106
617-854-4000

5

**Willis Group Holdings, Ltd.,**
**Willis North America Inc.,**
**Willis Group Ltd.,**

James V. Masella III
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
212-558-4000

Richard C. Pepperman II, Esq.
Anastasia A. Angelova, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004-2498
212-558-4000

**Universal Life Resources,**
**Universal Life Resources, Inc.**
  **(d/b/a ULR Insurance Services, Inc.),**

David Gabianelli, Esq.
Ray L. Wong, Esq.
Ned. M. Gelhaar, Esq.
Hancock Rothert and Bunshoft LLP
Four Embarcadero Center, Ste. 300
San Francisco, CA  94111
415-981-5550

BOS\133580.1

**USI Holdings Corp.,**

Ian Crawford
Todd & Weld LLP
28 State Street, 31st Fl.
Boston, MA  02109
617-720-2626

Robert H. Pees, Esq.
Vadim Sarma, Esq.
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY  10022-2524
212-872-1000

**Prudential Financial, Inc.,**

Barry Y. Weiner
Maureen Mulligan
Ruberto, Israel & Weiner
100 North Washington Street
Boston, MA 02114
617-742-4200

John R. Middleton, Jr., Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068
973-597-2582

**UnumProvident Corporation,**

Joseph Hamilton,
Mirick, O'Connell, DeMallie &
Lougee, LLP
100 Front Street
Worcester, MA  01608-1477

7

Deborah E. Hryb, Esq.
Patrick W. Shea, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Blvd., 9th Floor
Stamford, CT  06901
203-961-7400


Kristina H. Allaire, Esq.
Joseph M. Hamilton, Esq.
Mirick, O'Connell, DeMaillie & Lougee LLP
100 Front Street
Worcester, MA  01608
508-791.8500


**The St. Paul Travelers Companies, Inc.,**

Paul C. Curnin, Esq.
David H. LaRocca, Esq.
Michael J. Garvey, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017
212-455-2377


**Bensley Construction, Inc.**

Kenneth G. Gilman, Esq.
Gilman and Pastor, LLP
60 State Street, 37th Floor
Boston, MA  02109


**The Chubb Corporation**

Laura Besvinick, Esq.
Hogan & Harston
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, FL  33131

8

John A.D. Gilmore, Esq.
Piper Rudnick, LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA  02110-2600


**Liberty Mutual Group, Inc.**
**Liberty Mutual Insurance Company**
**Liberty Mutual Fire Insurance Company**
**Employers Insurance Co. of Wausau**
**St. James Insurance Company, Ltd.**

Ralph T. LePore, III, Esq.
James M. Tierney, Esq.
Hollan & Knight LLP
10 St. James Avenue
Boston, MA  02116


**American Reinsurance Co.**

Paula M. Bagger, Esq.
Cooke, Clancy & Gruenthal
150 Federal Street
Boston, MA  02110

BOS\133580.1