UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENSLEY CONSTRUCTION, INC., on its own behalf and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MARSH & MCLENNAN COMPANIES, INC., MARSH, INC., ACE USA, ACE INA, AMERICAN INTERNATIONAL GROUP, AMERICAN RE-INSURANCE COMPANY, ARTHUR J. GALLAGHER & CO., HILB ROGAL & HOBBS, COMPANY, WILLIS GROUP HOLDINGS, LTD., WILLIS NORTH AMERICA, INC., WILLIS GROUP, LTD., UNIVERSAL LIFE RESOURCES, UNIVERSAL LIFE RESOURCES, INC. (d/b/a URL INSURANCE SERVICES, INC., THE CHUBB CORPORATION, USI HOLDINGS, INC., METLIFE, INC., PRUDENTIAL FINANCIAL, INC., UNUMPROVIDENT CORPORATION, THE ST. PAUL TRAVELERS COMPANIES, INC., ZURICH AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL GROUP, INC., LIBERTY MUTUAL FIRE INSURANCE COMPANY, EMPLOYERS INSURANCE COMPANY OF WAUSAU and ST. JAMES INSURANCE COMPANY LTD. <br><br> Defendants. | CIVIL ACTION <br> No. 05-11249-GAO |

**DEFENDANT THE CHUBB CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a), defendant The Chubb Corporation ("Chubb") discloses the following:

1. Chubb Corporation has no parent corporation.

2. No publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

THE CHUBB CORPORATION

*(signature)*

John A.D. Gilmore (BBO #193060)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place
Boston, MA 02110
(617) 406-6000
Fax: (617) 406-6100
Email: john.gilmore@dlapiper.com

Dated: July 6, 2005

## CERTIFICATE OF SERVICE

I, John A.D. Gilmore, hereby certify that, on July 6, 2005, I caused a true copy of the foregoing *Defendant The Chubb Corporation's Disclosure Statement* was served by first-class mail, postage prepaid upon counsel of record per the attached service list.

*(signature)*

John A.D. Gilmore

~Bos. 376092.1

2

*BENSLEY CONSTRUCTION, INC. v. MARSH & MCLENNAN COMPANIES, INC., ET AL.*
UNITED STATES DISTRICT COURT (MA) C.A. NO. 05-11249-GAO

## SERVICE LIST

Kenneth G. Gilman, Esq.
Douglas J. Hoffman, Esq.
Gilman and Pastor, LLP
60 State Street, 37th Floor
Boston, MA 02109
(Counsel to Bensley Construction Inc.)

Daniel S. Savrin, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
(Counsel to Marsh & McLennan Companies, Inc., Marsh, Inc.)

John A.D. Gilmore, Esq.
DLA Piper Rudnick Gray Cary US LLP
One International Place, 21st Floor
Boston, MA 02110-2600
   and
Laura Besvinick, Esq.
Hogan & Hartson LLP
Mellon Financial Center
1111 Brickell, Suite
1900 Miami, FL 33131
(Attorneys for The Chubb Corporation)

Brien T. O'Connor, Esq.
Timothy J. Casey, Esq.
Ropes & Gray LLP
One International Place
Boston, MA 02110
   and
Roberta A. Kaplan, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(Counsel to American Insurance Group Inc.)

- 1 -

~BOST1:375524.v1
13044-107

Ralph T. LePore, III, Esq.
James M. Tierney, Esq.
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
(Counsel for Liberty Mutual Group Inc., Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Employers Insurance Company of Wausau and St. James Insurance Company Ltd.)

Philip T. Newbury, Esq.
Mark J. Claflin, Esq.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114
  and
H. Lee Godfrey, Esq.
Neal S. Manse, Esq.
Johnny W. Carter, Esq.
Jeffrey R. Seely, Esq.
Susan Godfrey LLP
1000 Louisiana Street, Suite 5100
Houston, TX 77002
(Counsel to ACE USA and ACE INA)

Bruce W. Edmands, Esq.
Eckert Seamans Cherin & Mellott, LLC
One International Place
Boston, MA 02110
(Counsel to Zurich American Insurance Company)

John F. Collins, Esq.
Molly Lehr, Esq.
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019
(Counsel to American Re-Insurance Company)

Ingrid Hlawaty, Esq.
Edwin M. Larkin, Esq.
Lina M. Viviano, Esq.
200 Park Avenue
New York, NY 10166-4193
  and
Terry M. Grimm, Esq.
Stephen C. Schulte, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
(Counsel to Arthur J. Gallagher & Co.)

Juliane Balliro, Esq.
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, MA 02108-3106
(Counsel to Hilb Rogal & Hobbs, Company)

James V. Masella, III, Esq.
Richard C. Pepperman, II, Esq.
Anastasia A. Angelov, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
(Counsel to Willis Group Holdings, Ltd., Willis North America, Inc., and Willis Group Ltd.)

David Gabianelli, Esq.
Ray L. Wong, Esq.
Ned M. Gelhaar, Esq.
Hancock Rothert and Bunshoft LLP
Four Embarcadero Center, Suite 300
San Francisco, CA 94111
(Counsel to Universal Life Resources and Universal Life
Resources, Inc. (d/b/a ULR Insurance Services, Inc.)

Richard B. Zabel, Esq.
Robert H. Pees, Esq.
Patrick C. Schmitter, Esq.
Vadim Sarnia, Esq.
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022-2524
(Counsel to USI Holdings Corp.)

~BOST1:375524.v1
13044-107

Ian Crawford, Esq.
Todd & Weld LLP
28 State Street
Boston, MA 02109
(Counsel to USI Holdings Corp.)

John R. Middleton, Jr., Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
(Counsel to Prudential Financial, Inc.)

Joseph Hamilton, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 016084477
  and
Deborah E. Hryb, Esq.
Patrick W. Shea, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Blvd., 9th Floor
Stamford, CT 06901
(Counsel to UnumProvident. Corporation)

Paul C. Cumin, Esq.
Michael J. Garvey, Esq.
David H. LaRocca, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue New York, NY 10017
(Counsel to the St. Paul Travelers Companies, Inc.)

- 4 -