MAS-20041213
collado

Case 1:05-cv-11249-GAO   Document 32   Filed 07/07/2005   Page 1 of 7

Commonwealth of Massachusetts
ESSEX SUPERIOR COURT
Case Summary
Civil Docket

06/22/2005
04:25 PM

# ESCV2005-00277
## Bensley Construction Inc v Marsh & McLennan Companies Inc et al

| | |
|---|---|
| **Defendant**<br>ACE USA<br>Served: 05/17/2005<br>Served (answr pending) 05/17/2005 | Private Counsel 370070<br>Philip T Newbury Jr<br>Howd & Ludorf<br>65 Weathersfield Avenue<br>Hartford, CT 06114-1190<br>Phone: 860-249-1361<br>Fax: 860-522-9549<br>Active 06/08/2005 Notify |
| **Defendant**<br>ACE INA<br>Served: 05/17/2005<br>Served (answr pending) 05/17/2005 | \*\*\* See Attorney Information Above \*\*\* |
| **Defendant**<br>American International Group<br>Served: 05/17/2005<br>Served (answr pending) 05/17/2005 | |
| **Defendant**<br>Aon Corporation<br>Service pending 02/17/2005 | |
| **Defendant**<br>American Re Insurance Company<br>Served: 05/18/2005<br>Served (answr pending) 05/18/2005 | |
| **Defendant**<br>Aon Brokers Services Inc<br>Service pending 02/17/2005 | |

MAS-20041213　　Case 1:05-cv-11249-GAO　　Document 39　　Filed 07/07/2005　　Page 2 of 7　　06/22/2005
collado　　　　　　　　　　　　　　　　Commonwealth of Massachusetts　　　　　　　　　　　　　　　　04:25 PM
ESSEX SUPERIOR COURT
Case Summary
Civil Docket

### ESCV2005-00277
### Bensley Construction Inc v Marsh & McLennan Companies Inc et al

**Defendant**
Aon Risk Services Companies Inc
Service pending 02/17/2005

**Defendant**
Aon Group Inc
Service pending 02/17/2005

**Defendant**
Aon Services Group Inc
Service pending 02/17/2005

**Defendant**
Arthur J Gallagher & Co
Served: 05/17/2005
Served (answr pending) 05/17/2005

**Defendant**
Hilb Rogal & Hobbes Company
Served: 05/17/2005
Served (answr pending) 05/17/2005

**Defendant**
Willis Group Holdings LTD
Served: 05/17/2005
Served (answr pending) 05/17/2005

MAS-20041213    Case 1:05-cv-11249-GAO    Commonwealth of Massachusetts    Document 22    Filed 07/07/2005    Page 3 of 7    06/22/2005
collado                                            ESSEX SUPERIOR COURT                          04:25 PM
                                                       Case Summary
                                                         Civil Docket

## ESCV2005-00277
## Bensley Construction Inc v Marsh & McLennan Companies Inc et al

**Defendant**
Wills North American Inc
Served: 05/17/2005
Served (answr pending) 05/17/2005

**Defendant**
Willis Group LTD
Served: 05/17/2005
Served (answr pending) 05/17/2005

**Defendant**
Universal Life Resources
Served: 05/17/2005
Served (answr pending) 05/17/2005

**Defendant**
Universal Life Resources Inc
Served: 05/17/2005
Served (answr pending) 05/17/2005

**Doing busnss as (alias)**
ULR Insurance Services Inc
Active 02/17/2005

**Defendant**
Chubb Corporation
Served: 05/17/2005
Served (answr pending) 05/17/2005

MAS-20041213　　Case 1:05-cv-11249-GAO　　Document 32　　Filed 07/07/2005　　Page 4 of 7　　06/22/2005
collado　　　　　　　　　　　　　　Commonwealth of Massachusetts　　　　　　　　　　　　　　　　　　04:25 PM
ESSEX SUPERIOR COURT
Case Summary
Civil Docket

