UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENSLEY CONSTRUCTION, INC, on its own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARSH & MCLENNAN COMPANIES, INC., MARSH, INC., ACE USA, ACE INA, AMERICAN INTERNATIONAL GROUP, AMERICAN RE-INSURANCE COMPANY, ARTHUR J. GALLAGHER & CO., HILB ROGAL & HOBBS, COMPANY, WILLIS GROUP HOLDINGS, LTD., WILLIS NORTH AMERICA, INC., WILLIS GROUP LTD., UNIVERSAL LIFE RESOURCES, INC. (d/b/a ULR INSURANCE SERVICES, INC.), THE CHUBB CORPORATION, USI HOLDINGS, INC., METLIFE, INC. PRUDENTIAL FINANCIAL, INC., UNUMPROVIDENT CORPORATION, THE ST. PAUL TRAVELERS COMPANIES, INC. ZURICH AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL GROUP, INC., LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, EMPLOYERS INSURANCE COMPANY OF WAUSAU and ST. JAMES INSURANCE COMPANY LTD.,<br><br>Defendants. | Civil Action No. 05-11249-GAO |

## CORPORATE DISCLOSURE STATEMENT

Defendants Liberty Mutual Group, Inc., Liberty Mutual Insurance Company,

Liberty Mutual Fire Insurance Company and Employers Insurance Company of

Wausau submit this corporate disclosure statement pursuant to Local Rule 7.3.

Liberty Mutual Group, Inc. owns 100% of the stock of Liberty Mutual

Insurance Company, Liberty Mutual Fire Insurance Company and Employers

Insurance Company of Wausau.  LMHC Massachusetts Holdings Inc. owns 100% of

the stock of Liberty Mutual Group, Inc.  Liberty Mutual Holding Company Inc.

owns 100% of the stock of LHMC Massachusetts Holdings Inc.  No publicly traded

entity owns any stock in any of the above-named entities.

Respectfully submitted,

LIBERTY MUTUAL GROUP, INC.,

LIBERTY MUTUAL INSURANCE COMPANY,

LIBERTY MUTUAL FIRE INSURANCE
COMPANY and

EMPLOYERS INSURANCE COMPANY OF
WAUSAU

By their attorneys,

_____
Ralph T. Lepore, III (BBO #294420)
James M. Tierney (BBO #644945)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700

Dated:  July 8, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the
attorney of record for each party on the attached service list by first class mail on
July 8, 2005.

_____
Ralph T. Lepore, III

**SERVICE LIST FOR BENSLEY CONSTRUCTION, INC. V.
MARSH & MCLENNAN COMPANIES, INC., ET AL.**

Kenneth G. Gilman, Esq.
Douglas J. Hoffman, Esq.
Gilman and Pastor, LLP
60 State Street, 37th Floor
Boston, MA  02109
(Attorneys for Bensley Construction, Inc.)

Daniel S. Savrin, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110
(Attorneys for Marsh & McLennan Companies, Inc. and
Marsh, Inc.)

John AD Gilmore, Esq.
DLA Piper Rudnick Gray Cary
One International Place, 21st Floor
Boston, MA  02110-2600
(Attorneys for The Chubb Corporation)

Laura Besvinick, Esq.
Hogan & Hartson LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, FL  33131
(Attorneys for The Chubb Corporation)

Brien T. O'Connor, Esq.
Timothy J. Casey, Esq.
Ropes & Gray LLP
One International Place
Boston, MA  02110
(Attorneys for American Insurance Group, Inc.)

Roberta A. Kaplan, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064
(Attorneys for American Insurance Group, Inc.)

Paul C. Curnin, Esq.
Michael J. Garvey, Esq.
David H. LaRocca, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017
(Attorneys for The St. Paul Travelers Companies, Inc.)

Joseph Hamilton, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA  01608-1477
(Attorneys for Unum Provident Corporation)

Deborah E. Hryb, Esq.
Patrick W. Shea, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard, 9th Floor
Stamford, CT  06901
(Attorneys for Unum Provident Corporation)

John R. Middleton, Jr., Esq.
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ  07068
(Attorneys for Prudential Financial, Inc.)

Daniel B. Winslow, Esq.
Patricia R. Rich, Esq.
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA  02210
(Attorneys for MetLife, Inc.)

Ian Crawford, Esq.
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA  02109
(Attorneys for USI Holdings Corp.)

Robert H. Pees, Esq.
Vadim Sarma, Esq.
Akin Gump Strauss Hauer & Feld, LLP
590 Madison Avenue
New York, NY  10022-2524
(Attorneys for USI Holdings Corp.)

David Gabianelli, Esq.
Ray L. Wong, Esq.
Ned M. Gelhaar, Esq.
Hancock Rothert and Bunshoft LLP
Four Embarcadero Center, Suite 300
San Francisco, CA  94111
(Attorneys for Universal Life Resources, Universal Life
Resources, Inc. (D/B/A ULR Insurance Services, Inc.)

James V. Masella III, Esq.
Richard C. Pepperman, II, Esq.
Anastasia A. Angelova, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004-2498
(Attorneys for Willis Group Holdings, Ltd., Willis North
America, Inc., and Willis Group Ltd.)

Juliane Balliro, Esq.
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, MA  02108-3106
(Attorneys for Hilb Rogal & Hobbs Company)

Ingrid Hlawaty, Esq.
Edwin M. Larkin, Esq.
Lina M. Viviano, Esq.
200 Park Avenue
New York, NY  10166-4193
(Attorneys for Arthur J. Gallagher & Co.)

Terry M. Grimm, Esq.
Stephen C. Schulte, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Il  60601
(Attorneys for Arthur J. Gallagher & Co.)

Bruce W. Edmands, Esq.
Eckert Seamans Cherin & Mellott, LLC
One International Place
Boston, MA  02110
(Attorneys for Zurich American Insurance Company)

John F. Collins, Esq.
Molly Lehr, Esq.
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY  10019
(Attorneys for American Re-Insurance Company)

Philip T. Newbury, Esq.
Mark J. Claflin, Esq.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT  06114
(Attorneys for ACE USA, ACE INA)

H. Lee Godfrey, Esq.
Neal S. Manne, Esq.
Johnny W. Carter, Esq.
Jeffrey R. Seely, Esq.
Susman Godfrey LLP
1000 Louisiana Street, Suite 5100
Houston, TX  77002
(Attorneys for ACE USA, ACE INA)

# 3050812_v1