UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENSLEY CONSTRUCTION, INC, on its own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARSH & MCLENNAN COMPANIES, INC., MARSH, INC., ACE USA, ACE INA, AMERICAN INTERNATIONAL GROUP, AMERICAN RE-INSURANCE COMPANY, ARTHUR J. GALLAGHER & CO., HILB ROGAL & HOBBS, COMPANY, WILLIS GROUP HOLDINGS, LTD., WILLIS NORTH AMERICA, INC., WILLIS GROUP LTD., UNIVERSAL LIFE RESOURCES, INC. (d/b/a ULR INSURANCE SERVICES, INC.), THE CHUBB CORPORATION, USI HOLDINGS, INC., METLIFE, INC. PRUDENTIAL FINANCIAL, INC., UNUMPROVIDENT CORPORATION, THE ST. PAUL TRAVELERS COMPANIES, INC. ZURICH AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL GROUP, INC., LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, EMPLOYERS INSURANCE COMPANY OF WAUSAU and ST. JAMES INSURANCE COMPANY LTD.,<br><br>Defendants. | Civil Action No. 05-11249-GAO |

**MOTION TO DISMISS OF DEFENDANTS LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY AND <u>EMPLOYERS INSURANCE COMPANY OF WAUSAU</u>**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendants Liberty

Mutual Insurance Company, Liberty Mutual Fire Insurance Company and

Employers Insurance of Wausau (collectively "Liberty") hereby move to dismiss the claims asserted by plaintiff Bensley Construction, Inc. ("Bensley") on its own behalf and on behalf of all others similarly situated, for failure to state claims against Liberty. As its reasons therefor, and as explained in detail in the accompanying memorandum of law, Liberty states:

There is no basis for Bensley's claims against Liberty for recovery for breach of fiduciary duty and aiding and abetting a breach of fiduciary duty because Liberty, as an insurer, owes no such duty to Plaintiffs, as alleged insureds, as a matter of law.

There is no basis for Bensley's claim against Liberty for unjust enrichment because that is a theory of recovery that exists only when a contract exists and is not performed fully.

There is no basis for Bensley's claim against Liberty for breach of contract and breach of the covenant of good faith and fair dealing because Bensley fails to allege that Liberty and plaintiffs are parties to any contract, let alone one that was breached and caused damages to plaintiffs. In the absence of a contract, Bensley's claims for breach of contract and the covenant of good faith and fair dealing, which does not arise absent a contract, must fail.

WHEREFORE, Liberty respectfully requests that the Court dismiss all claims asserted by plaintiff against Liberty pursuant to Fed.R.Civ.P 12(b)(6).

        Respectfully submitted,

        LIBERTY MUTUAL INSURANCE COMPANY,

        LIBERTY MUTUAL FIRE INSURANCE COMPANY,

        EMPLOYERS INSURANCE COMPANY OF WAUSAU, and

        By their attorneys,

        _____
        Ralph T. Lepore, III (BBO #294420)
        James M. Tierney (BBO #644945)
        HOLLAND & KNIGHT LLP
        10 St. James Avenue
        Boston, MA 02116
        (617) 523-2700

Dated: July 8, 2005

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that we have conferred with counsel for plaintiff by telephone on July 8, 2005, and the parties were unable to resolve the issues presented in this motion.

_____
Ralph T. Lepore, III

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party on the attached service list by first class mail on July 8, 2005.

_____
Ralph T. Lepore, III

3

## SERVICE LIST FOR BENSLEY CONSTRUCTION, INC. V. MARSH & MCLENNAN COMPANIES, INC., ET AL.

Kenneth G. Gilman, Esq.
Douglas J. Hoffman, Esq.
Gilman and Pastor, LLP
60 State Street, 37th Floor
Boston, MA 02109
(Attorneys for Bensley Construction, Inc.)

Daniel S. Savrin, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
(Attorneys for Marsh & McLennan Companies, Inc. and Marsh, Inc.)

John AD Gilmore, Esq.
DLA Piper Rudnick Gray Cary
One International Place, 21st Floor
Boston, MA 02110-2600
(Attorneys for The Chubb Corporation)

Laura Besvinick, Esq.
Hogan & Hartson LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, FL 33131
(Attorneys for The Chubb Corporation)

Brien T. O'Connor, Esq.
Timothy J. Casey, Esq.
Ropes & Gray LLP
One International Place
Boston, MA 02110
(Attorneys for American Insurance Group, Inc.)

Roberta A. Kaplan, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(Attorneys for American Insurance Group, Inc.)

Paul C. Curnin, Esq.
Michael J. Garvey, Esq.
David H. LaRocca, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
(Attorneys for The St. Paul Travelers Companies, Inc.)

Joseph Hamilton, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
(Attorneys for Unum Provident Corporation)

Deborah E. Hryb, Esq.
Patrick W. Shea, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard, 9th Floor
Stamford, CT 06901
(Attorneys for Unum Provident Corporation)

John R. Middleton, Jr., Esq.
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ 07068
(Attorneys for Prudential Financial, Inc.)

Daniel B. Winslow, Esq.
Patricia R. Rich, Esq.
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
(Attorneys for MetLife, Inc.)

Ian Crawford, Esq.
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
(Attorneys for USI Holdings Corp.)

Robert H. Pees, Esq.
Vadim Sarma, Esq.
Akin Gump Strauss Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022-2524
(Attorneys for USI Holdings Corp.)

David Gabianelli, Esq.
Ray L. Wong, Esq.
Ned M. Gelhaar, Esq.
Hancock Rothert and Bunshoft LLP
Four Embarcadero Center, Suite 300
San Francisco, CA 94111
(Attorneys for Universal Life Resources, Universal Life
Resources, Inc. (D/B/A ULR Insurance Services, Inc.)

James V. Masella III, Esq.
Richard C. Pepperman, II, Esq.
Anastasia A. Angelova, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498
(Attorneys for Willis Group Holdings, Ltd., Willis North
America, Inc., and Willis Group Ltd.)

Juliane Balliro, Esq.
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, MA 02108-3106
(Attorneys for Hilb Rogal & Hobbs Company)

Ingrid Hlawaty, Esq.
Edwin M. Larkin, Esq.
Lina M. Viviano, Esq.
200 Park Avenue
New York, NY 10166-4193
(Attorneys for Arthur J. Gallagher & Co.)

Terry M. Grimm, Esq.
Stephen C. Schulte, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Il 60601
(Attorneys for Arthur J. Gallagher & Co.)

Bruce W. Edmands, Esq.
Eckert Seamans Cherin & Mellott, LLC
One International Place
Boston, MA 02110
(Attorneys for Zurich American Insurance Company)

John F. Collins, Esq.
Molly Lehr, Esq.
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019
(Attorneys for American Re-Insurance Company)

Philip T. Newbury, Esq.
Mark J. Claflin, Esq.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114
(Attorneys for ACE USA, ACE INA)

H. Lee Godfrey, Esq.
Neal S. Manne, Esq.
Johnny W. Carter, Esq.
Jeffrey R. Seely, Esq.
Susman Godfrey LLP
1000 Louisiana Street, Suite 5100
Houston, TX 77002
(Attorneys for ACE USA, ACE INA)

# 3050812_v1