UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENSLEY CONSTRUCTION, INC, on its own behalf and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>MARSH & MCLENNAN COMPANIES, INC., MARSH, INC., ACE USA, ACE INA, AMERICAN INTERNATIONAL GROUP, AMERICAN RE-INSURANCE COMPANY, ARTHUR J. GALLAGHER & CO., HILB ROGAL & HOBBS, COMPANY, WILLIS GROUP HOLDINGS, LTD., WILLIS NORTH AMERICA, INC., WILLIS GROUP LTD., UNIVERSAL LIFE RESOURCES, INC. (d/b/a ULR INSURANCE SERVICES, INC.), THE CHUBB CORPORATION, USI HOLDINGS, INC., METLIFE, INC. PRUDENTIAL FINANCIAL, INC., UNUMPROVIDENT CORPORATION, THE ST. PAUL TRAVELERS COMPANIES, INC. ZURICH AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL GROUP, INC., LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, EMPLOYERS INSURANCE COMPANY OF WAUSAU and ST. JAMES INSURANCE COMPANY LTD.,<br><br>        Defendants. | Civil Action No. 05-11249-GAO |

## NOTICE OF APPEARANCE

Please enter our limited appearance as counsel for the defendant, St. James

- 2 -

Insurance Company Ltd. in the above-captioned action.

        Respectfully submitted,

        ST. JAMES INSURANCE
        COMPANY LTD.

        By its Attorneys,

        _____
        Ralph T. Lepore, III (BBO #294420)
        James M. Tierney (BBO #644945)
        HOLLAND & KNIGHT LLP
        10 St. James Avenue
        Boston, MA  02116
        (617) 523-2700

Dated: July 8, 2005

# 3051440_v1

I hereby certify under the pains and penalties of perjury that this document was served upon counsel for all parties in this case on 7-8-05. By Hand / By Mail