UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENSLEY CONSTRUCTION, INC., on its own behalf and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MARSH & MCLENNAN COMPANIES, INC., MARSH, INC., ACE USA, ACE INA, AMERICAN INTERNATIONAL GROUP, AMERICAN REINSURANCE COMPANY, ARTHUR J. GALLAGHER & CO., HILB ROGAL & HOBBS COMPANY, WILLIS GROUP HOLDINGS, LTD., WILLIS NORTH AMERICA, INC., WILLIS GROUP, LTD., UNIVERSAL LIFE RESOURCES, INC. (d/b/a ULR INSURANCE SERVICES, INC.), THE CHUBB CORPORATION, USI HOLDINGS, INC., METLIFE, INC., PRUDENTIAL FINANCIAL, INC., UNUMPROVIDENT CORPORATION, THE ST. PAUL TRAVELERS COMPANIES, INC., ZURICH AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL GROUP INC., LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, EMPLOYERS INSURANCE COMPANY OF WAUSAU and ST. JAMES INSURANCE COMPANY LTD.,<br><br>    Defendants | CIVIL ACTION NO. 05-11249-GAO |

**ZURICH AMERICAN INSURANCE COMPANY'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, Zurich American Insurance Company hereby states that Zurich American Insurance Company ("ZAIC") is a wholly owned subsidiary of Zurich Holding Company of America, Inc., which is not publicly owned. ZAIC is an indirect subsidiary of the ultimate parent

{K0306361.1}

company Zurich Financial Services ("ZFS"), a publicly owned corporation. No publicly traded corporation owns more than 10% of ZFS's stock.

                ZURICH AMERICAN INSURANCE
                COMPANY

                By its attorney,

                _____/s/ Bruce W. Edmands__
                Bruce W. Edmands (BBO # 151360)
                Eckert Seamans Cherin & Mellott, LLC
                One International Place, 18th floor
                Boston, MA 02110
                Tel: 617-342-6800

Dated: July 11, 2005

## CERTIFICATE OF SERVICE

I, Bruce W. Edmands, hereby certify that a true copy of the above document was served upon the following by hand-delivery and/or first class mail on July 11, 2005:

| | |
|---|---|
| Kenneth G. Gilman, Esq.<br>Douglas J. Hoffman, Esq.<br>Gilman and Pastor, LLP<br>60 State Street, 37th Floor<br>Boston, MA 02109 | Donald K. Stern, Esq.<br>Daniel S. Savrin, Esq.<br>Joshua Vitullo, Esq.<br>Bingham McCutchen LLP<br>150 Federal Street<br>Boston, MA 02110 |
| John AD Gilmore<br>DLA Piper Rudnick Gray Cary<br>One International Place, 21st Floor<br>Boston, MA 02110-2600 | Laura Besvinick, Esq.<br>Hogan & Hartson LLP<br>Mellon Financial Center<br>1111 Brickell Avenue, Suite 1900<br>Miami, FL 33131 |
| Brien T. O'Connor, Esq.<br>Timothy J. Casey, Esq.<br>Ropes & Gray LLP<br>One International Place<br>Boston, MA 02110 | Roberta A. Kaplan, Esq.<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 |
| Ralph T. LePore, III, Esq.<br>James M. Tierney, Esq.<br>Holland & Knight LLP<br>10 St. James Avenue<br>Boston, MA 02116 | Paul C. Curnin, Esq.<br>Michael J. Garvey, Esq.<br>David H. LaRocca, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 |
| Joseph Hamilton, Esq.<br>Kristina H. Allaire, Esq.<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477 | Deborah E. Hryb, Esq.<br>Patrick W. Shea, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>1055 Washington Blvd., 9th Floor<br>Stamford, CT 06901 |
| John R. Middleton, Jr., Esq.<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 | Daniel B. Winslow, Esq.<br>Patricia R. Rich, Esq.<br>Duane Morris LLP<br>470 Atlantic Avenue, Suite 500<br>Boston, MA 02210 |

Ian Crawford, Esq.
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA  02109

David Gabianelli, Esq.
Ray L. Wong, Esq.
Ned M. Gelhaar, Esq.
Hancock Rothert and Bunshoft LLP
Four Embarcadero Center, Suite 300
San Francisco, CA  94111

Julianne Balliro, Esq.
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, MA  02108-3106

Terry M. Grimm, Esq.
Stephen C. Schulte, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601

Philip T. Newbury, Esq.
Mark J. Claflin, Esq.
Howard & Ludorf, LLC
65 Wethersefield Avenue
Hartford, CT  06114

Robert H. Pees, Esq.
Vadim Sarma, Esq.
Akin Gump Strauss Hauer & Feld, LLP
590 Madison Avenue
New York, NY  10022-2524

James V. Masella, III, Esq.
Richard C. Pepperman, II, Esq.
Anastasia A. Angelova, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004-2498

Ingrid Hlawaty, Esq.
Edwin M. Larkin, Esq.
Lina M. Viviano, Esq.
200 Park Avenue
New York, NY  10166-4193

John F. Collins, Esq.
Molly Lehr, Esq.
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY  10019

H. Lee Godfrey, Esq.
Neal S. Manne, Esq.
Johnny W. Carter, Esq.
Jeffrey R. Seely, Esq.
Susman Godfrey LLP
1000 Louisiana Street, Suite 5100
Houston, TX  77002

{K0305387.1}

| | |
|---|---|
| Paula M. Bagger, Esq.<br>Cooke Clancy & Gruenthal LLP<br>265 Franklin Street<br>Boston, MA  02110 | Jonathan E. Richman, Esq.<br>LeBoeuf, Lamb, Greene & MacRae, LLP<br>125 West 55th Street<br>New York, NY  10019 |
| Barry Y. Weiner, Esq.<br>Ruberto, Israel & Weiner, P.C.<br>100 North Washington Street<br>Boston, MA  02114<br>John F. Collins, Esq.<br>Molly Lehr, Esq.<br>Kristin Ann Meister, Esq.<br>Dewey Ballantine LLP<br>1301 Avenue of the Americas<br>New York, NY  10019-6092 | Maureen Mulligan, Esq.<br>Ruberto, Israel & Weiner, P.C.<br>100 North Washington Street<br>Boston, MA  02114 |

/s/ Bruce W. Edmands
Bruce W. Edmands

{K0305387.1}