UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENSLEY CONSTRUCTION, INC., on its own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARSH & MCLENNAN COMPANIES, INC., MARSH, INC., ACE USA, ACE INA, AMERICAN INTERNATIONAL GROUP, AMERICAN REINSURANCE COMPANY, ARTHUR J. GALLAGHER & CO., HILB ROGAL & HOBBS, COMPANY, WILLIS GROUP HOLDINGS, LTD., WILLIS NORTH AMERICA INC., WILLIS GROUP LTD., UNIVERSAL LIFE RESOURCES, UNIVERSAL LIFE RESOURCES, INC. (d/b/a ULR INSURANCE SERVICES, INC.), THE CHUBB CORPORATION, USI HOLDINGS, INC., METLIFE, INC., PRUDENTIAL FINANCIAL, INC., UNUMPROVIDENT CORPORATION, THE ST. PAUL TRAVELERS COMPANIES, INC., ZURICH AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL GROUP INC., LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, EMPLOYERS INSURANCE COMPANY OF WAUSAU, and ST. JAMES INSURANCE COMPANY LTD.,<br><br>Defendants. | Civil Action No. 05 11249 GAO |

DEFENDANT PRUDENTIAL FINANCIAL, INC.'S
<u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to F.R.C.P. 7.1 and Local Rule 7.3 Prudential Financial, Inc. states that; (1) it does not have a parent corporation; and (2) no publicly held company owns 10% or more of the stock of Prudential Financial, Inc.

PRUDENTIAL FINANCIAL, INC.

By its attorneys,

_____
Barry Y. Weiner (BBO No. #519700)
(byw@riw.com)
Maureen Mulligan (BBO No. #556482)
(msm@riw.com)
RUBERTO, ISRAEL & WEINER, P.C.
100 North Washington Street
Boston, MA 02114
(617) 742-4200

Dated: July 12, 2005

### CERTIFICATE OF SERVICE

I, Maureen Mulligan, hereby certify that I have served a true copy of the within document upon those counsel on the following service list who do not otherwise receive electronic notice, by first-class mail, postage prepaid, this 12th day of July, 2005.

_____
Maureen Mulligan

U:\MSM\Prudential\Bensley Litigation\Pleadings\Corporate Disclosure Statement.doc

## SERVICE LIST

**Marsh & McLennan Companies, Inc.**
Daniel S. Savrin, Esq.
Joshua Vitullo, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110

Mitchell J. Auslander, Esq.
John R. Oller, Esq.
Christopher J. St. Jeanos, Esq.
Kristin Branson, Esq.
Willkie Farr & Gallagher LLP
787 Seventy Avenue
New York, NY 10019-6099

**ACE USA, ACE INA**
Philip T. Newbury, Esq.
Mark J. Claflin, Esq.
Howd & Ludorf, LLC
65 Wethersfield Ave.
Hartford, CT 06114

H. Lee Godfrey, Esq.
Neal S. Manne, Esq.
Johnny W. Carter, Esq.
Jeffrey R. Seely, Esq.
Susman Godfrey LLP
1000 Louisiana St., Ste. 5100
Houston, TX 77002

**Zurich American Insurance Company**
Bruce W. Edmands, Esq.
Eckert Seamans Cherin & Mellott, LLC
One International Place
Boston, MA 02110

**American International Group**
Brien T. O'Connor, Esq.
Timothy J. Casey, Esq.
Ropes & Gray LLP
One International Place
Boston, MA 02110

Roberta A. Kaplan, Esq.
Paul, Weiss, Rifkind, Wharton
  & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

**American Re-Insurance Company**
John F. Collins, Esq.
Molly Lehr, Esq.
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019

Paula M. Bagger, Esq.
Cooke Clancy & Gruenthal LLP
265 Franklin Street
Boston, MA 02110

**Arthur J. Gallagher & Co.**
Ingrid Hlawaty, Esq.
Edwin M. Larkin, Esq.
Lina M. Viviano, Esq.
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193

Terry M. Grimm, Esq.
Stephen C. Schulte, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

**Hilb Rogal & Hobbs, Company**
Juliane Balliro, Esq.
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, MA 02108-3106

**Willis Group Holdings, Ltd.**
**Willis North America Inc.**
**Willis Group, Ltd.**
James V. Masella III, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Richard C. Pepperman II, Esq.
Anastasia A. Angelova, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004-2498

**Universal Life Resources**
**Universal Life Resources, Inc.**
**(d/b/a ULR Insurance Services, Inc.)**
David Gabianelli, Esq.
Ray L. Wong, Esq.
Ned. M. Gelhaar, Esq.
Hancock Rothert and Bunshoft LLP
Four Embarcadero Center, Ste. 300
San Francisco, CA  94111

**USI Holdings Corp.**
Ian Crawford, Esq.
Todd & Weld LLP
28 State Street, 31st Fl.
Boston, MA  02109

Robert H. Pees, Esq.
Vadim Sarma, Esq.
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY  10022-2524

**METLIFE, INC.**
Daniel B. Winslow, Es.
Patricia R. Rich, Esq.
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA  02210

James W. Carbin, Esq.
Eric Breslin, Esq.
Duane Morris LLP
744 Broad Street
Newark, NJ  07102

**Prudential Financial, Inc.**
John R. Middleton, Jr., Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

**UnumProvident Corporation**
Joseph Hamilton, Esq.
Kristina H. Allaire, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA  01608-1477

**The St. Paul Travelers Companies, Inc.**
David H. LaRocca, Esq.
Michael J. Garvey, Esq.
Paul C. Curnin, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017

**Bensley Construction, Inc.**
Kenneth G. Gilman, Esq.
Douglas M. Brooks, Esq.
Gilman and Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA  01906

**The Chubb Corporation**
Laura Besvinick, Esq.
Hogan & Hartson LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, FL  33131

John A.D. Gilmore, Esq.
DLA Piper Rudnick Gray Cary US LLP
One International Place, 21st Fl.
Boston, MA  02110-2600

**Liberty Mutual Group, Inc.**
**Liberty Mutual Insurance Company**
**Liberty Mutual Fire Insurance Company**
**Employers Insurance Co. of Wausau**
**St. James Insurance Company, Ltd.**
Ralph T. LePore, III, Esq.
James M. Tierney, Esq.
Holland & Knight LLP
10 St. James Avenue
Boston, MA  02116