UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENSLEY CONSTRUCTION, INC.,<br>on its own behalf and on behalf<br>of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>MARSH & MCLENNAN COMPANIES, INC.,<br>et al.<br><br>  Defendants. | CIVIL ACTION NO.<br>05-11249-GAO |

## MOTION TO ADMIT PRO HAC VICE

Pursuant to Fed. R. Civ. P. 11, defendant USI Holdings Corp. ("USI"), by its attorney, Ian Crawford, moves the Court to admit Robert H. Pees from Akin Gump Strauss Hauer & Feld, LLP pro hac vice for purposes of the above-captioned matter and states:

1. The undersigned is a partner with the law firm of Todd & Weld LLP and is a member in good standing of the Bar of the Commonwealth of Massachusetts.

2. Robert H. Pees is a partner with the law firm of Akin Gump Strauss Hauer & Feld in New York, N.Y. and has been retained by USI to represent its interests in this action.

3. Mr. Pees is a member in good standing of the New York Bar as shown by the affidavit attached.

4.   The undersigned will serve as local counsel for USI in this matter.

5.   The $50 filing fee for Mr. Pees has been paid.

WHEREFORE, USI requests an Order admitting Robert H. Pees pro hac vice.

>USI HOLDINGS CORP.
>
>By its attorney,
>
>/s/ Ian Crawford
>Ian Crawford (BBO#544475)
>Todd & Weld LLP
>28 State Street
>Boston, MA   02109
>(617) 720-2626

DATED: July 18, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENSLEY CONSTRUCTION, INC. on its own behalf and on behalf of all others similarly situated,  <br><br>                    Plaintiff,<br>          v.<br><br>MARSH & MCLENNAN, COMPANIES, INC., et al<br><br>                    Defendant. | Civil Action No.<br>05-11249 GAO |

### VERIFIED APPLICATION OF ROBERT H. PEES FOR ADMISSION AS COUNSEL PRO HAC VICE

I, Robert H. Pees, request that I be admitted pro hac vice for purposes of this action. In support of this application, I declare that:

1. I am not a resident of the Commonwealth of Massachusetts, am not regularly employed in the Commonwealth of Massachusetts, and am not regularly engaged in substantial business, professional, or other activities in the Commonwealth of Massachusetts.

2. My current residence is 675 Sackett Street, Brooklyn, NY 11217.

3. I am a partner with the law firm of Akin Gump Strauss Hauer & Feld, LLP, and my business address is 590 Madison Avenue, New York, NY 10022-2524.

4. I am a 1987 graduate of Harvard Law School.

5. I am a member of good standing in the New York State Bar.

6. I have been admitted to practice in each of the courts listed below and am a member in good standing in each such court:

   The U.S. Second Circuit Court of Appeals
   The New York Eastern District Court
   The New York Southern District Court
   The New York Western District Court
   The Supreme Court of the United States

7. I am not currently suspended, disbarred or under investigation by any court.

8. For purposes of this action, Attorney Ian Crawford of Todd & Weld will serve as local counsel and will be an attorney of record in this action.

9. Defendant USI Holdings Corp. ("USI") has specifically requested that I represent it in this action.

10. I have been given a copy and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of July, 2005.

_____
ROBERT H. PEES

Subscribed and sworn to before me by Robert H. Pees on this 13th day of July, 2005.

_____
Notary Public

LINDA LELAND
Notary Public, State of New York
No. 60-4978607
Qualified in W------ County
Commission L------- 27

2