UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENSLEY CONSTRUCTION, INC.,<br>on its own behalf and on behalf<br>of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MARSH & MCLENNAN COMPANIES, INC.,<br>et al.<br><br>    Defendants. | CIVIL ACTION NO.<br>05-11249-GAO |

## MOTION TO ADMIT PRO HAC VICE

Pursuant to Fed. R. Civ. P. 11, defendant USI Holdings Corp. ("USI"), by its attorney, Ian Crawford, moves the Court to admit Vadim Sarma from Akin Gump Strauss Hauer & Feld, LLP pro hac vice for purposes of the above-captioned matter and states:

1.    The undersigned is a partner with the law firm of Todd & Weld LLP and is a member in good standing of the Bar of the Commonwealth of Massachusetts.

2.    Vadim Sarma is an associate with the law firm of Akin Gump Strauss Hauer & Feld in New York, N.Y. and has been retained by USI to represent its interests in this action.

3.    Mr. Sarma is a member in good standing of the New York Bar as shown by the affidavit attached.

4.    The undersigned will serve as local counsel for USI in this matter.

5.    The $50 filing fee for Mr. Sarma has been paid.

WHEREFORE, USI requests an Order admitting Vadim Sarma <u>pro hac vice</u>.

USI HOLDINGS CORP.

By its attorney,

/s/ Ian Crawford
Ian Crawford (BBO#544475)
Todd & Weld LLP
28 State Street
Boston, MA  02109
(617) 720-2626

DATED:   July 18, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                                      )
BENSLEY CONSTRUCTION, INC.            )
on its own behalf and on behalf       )
of all others similarly situated,     )
                                      )
                  Plaintiff,          )    Civil Action No.
           v.                         )    05-11249 GAO
                                      )
                                      )
MARSH & MCLENNAN,                     )
COMPANIES, INC., et al                )
                                      )
                  Defendant.          )
_____)
```

VERIFIED APPLICATION OF VADIM SARMA FOR
ADMISSION AS COUNSEL PRO HAC VICE

I, Vadim Sarma, request that I be admitted pro hac vice for purposes of this action.  In support of this application, I declare that:

1.   I am not a resident of the Commonwealth of Massachusetts, am not regularly employed in the Commonwealth of Massachusetts, and am not regularly engaged in substantial business, professional, or other activities in the Commonwealth of Massachusetts.

2.   My current residence is 262 W. 88th Street Apt. 4, New York, NY 10024.

3.   I am an associate with the law firm of Akin Gump Strauss Hauer & Feld, LLP, and my business address is 590 Madison Avenue, New York, NY 10022-2524.

4.    I am a 2004 graduate of the University of Virginia Law School.

5.    I am a member of good standing in the New York State Bar.

6.    I am not currently suspended, disbarred or under investigation by any court.

7.    For purposes of this action, Attorney Ian Crawford of Todd & Weld will serve as local counsel and will be an attorney of record in this action.

8.    Defendant USI Holdings Crop. ("USI") has specifically requested that I represent it in this action.

9.    I have been given a copy and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13 day of July, 2005.

_____
VADIM SARMA

Subscribed and sworn to before me by Vadim Sarma on this ____ day of July, 2005.

_____
Notary Public

MICHELLE B. JOSEPH
Notary Public, State Of New York
No. 01-JO6069834
Qualified In New York County
Commission Expires 2/11/20 __

2