UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENSLEY CONSTRUCTION, INC., on its own behalf and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MARSH & MCLENNAN COMPANIES, INC., et al.<br><br>    Defendants. | Civil Action No. 05 11249 GAO |

**JOINT STIPULATION FOR EXTENSION OF TIME**

The parties hereby stipulate that the time for Plaintiff Bensley Construction, Inc. to file its response to the motions to dismiss filed by defendants Liberty Mutual Group, Inc, Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Employers Insurance Company of Wausau, and St. James Insurance Company, Ltd. shall be extended to July 27, 2005.

Dated: July 20, 2005                              Respectfully submitted,

| | |
|---|---|
| /s/ Ralph T. Lepore, III, Esq. | /s/ Douglas M. Brooks, Esq. |
| Ralph T. Lepore, III, BBO #294420 | Douglas M. Brooks, BBO #058850 |
| James M. Tierney, BBO #644945 | Kenneth G. Gilman, BBO #192760 |
| HOLLAND & KNIGHT LLP | Douglas J. Hoffman, BBO #640472 |
| 10 St. James Avenue | GILMAN AND PASTOR, LLP |
| Boston, MA 02116 | 60 State St., 37th Floor |
| (617) 523-2700 | Boston, MA 02109 |
| | (617) 742-9700 |
| **ATTORNEYS FOR THE MOVING DEFENDANTS** | **ATTORNEYS FOR PLAINTIFF** |

00005580.WPD ; 1