UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENSLEY CONSTRUCTION, INC., on its own behalf and on behalf of all others similarly situated,<br><br>　　　Plaintiffs,<br><br>v.<br><br>MARSH & MCLENNAN COMPANIES, INC., MARSH, INC., ACE USA, ACE INA, AMERICAN INTERNATIONAL GROUP, AMERICAN REINSURANCE COMPANY, ARTHUR J. GALLAGHER & CO., HILB ROGAL & HOBBS COMPANY, WILLIS GROUP HOLDINGS, LTD., WILLIS NORTH AMERICA, INC., WILLIS GROUP, LTD., UNIVERSAL LIFE RESOURCES, INC. (d/b/a ULR INSURANCE SERVICES, INC.), THE CHUBB CORPORATION, USI HOLDINGS, INC., METLIFE, INC., PRUDENTIAL FINANCIAL, INC., UNUMPROVIDENT CORPORATION, THE ST. PAUL TRAVELERS COMPANIES, INC., ZURICH AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL GROUP INC., LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, EMPLOYERS INSURANCE COMPANY OF WAUSAU and ST. JAMES INSURANCE COMPANY LTD.,<br><br>　　　Defendants | CIVIL ACTION<br>NO. 05-11249-GAO |

**NOTICE OF APPEARANCE**

Kindly enter the appearance of Bruce W. Edmands, David B. Hobbie and Eckert Seamans Cherin & Mellott, LLC as counsel for the defendant, Zurich American Insurance Company, in the

{K0307239.1}

above-captioned action.

        ZURICH AMERICAN INSURANCE COMPANY

        By its attorney,

        _____/s/ Bruce W. Edmands
        Bruce W. Edmands (BBO # 151360)
        David B. Hobbie (BBO # 637107)
        Eckert Seamans Cherin & Mellott, LLC
        One International Place, 18th floor
        Boston, MA  02110
        Tel:  617-342-6800

Dated:  July 26, 2005

**CERTIFICATE OF SERVICE**

I, Bruce W. Edmands, hereby certify that a true copy of the above document was served upon the following by hand-delivery and/or first class mail on July 26, 2005:

Kenneth G. Gilman, Esq.
Douglas J. Hoffman, Esq.
Gilman and Pastor, LLP
60 State Street, 37th Floor
Boston, MA  02109

John AD Gilmore
DLA Piper Rudnick Gray Cary
One International Place, 21st Floor
Boston, MA  02110-2600

Brien T. O'Connor, Esq.
Timothy J. Casey, Esq.
Ropes & Gray LLP
One International Place
Boston, MA  02110

Ralph T. LePore, III, Esq.
James M. Tierney, Esq.
Holland & Knight LLP
10 St. James Avenue
Boston, MA  02116

Joseph Hamilton, Esq.
Kristina H. Allaire, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA  01608-1477

John R. Middleton, Jr., Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

Donald K. Stern, Esq.
Daniel S. Savrin, Esq.
Joshua Vitullo, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110

Laura Besvinick, Esq.
Hogan & Hartson LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, FL  33131

Roberta A. Kaplan, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064

Paul C. Curnin, Esq.
Michael J. Garvey, Esq.
David H. LaRocca, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017

Deborah E. Hryb, Esq.
Patrick W. Shea, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Blvd., 9th Floor
Stamford, CT  06901

Daniel B. Winslow, Esq.
Patricia R. Rich, Esq.
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA  02210

{K0305387.1}

| | |
|---|---|
| Ian Crawford, Esq.<br>Todd & Weld LLP<br>28 State Street, 31st Floor<br>Boston, MA  02109 | Robert H. Pees, Esq.<br>Vadim Sarma, Esq.<br>Akin Gump Strauss Hauer & Feld, LLP<br>590 Madison Avenue<br>New York, NY  10022-2524 |
| David Gabianelli, Esq.<br>Ray L. Wong, Esq.<br>Ned M. Gelhaar, Esq.<br>Hancock Rothert and Bunshoft LLP<br>Four Embarcadero Center, Suite 300<br>San Francisco, CA  94111 | James V. Masella, III, Esq.<br>Richard C. Pepperman, II, Esq.<br>Anastasia A. Angelova, Esq.<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY  10004-2498 |
| Julianne Balliro, Esq.<br>Perkins Smith & Cohen LLP<br>One Beacon Street, 30th Floor<br>Boston, MA  02108-3106 | Ingrid Hlawaty, Esq.<br>Edwin M. Larkin, Esq.<br>Lina M. Viviano, Esq.<br>200 Park Avenue<br>New York, NY  10166-4193 |
| Terry M. Grimm, Esq.<br>Stephen C. Schulte, Esq.<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL  60601 | John F. Collins, Esq.<br>Molly Lehr, Esq.<br>Karen Ann Mesiter, Esq.<br>Dewey Ballantine LLP<br>1301 Avenue of the Americas<br>New York, NY  10019 |
| Philip T. Newbury, Esq.<br>Mark J. Claflin, Esq.<br>Howard & Ludorf, LLC<br>65 Wethersefield Avenue<br>Hartford, CT  06114 | H. Lee Godfrey, Esq.<br>Neal S. Manne, Esq.<br>Johnny W. Carter, Esq.<br>Jeffrey R. Seely, Esq.<br>Susman Godfrey LLP<br>1000 Louisiana Street, Suite 5100<br>Houston, TX  77002 |

{K0305387.1}

Paula M. Bagger, Esq.
Cooke Clancy & Gruenthal LLP
265 Franklin Street
Boston, MA  02110

Barry Y. Weiner, Esq.
Maureen Mulligan, Esq.
Ruberto, Israel & Weiner, P.C.
100 North Washington Street
Boston, MA  02114

Jonathan E. Richman, Esq.
LeBoeuf, Lamb, Greene & MacRae, LLP
125 West 55th Street
New York, NY  10019

/s/ Bruce W. Edmands
Bruce W. Edmands

{K0305387.1}