UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENSLEY CONSTRUCTION, INC., on its own behalf and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MARSH & MCLENNAN COMPANIES, INC., MARSH, INC., ACE USA, ACE INA, AMERICAN INTERNATIONAL GROUP, AMERICAN REINSURANCE COMPANY, ARTHUR J. GALLAGHER & CO., HILB ROGAL & HOBBS COMPANY, WILLIS GROUP HOLDINGS, LTD., WILLIS NORTH AMERICA, INC., WILLIS GROUP, LTD., UNIVERSAL LIFE RESOURCES, INC. (d/b/a ULR INSURANCE SERVICES, INC.), THE CHUBB CORPORATION, USI HOLDINGS, INC., METLIFE, INC., PRUDENTIAL FINANCIAL, INC., UNUMPROVIDENT CORPORATION, THE ST. PAUL TRAVELERS COMPANIES, INC., ZURICH AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL GROUP INC., LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, EMPLOYERS INSURANCE COMPANY OF WAUSAU and ST. JAMES INSURANCE COMPANY LTD.,<br><br>    Defendants | CIVIL ACTION NO. 05-11249-GAO |

**NOTICE OF APPEARANCE**

Kindly enter the appearance of David B. Hobbie and Eckert Seamans Cherin & Mellott, LLC as counsel for the defendant, Zurich American Insurance Company, in the

{K0307239.1}

above-captioned action.

        ZURICH AMERICAN INSURANCE
        COMPANY

        By its attorney,

        _____/s/ David B. Hobbie
        David B. Hobbie (BBO # 637107)
        Eckert Seamans Cherin & Mellott, LLC
        One International Place, 18th floor
        Boston, MA  02110
        Tel:  617-342-6800

Dated:  July 26, 2005

{K0307239.1}        2

## CERTIFICATE OF SERVICE

I, David B. Hobbie, hereby certify that a true copy of the above document was served upon the following by hand-delivery and/or first class mail on July 26, 2005:

Kenneth G. Gilman, Esq.
Douglas J. Hoffman, Esq.
Gilman and Pastor, LLP
60 State Street, 37th Floor
Boston, MA  02109

John AD Gilmore
DLA Piper Rudnick Gray Cary
One International Place, 21st Floor
Boston, MA  02110-2600

Brien T. O'Connor, Esq.
Timothy J. Casey, Esq.
Ropes & Gray LLP
One International Place
Boston, MA  02110

Ralph T. LePore, III, Esq.
James M. Tierney, Esq.
Holland & Knight LLP
10 St. James Avenue
Boston, MA  02116

Joseph Hamilton, Esq.
Kristina H. Allaire, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA  01608-1477

John R. Middleton, Jr., Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

Donald K. Stern, Esq.
Daniel S. Savrin, Esq.
Joshua Vitullo, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110

Laura Besvinick, Esq.
Hogan & Hartson LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, FL  33131

Roberta A. Kaplan, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064

Paul C. Curnin, Esq.
Michael J. Garvey, Esq.
David H. LaRocca, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017

Deborah E. Hryb, Esq.
Patrick W. Shea, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Blvd., 9th Floor
Stamford, CT  06901

Daniel B. Winslow, Esq.
Patricia R. Rich, Esq.
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA  02210

{K0305387.1}

Ian Crawford, Esq.
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109

David Gabianelli, Esq.
Ray L. Wong, Esq.
Ned M. Gelhaar, Esq.
Hancock Rothert and Bunshoft LLP
Four Embarcadero Center, Suite 300
San Francisco, CA 94111

Julianne Balliro, Esq.
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, MA 02108-3106

Terry M. Grimm, Esq.
Stephen C. Schulte, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Philip T. Newbury, Esq.
Mark J. Claflin, Esq.
Howard & Ludorf, LLC
65 Wethersefield Avenue
Hartford, CT 06114

Robert H. Pees, Esq.
Vadim Sarma, Esq.
Akin Gump Strauss Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022-2524

James V. Masella, III, Esq.
Richard C. Pepperman, II, Esq.
Anastasia A. Angelova, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498

Ingrid Hlawaty, Esq.
Edwin M. Larkin, Esq.
Lina M. Viviano, Esq.
200 Park Avenue
New York, NY 10166-4193

John F. Collins, Esq.
Molly Lehr, Esq.
Karen Ann Mesiter, Esq.
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019

H. Lee Godfrey, Esq.
Neal S. Manne, Esq.
Johnny W. Carter, Esq.
Jeffrey R. Seely, Esq.
Susman Godfrey LLP
1000 Louisiana Street, Suite 5100
Houston, TX 77002

| | |
|---|---|
| Paula M. Bagger, Esq.<br>Cooke Clancy & Gruenthal LLP<br>265 Franklin Street<br>Boston, MA  02110 | Jonathan E. Richman, Esq.<br>LeBoeuf, Lamb, Greene & MacRae, LLP<br>125 West 55th Street<br>New York, NY  10019 |
| Barry Y. Weiner, Esq.<br>Maureen Mulligan, Esq.<br>Ruberto, Israel & Weiner, P.C.<br>100 North Washington Street<br>Boston, MA  02114 | |

                                                    /s/ David B. Hobbie<br>                                                    David B. Hobbie

{K0305387.1}