UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BENSLEY CONSTRUCTION, INC., on its own behalf and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MARSH & MCLENNAN COMPANIES, INC., MARSH, INC., ACE USA, ACE INA, AMERICAN INTERNATIONAL GROUP, AMERICAN REINSURANCE COMPANY, ARTHUR J. GALLAGHER & CO., HILB ROGAL & HOBBS, COMPANY, WILLIS GROUP HOLDINGS, LTD., WILLIS NORTH AMERICA INC., WILLIS GROUP LTD., UNIVERSAL LIFE RESOURCES, UNIVERSAL LIFE RESOURCES, INC. (d/b/a ULR INSURANCE SERVICES, INC.), THE CHUBB CORPORATION, USI HOLDINGS, INC., METLIFE, INC., PRUDENTIAL FINANCIAL, INC., UNUMPROVIDENT CORPORATION, THE ST. PAUL TRAVELERS COMPANIES, INC., ZURICH AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL GROUP INC., LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, EMPLOYERS INSURANCE COMPANY OF WAUSAU, and ST. JAMES INSURANCE COMPANY LTD., <br><br> Defendants. | Civil Action No. 05 11249 GAO |

**THE ST. PAUL TRAVELERS COMPANIES, INC.'S**
**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for The St. Paul Travelers Companies, Inc. ("SPTC") certifies as follows:

SPTC does not have a parent corporation and no publicly-held corporation owns more than 10% of its stock.

Respectfully submitted,

THE ST. PAUL TRAVELERS COMPANIES, INC.

By its attorneys,

_____
A. Hugh Scott (BBO# 449160)
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
Tel: 617-248-5250
Fax: 617-248-4000

Of Counsel:

Paul Curnin
Michael Garvey
Elaine Divelbliss
David LaRocca
425 Lexington Avenue
New York, NY 10017
Tel: 212-455-2000
Fax: 212-455-2502

Dated: August 29, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of The St. Paul Travelers Companies, Inc.'s Rule 7.1 Disclosure Statement was served upon the following by first-class mail on August 29, 2005.

_____
Kathleen C. Henry

| | |
|---|---|
| Bensley Construction Inc. | Kenneth G. Gilman, Esq.<br>Douglas J. Hoffman, Esq.<br>Gilman and Pastor, LLP<br>60 State Street, 37th Floor<br>Boston, MA 02109 |
| Marsh & McLennan Companies, Inc.<br>Marsh, Inc. | Donald K. Stern, Esq.<br>Daniel S. Savrin, Esq.<br>Joshua Vitullo, Esq.<br>Bingham McCutchen LLP<br>150 Federal Street<br>Boston, MA 02110 |
| American International Group, Inc. | Brien T. O'Connor, Esq.<br>Timothy J. Casey, Esq.<br>Ropes & Gray LLP<br>One International Place<br>Boston, MA 02110-2624<br><br>Kenneth A. Gallo, Esq.<br>Daniel J. Leffell, Esq,<br>Paul, Weiss, Rifkind, Whaton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 |
| The Chubb Corporation | John A.D. Gilmore, Esq.<br>DLA Piper Rudnick Gray Cary<br>One International Place, 21st Floor<br>Boston, MA 02110-2600<br><br>Laura Besvinick, Esq.<br>Hogan & Hartson LLP<br>Mellon Financial Center<br>1111 Brickell Avenue, Suite 1900<br>Miami, FL 33131 |
| Liberty Mutual Group Inc.,<br>Liberty Mutual Insurance Co.,<br>Liberty Mutual Fire Insurance Co.,<br>Employers Insurance Co. of Wausau,<br>St. James Insurance Company Ltd. | Ralph T. LePort, III, Esq.<br>James M. Tierney, Esq.<br>Holland & Knight LLP<br>10 St. James Avenue<br>Boston, MA 02116 |
| The St. Paul Travelers Companies, Inc. | Paul C. Curnin, Esq.<br>Michael J. Garvey, Esq.<br>David H. LaRocca, Esq.<br>Simpson Thatcher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 |

3976665v1

| | |
|---|---|
| UnumProvident Corporation | Joseph Hamilton, Esq.<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477 |
| | Deborah E. Hryb, Esq.<br>Patrick W. Shea, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>1055 Washington Blvd.<br>9th Floor<br>Stamford, CT 06901 |
| Prudential Financial, Inc. | John R. Middleton, Jr., Esq.<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 |
| MetLife, Inc. | Daniel B. Winslow, Esq.<br>Patricia R. Rich, Esq.<br>Duane Morris LLP<br>470 Atlantic Avenue, Suite 500<br>Boston, MA 02210 |
| USI Holdings Corp. | Ian Crawford, Esq.<br>Todd & Weld LLP<br>28 State Street, 31st Floor<br>Boston, MA 02109 |
| | Robert H. Pees, Esq.<br>Vadim Sarma, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>590 Madison Avenue<br>New York, NY 10022-2524 |
| Universal Life Resources,<br>Universal Life Resources, Inc.<br>(d/b/a ULR Insurance Services, Inc.) | David Gabianelli, Esq.<br>Ray L. Wong, Esq.<br>Ned. M. Gelhaar, Esq.<br>Hancock Rothert and Bunshoft LLP<br>Four Embarcadero Center, St. 300<br>San Francisco, CA 94111 |
| Willis Group Holdings, Ltd.,<br>Willis North America Inc.,<br>Willis Group Ltd. | James V. Masella III, Esq.<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>212-558-4000 |

2

3976665v1

|  |  |
|---|---|
|  | Richard C. Pepperman II, Esq.<br>Anastasia A. Angelova, Esq.<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004-2498 |
| Hilb Rogal & Hobbs, Company | Juliane Balliro, Esq.<br>Perkins Smith & Cohen LLP<br>One Beacon Street, 30th Floor<br>Boston, MA 02108-3106 |
| Arthur J. Gallagher & Co. | Ingrid Hlawaty, Esq.<br>Edwin M. Larkin, Esq.<br>Lina M. Viviano, Esq.<br>200 Park Avenue<br>New York, NY 10166-4193 |
|  | Terry M. Grimm, Esq.<br>Stephen C. Schulte, Esq.<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL 60601 |
| Zurich American Insurance Company | Bruce W. Edmands, Esq.<br>Eckert Seamans Cherin & Mellot, LLC<br>One International Place<br>Boston, MA 02110 |
| American Re-Insurance Company | John F. Collins, Esq.<br>Molly Lehr, Esq.<br>Dewey Ballantine LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 |
| ACE USA,<br>ACE NA | Philip T. Newbury, Esq.<br>Mark J. Claflin, Esq.<br>Howd & Ludorf, LLC<br>65 Wethersfield Ave.<br>Hartford, CT 06114 |
|  | H. Lee Godfrey, Esq<br>Neal S. Manne, Esq.<br>Johnny W. Carter, Esq.<br>Jeffrey R. Seely, Esq.<br>Susman Godfrey LLP<br>1000 Louisiana St., Ste. 5100<br>Houston, TX 77002 |