UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENSLEY CONSTRUCTION, INC.<br>on its own behalf and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>  v.<br><br>MARSH & MCLENNAN COMPANIES, INC., MARSH, INC., ACE USA, ACE INA, AMERICAN INTERNATIONAL GROUP, AMERICAN RE-INSURANCE COMPANY, ARTHUR J. GALLAGHER & CO., HILB ROGAL & HOBBS, COMPANY, WILLIS GROUP HOLDINGS, LTD., WILLIS NORTH AMERICA INC., WILLIS GROUP LTD., UNIVERSAL LIFE RESOURCES, UNIVERSAL LIFE RESOURCES, INC. (d/b/a ULR INSURANCE SERVICES, INC.), THE CHUBB CORPORATION, USI HOLDINGS, INC., METLIFE, INC., PRUDENTIAL FINANCIAL, INC., UNUMPROVIDENT CORPORATION, THE ST. PAUL TRAVELERS COMPANIES, INC., ZURICH AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL GROUP INC., LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, EMPLOYERS INSURANCE COMPANY OF WAUSAU, and ST. JAMES INSURANCE COMPANY LTD.,<br><br>            Defendants. | Civil Action No. 05 11249 GAO |

**REQUEST FOR ORAL ARGUMENT**

   Defendants Marsh & McLennan Companies, Inc., and Marsh, Inc., (collectively "Marsh") hereby make this request, pursuant to L.R. 7.1(d), for a hearing on Defendant's Motion to Stay This Action Pending a Determination on Transfer by the Judicial Panel on Multidistrict Litigation, and as otherwise may be necessary to assist the Court. Marsh submits that oral argument may assist the court and wishes to be heard on these matters.

1

Dated: October 3, 2005

Respectfully submitted by,

Marsh & McLennan Companies, Inc., and Marsh Inc.,

/s/ Josh Vitullo
Daniel S. Savrin BBO #555434
Joshua Vitullo BBO #654310
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
617-951-8000

Of Counsel:
Mitchell J. Auslander, Esq.
John R. Oller, Esq.
Christopher J. St. Jeanos, Esq.
Kristin Branson, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, N.Y. 10019-6099
212 728-8000

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following by hand-delivery and/or first-class mail on October 3, 2005:

| | |
|---|---|
| Bensley Construction Inc. | Kenneth G. Gilman, Esq.<br>Douglas J. Hoffman, Esq.<br>Gilman and Pastor, LLP<br>60 State Street, 37th Floor<br>Boston, MA  02109 |
| The Chubb Corporation | John A.D. Gilmore, Esq.<br>DLA Piper Rudnick Gray Cary<br>One International Place, 21st Fl.<br>Boston, MA  02110-2600 |
| | Laura Besvinick, Esq.<br>Hogan & Hartson LLP<br>Mellon Financial Center<br>1111 Brickell Avenue, Suite 1900<br>Miami, FL 33131 |
| Liberty Mutual Group Inc.<br>Liberty Mutual Insur. Company<br>Liberty Mutual Fire Insur. Company<br>Employers Insur. Co. Of Wausau<br>St. James Insurance Company Ltd. | Ralph T. LePore, III, Esq.<br>James M. Tierney, Esq.<br>Holland & Knight LLP<br>10 St. James Avenue<br>Boston, MA  02116 |
| ACE USA and ACE INA | Philip T. Newbury, Esq.<br>Mark J. Claflin BBO<br>Howd & Ludorf, LLC<br>65 Wethersfield Ave.<br>Hartford, CT 06114 |
| Zurich American Insurance Company | Bruce W. Edmands, Esq.<br>Eckert Seamans Cherin & Mellott, LLC<br>One International Place<br>Boston, MA 02110 |
| American International Group, Inc. | Brien T. O'Connor, Esq.<br>Timothy J. Casey, Esq.<br>Ropes & Gray LLP<br>One International Place<br>Boston, MA  02110 |

LITDOCS/610574.5

| | |
|---|---|
| American Re-Insurance Company | Paula M. Bagger, Esq.<br>Cooke Clancy & Gruenthal LLP<br>265 Franklin Street<br>Boston, MA  02110 |
| Arthur J. Gallagher & Co. | Edwin M. Larkin, Esq.<br>Lina M. Viviano, Esq.<br>200 Park Avenue<br>New York, NY  10166-4193 |
| Hilb Rogal & Hobbs, Company | Juliane Balliro, Esq.<br>Wolf, Block, Schorr and Solis-Cohen LLP<br>One Beacon Street, 41st Floor<br>Boston, MA 02108-3106 |
| Willis Group Holdings, Ltd., Willis North America Inc., and Willis Group Ltd. | James V. Masella III, Esq.<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 |
| Universal Life and Resources, Universal Life Resources, Inc. (d/b/a ULR Insurance Services, Inc.) | David Gabianelli, Esq.<br>Ray L. Wong, Esq.<br>Ned M. Gelhaar, Esq.<br>Hancock Rothert and Bunshoft LLP<br>Four Embarcadero Center, Ste. 300<br>San Francisco, CA  94111 |
| USI Holdings Corp. | Ian Crawford, Esq.<br>Todd & Weld LLP<br>28 State Street, 31st Fl.<br>Boston, MA  02109 |
| MetLife, Inc. | Daniel B. Winslow, Esq.<br>Patricia R. Rich, Esq.<br>Duane Morris LLP<br>470 Atlantic Avenue, Suite 500<br>Boston, MA  02210 |
| Prudential Financial, Inc. | Barry Y. Weiner, Esq.<br>Maureen Mulligan, Esq.<br>Ruberto, Israel & Weiner<br>100 North Washington Street<br>Boston, MA 02114 |
| UnumProvident Corporation | Joseph Hamilton, Esq.<br>Mirick, O'Connell, DeMallie &<br>    Lougee, LLP<br>100 Front Street |

|   |   |
|---|---|
|   | Worcester, MA  01608-1477 |
| The St. Paul Travelers Companies, Inc. | Paul C. Curnin, Esq.<br>Michael J. Garvey, Esq.<br>David H. LaRocca, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY  10017 |

        /s/ Josh Vitullo  
        Joshua Vitullo