UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENSLEY CONSTRUCTION, INC., on its own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARSH & MCLENNAN COMPANIES, INC., MARSH, INC., ACE USA, ACE INA, AMERICAN INTERNATIONAL GROUP, AMERICAN REINSURANCE COMPANY, ARTHUR J. GALLAGHER & CO., HILB ROGAL & HOBBS, COMPANY, WILLIS GROUP HOLDINGS, LTD., WILLIS NORTH AMERICA INC., WILLIS GROUP LTD., UNIVERSAL LIFE RESOURCES, UNIVERSAL LIFE RESOURCES, INC. (d/b/a ULR INSURANCE SERVICES, INC.), THE CHUBB CORPORATION, USI HOLDINGS, INC., METLIFE, INC., PRUDENTIAL FINANCIAL, INC., UNUMPROVIDENT CORPORATION, THE ST. PAUL TRAVELERS COMPANIES, INC., ZURICH AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL GROUP INC., LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, EMPLOYERS INSURANCE COMPANY OF WAUSAU, and ST. JAMES INSURANCE COMPANY LTD.,<br><br>Defendants. | Civil Action No. 05 11249 GAO |

**NOTICE OF APPEARANCE OF COUNSEL FOR**
**THE ST. PAUL TRAVELERS COMPANIES, INC.**

Please enter our appearance on behalf of Defendant The St. Paul Travelers Companies, Inc.

Respectfully submitted,

THE ST. PAUL TRAVELERS COMPANIES, INC.

By its attorneys,

_____
A. Hugh Scott (BBO# 449160)
Kathleen Cloherty Henry (BBO# 647223)
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
Tel: 617-248-5250
Fax: 617-248-4000

Of Counsel:

Paul Curnin
Michael Garvey
Elaine Divelbliss
David LaRocca
425 Lexington Avenue
New York, NY 10017
Tel: 212-455-2000
Fax: 212-455-2502

Dated: October 12, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Notice of Appearance of Counsel for The St. Paul Travelers Companies, Inc. was served on October 12, 2005 by first-class mail upon those parties not receiving it electronically.

_____
Kathleen C. Henry