UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENSLEY CONSTRUCTION, INC,<br>on its own behalf and on behalf<br>of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>MARSH & MCLENNAN COMPANIES, INC., MARSH, INC., ACE USA, ACE INA, AMERICAN INTERNATIONAL GROUP, AMERICAN RE-INSURANCE COMPANY, ARTHUR J. GALLAGHER & CO., HILB ROGAL & HOBBS, COMPANY, WILLIS GROUP HOLDINGS, LTD., WILLIS NORTH AMERICA, INC., WILLIS GROUP LTD., UNIVERSAL LIFE RESOURCES, INC. (d/b/a ULR INSURANCE SERVICES, INC.), THE CHUBB CORPORATION, USI HOLDINGS, INC., METLIFE, INC. PRUDENTIAL FINANCIAL, INC., UNUMPROVIDENT CORPORATION, THE ST. PAUL TRAVELERS COMPANIES, INC. ZURICH AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL GROUP, INC., LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, EMPLOYERS INSURANCE COMPANY OF WAUSAU and ST. JAMES INSURANCE COMPANY LTD.,<br><br>     Defendants. | Civil Action No. 05-11249-GAO |

**NOTICE OF FILING NOTICE OF OPPOSITION TO CONDITIONAL
TRANSFER ORDER BY LIBERTY MUTUAL GROUP, INC., LIBERTY
MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE
COMPANY, EMPLOYER INSURANCE COMPANY OF WAUSAU AND
<u>ST. JAMES INSURANCE COMPANY LTD.</u>**

Defendants Liberty Mutual Group, Inc., Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Employers Insurance Company of Wausau and St. James Insurance Company, Ltd.[1] hereby provide notice to the Court that they have submitted to the Judicial Panel on Multidistrict Litigation (the "Panel") a Notice of Opposition to Conditional Transfer Order issued by the Panel. A copy of the Notice of Opposition to Conditional Transfer Order is attached hereto as Exhibit A.

    Respectfully submitted,

    LIBERTY MUTUAL GROUP, INC.,

    LIBERTY MUTUAL INSURANCE COMPANY,

    LIBERTY MUTUAL FIRE INSURANCE COMPANY

    EMPLOYERS INSURANCE COMPANY OF WAUSAU and

    ST. JAMES INSURANCE COMPANY LTD.

    By their attorneys,

    _/s/ Ralph T. Lepore, III_____
    Ralph T. Lepore, III (BBO #294420)
    James M. Tierney (BBO #644945)
    HOLLAND & KNIGHT LLP
    10 St. James Avenue
    Boston, MA 02116
    (617) 523-2700

Dated: October 19, 2005

---

[1] St. James Insurance Company, Ltd. ("St. James") has appeared in this case specially to argue that it has not been served properly and that the court may not exercise jurisdiction over it. Because the court has not yet ruled on St. James' motion to dismiss, St. James' appearance in the form of its Notice of Filing a Notice of Opposition to the Conditional Transfer Order should also be considered a special appearance as it is compelled to respond to the Conditional Transfer Order but does not wish to subject itself to the jurisdiction of this court or the tranferor court.

3

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail on October 19, 2005.

_____
Ralph T. Lepore, III

# 3312690_v1

UNITED STATES OF AMERICA
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re Insurance Brokerage Antitrust Litigation | MDL-1663 |

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

Liberty Mutual Group, Inc., Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Employers Insurance Company of Wausau and St. James Insurance Company Ltd.[1], all of whom are defendants in the action entitled <u>Bensley Construction, Inc. v. Marsh & McLennan Companies, Inc. et al.</u>, (the "Bensley action") that is pending in the District of Massachusetts as Docket No. 1:05-11249, submit this Notice of Opposition to Conditional Transfer Order pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation.

On October 4, 2005, the Judicial Panel on Multidistrict Litigation (the "Panel") issued a Conditional Transfer Order (CTO-5) pertaining to the Bensley action. Absent opposition, CTO-5 would transfer the Bensley action to the United States District Court for the District of New Jersey for consolidated proceedings. Liberty Mutual Group, Inc., Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Employers Insurance Company of Wausau and St. James

---

[1] St. James Insurance Company, Ltd. ("St. James") has appeared specially in the Bensley action to argue that it has not been served properly and that the court may not exercise jurisdiction over it. Because the court has not yet ruled on St. James' motion to dismiss, St. James' appearance in the form of this Notice of Opposition to the Conditional Transfer Order should also be considered a special appearance as it is compelled to respond to the Conditional Transfer Order but does not wish to subject itself to the jurisdiction of either the tranferee or transferor court.

