UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENSLEY CONSTRUCTION, INC., on its own behalf and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MARSH & MCLENNAN COMPANIES, INC., et al.<br><br>    Defendants. | Civil Action No. 05 11249 GAO |

**ASSENTED-TO MOTION TO RESCHEDULE HEARING DATE**

Plaintiff Bensley Construction, Inc., with the assent of all Defendants, hereby moves this Court for an Order rescheduling the hearing in this matter currently set for October 24, 2005 at 2:15 p.m.  Plaintiff, with Defendants' assent, respectfully requests that, if possible, the hearing be rescheduled for one of the following dates, in order of the parties' preference:  November 21-22; November 28-30; or November 9, 2005.

CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Undersigned counsel certify that they have conferred with opposing counsel in a good faith effort to resolve or narrow the issues raised by this Motion, and counsel for Marsh & McClennan Companies, Inc., on behalf of all Defendants, has assented to the relief requested.

00006723.WPD ; 1

Dated: October 19, 2005

        Respectfully submitted,

        **GILMAN AND PASTOR, LLP**

By:   /s/ Douglas J. Hoffman
      Kenneth G. Gilman, BBO #192760
      Douglas J. Hoffman, BBO #640472
      60 State St., 37th Floor
      Boston, MA 02109
      Tel: (617) 742-9700
      Fax: (617) 742-9701