### ESCV2005-00277
### Bensley Construction Inc v Marsh & McLennan Companies Inc et al

**Defendant**
Hartford Financial Services Group Inc
Service pending 02/17/2005

**Defendant**
Hartford Fire Insurance Company
Service pending 02/17/2005

**Defendant**
Hartford Insurance Co of the Southeast
Service pending 02/17/2005

**Defendant**
Hartford Underwriters Ins Co
Service pending 02/17/2005

**Defendant**
Metlife Inc
Served: 05/17/2005
Served (answr pending) 05/17/2005

**Defendant**
Prudential Financial Inc
Served: 05/17/2005
Served (answr pending) 05/17/2005

## ESCV2005-00277
## Bensley Construction Inc v Marsh & McLennan Companies Inc et al

**Defendant**
Unumprovident Corporation
Served: 05/17/2005
Served (answr pending) 05/17/2005

**Defendant**
St Paul Travelers Companies Inc
Served: 05/17/2005
Served (answr pending) 05/17/2005

**Defendant**
Zurich American Insurance Company
Served: 05/18/2005
Served (answr pending) 05/18/2005

**Defendant**
Liberty Mutual Group Inc
Served: 05/17/2005
Answer indicated 06/14/2005

**Defendant**
Liberty Mutual Insurance Company
Served: 05/14/2005
Answer indicated 06/14/2005

**Defendant**
Liberty Mutual Fire Insurance Company
Served: 05/17/2005
Answer indicated 06/14/2005

MAS-20041213
collado

Case 1:05-cv-11249-GAO    Document 32    Filed 07/07/2005    Page 6 of 7

Commonwealth of Massachusetts
ESSEX SUPERIOR COURT
Case Summary
Civil Docket

06/22/2005
04:25 PM

### ESCV2005-00277
### Bensley Construction Inc v Marsh & McLennan Companies Inc et al

**Defendant**
Employers Insurance Company of Wausau
Answer indicated 06/14/2005

**Defendant**
St James Insurance Company LTD
Served: 05/18/2005
Answer indicated 06/14/2005

**Defendant**
USI Holdings Inc
Served: 05/17/2005
Served (answr pending) 05/17/2005

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 02/17/2005 | 1.0 | Class Action Complaint & civil action cover sheet filed |
| 02/17/2005 | | Origin 1, Type B99, Track F. |
| 05/16/2005 | 2.0 | Amended complaint of Bensley Construction Inc |
| 05/18/2005 | 3.0 | SERVICE RETURNED: Zurich American Insurance Company(Defendant) |
| 05/18/2005 | 4.0 | SERVICE RETURNED: American Re Insurance Company(Defendant) |
| 05/18/2005 | 5.0 | SERVICE RETURNED (summons): St James Insurance Company LTD UNSERVED |
| 05/18/2005 | 6.0 | Second SERVICE RETURNED (summons): St James Insurance Company LTD UNSERVED |
| 05/18/2005 | 7.0 | SERVICE RETURNED (summons): Employers Insurance Company of Wausau UNSERVED |
| 05/18/2005 | 8.0 | SERVICE RETURNED: Unumprovident Corporation(Defendant) |
| 05/18/2005 | 9.0 | SERVICE RETURNED: Universal Life Resources Inc(Defendant) |
| 05/18/2005 | 10.0 | SERVICE RETURNED: Liberty Mutual Group Inc(Defendant) |
| 05/18/2005 | 11.0 | SERVICE RETURNED: Liberty Mutual Insurance Company(Defendant) |
| 05/18/2005 | 12.0 | SERVICE RETURNED: Liberty Mutual Fire Insurance Company(Defendant) |
| 05/18/2005 | 13.0 | SERVICE RETURNED (summons): Employers Insurance Company of Wausau, service made on May 17, 2005 (agent in charge service) |
| 05/18/2005 | 14.0 | SERVICE RETURNED: Universal Life Resources(Defendant) |
| 05/18/2005 | 15.0 | SERVICE RETURNED: Marsh Inc(Defendant) |
| 05/18/2005 | 16.0 | SERVICE RETURNED: Marsh & McLennan Companies Inc(Defendant) |
| 05/18/2005 | 17.0 | SERVICE RETURNED: Wills North American Inc(Defendant) |
| 05/18/2005 | 18.0 | SERVICE RETURNED: Willis Group Holdings LTD(Defendant) |

MAS-20041213
collado
Case 1:05-cv-11249-GAO   Document 32   Filed 07/07/2005   Page 7 of 7
Commonwealth of Massachusetts
ESSEX SUPERIOR COURT
Case Summary
Civil Docket
06/22/2005
04:25 PM

### ESCV2005-00277
### Bensley Construction Inc v Marsh & McLennan Companies Inc et al

| Date | Paper | Text |
|---|---|---|
| 05/18/2005 | 19.0 | SERVICE RETURNED: American International Group(Defendant) |
| 05/18/2005 | 20.0 | SERVICE RETURNED: Prudential Financial Inc(Defendant) |
| 05/18/2005 | 21.0 | SERVICE RETURNED: Willis Group LTD(Defendant) |
| 05/18/2005 | 22.0 | SERVICE RETURNED: ACE USA(Defendant) |
| 05/18/2005 | 23.0 | SERVICE RETURNED: ACE INA(Defendant) |
| 05/18/2005 | 24.0 | SERVICE RETURNED: Hilb Rogal & Hobbes Company(Defendant) |
| 05/18/2005 | 25.0 | SERVICE RETURNED: Chubb Corporation(Defendant) |
| 05/18/2005 | 26.0 | SERVICE RETURNED: USI Holdings Inc(Defendant) |
| 05/18/2005 | 27.0 | SERVICE RETURNED: Metlife Inc(Defendant) |
| 05/18/2005 | 28.0 | SERVICE RETURNED: St Paul Travelers Companies Inc(Defendant) |
| 05/18/2005 | 29.0 | SERVICE RETURNED: Arthur J Gallagher & Co(Defendant) |
| 06/07/2005 | 30.0 | Court received a response from Christopher T Doyle. |
| 06/08/2005 | 31.0 | Atty Philip T Newbury Jr's notice of appearance for ACE USA, ACE INA |
| 06/14/2005 | | Notice: of Intent to file Motion to Dismiss of Defendant Liberty Mutual Group, Inc. |
| 06/14/2005 | | Notice: of intent to file Motion To Dismiss Of Defendant St. James Insurance Company LTD |
| 06/14/2005 | | Notice: of intent to file Motion To Dismiss Of Defendants Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company And Employers Insurance Company Of Wausau |
| 06/14/2005 | | Corporate Disclosure Statement |
| 06/17/2005 | 32.0 | Notice for Removal to the United States District Court filed by Marsh & McLennan Companies Inc |
| 06/17/2005 | 33.0 | Certified Copy of Petition for Removal to the United States District Court filed by Marsh & McLennan Companies Inc |
| 06/22/2005 | 34.0 | ORDER transferring to United States District Court (Thomas P. Billings, Justice) |
| 06/22/2005 | | Case REMOVED this date to US District Court of Massachusetts |

**EVENTS**