3297676_1.doc

Insurance Company Ltd. will oppose the implementation of CTO-5 and, pursuant to Rule 7.4 (d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, will submit to the Panel a motion to vacate the conditional transfer order and a brief in support thereof within fifteen (15) days of this Notice.

    Respectfully submitted,

    LIBERTY MUTUAL GROUP, INC.,

    LIBERTY MUTUAL INSURANCE COMPANY,

    LIBERTY MUTUAL FIRE INSURANCE COMPANY,

    EMPLOYERS INSURANCE COMPANY OF WAUSAU and

    ST. JAMES INSURANCE COMPANY, LTD.

    By their attorneys,

    /s/ Ralph T. Lepore, III
    Ralph T. Lepore, III (BBO #294420)
    James M. Tierney (BBO #644945)
    HOLLAND & KNIGHT LLP
    10 St. James Avenue
    Boston, MA 02116
    (617) 523-2700

Dated: October 19, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following counsel of record for each party, as indicated by the attached "Involved Counsel List" by first class mail on October 19, 2005:

    /s/ Ralph T. Lepore, III
    Ralph T. Lepore, III

INVOLVED COUNSEL LIST (CTO-5)
DOCKET NO. 1663
IN RE INSURANCE BROKERAGE ANTITRUST LITIGATION

| | |
|---|---|
| Mitchell J. Auslander<br>Wilkie Farr & Gallagher, LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099 | John A. D. Gilmore<br>DLA Piper, Rudnick, Gray & Cary, US LLP<br>One International Place, 21st Floor<br>100 Oliver Street<br>Boston, MA 02110-2600 |
| Paul M. Bagger<br>Cooke, Clancy & Gruenthal LLP<br>150 Federal Street<br>Boston, MA 02110 | H. Lee Godfrey<br>Susman Godfrey, LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002-5096 |
| Laura Besvinick<br>Hogan & Hartson, LLP<br>Suite 1900<br>Mellon Financial Center<br>Miami, FL 33131 | Joseph M. Hamilton<br>Mirick, O'Connell, DeMallie & Lougee<br>100 Front Street, Suite 1700<br>Worcester, MA 01608 |
| Douglas M. Brooks<br>Martland & Brooks, LLP<br>Stonehill Corporate Center<br>999 Broadway, Suite 500<br>Saugus, MA 01906 | Edith M. Kallas<br>Milberg, Weiss, Bershad & Schulman, LLP<br>One Pennsylvania Plaza<br>New York, NY 10119 |
| Timothy James Casey<br>Ropes & Gray, LLP<br>One International Place<br>Boston, MA 02110 | Daniel S. Savrin<br>Bingham McCutchen LLP<br>150 Federal Street, 15th Floor<br>Boston, MA 02110 |
| Mark J. Claflin<br>Howd & Ludorf<br>65 Wethersfield Avenue<br>Hartford, CT 06114-1190 | Patrick C. Schmitter<br>Akin, Gump, Strauss, Hauer & Feld, LLP<br>590 Madison Avenue, 20th Floor<br>New York, NY 10022-2524 |
| John F. Collins<br>Dewey, Ballantine, LLP<br>1301 Avenue of the Americas<br>New York, NY 10019-6092 | Barry Y. Weiner<br>Ruberto, Israel & Weiner, P.C.<br>100 North Washington Street<br>Boston, MA 02114 |
| Ian Crawford<br>Todd & Weld, LLP<br>28 State Street, 31st Floor<br>Boston, MA 02109 | Daniel B. Winslow<br>Duane Morris LLC<br>470 Atlantic Avenue<br>Suite 500<br>Boston, MA 02210 |
| Kenneth G. Gilman<br>Gilman & Pastor, LLP<br>60 State Street, 37th Floor<br>Boston, MA 01906 | |