UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BENSLEY CONSTRUCTION, INC.,
on its own behalf and on behalf
of all others similarly situated,

    Plaintiff,

v.

MARSH & MCLENNAN
COMPANIES, INC., et al.

    Defendants.

Civil Action No. 05 11249 GAO

**PLAINTIFF'S NOTICE OF OBJECTION
TO CONDITIONAL TRANSFER ORDER**

Plaintiff Bensley Construction, Inc. hereby provides notice to the Court that it has submitted to the Judicial Panel on Multidistrict Litigation a Notice of Opposition to the Conditional Transfer Order issued by the Panel on October 4, 2005. A copy of the Notice of Opposition to the Conditional Transfer Order is attached hereto as Exhibit A.

DATED: October 20, 2005

    Respectfully submitted,

    **GILMAN AND PASTOR, LLP**

    By:  /s/ Douglas J. Hoffman, Esq.
           Kenneth G. Gilman, BBO #192760
           Douglas J. Hoffman, BBO #640472
           60 State Street, 37th Floor
           Boston, MA 02109
           Tel: (617) 742-9700
           Fax: (617) 742-9701

# Exhibit A

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: INSURANCE BROKERAGE<br>ANTITRUST LITIGATION | MDL DOCKET NO. 1663 |

**NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER**

Pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff Bensley Construction, Inc., hereby gives notice of opposition to the Conditional Transfer Order (CTO-5) dated October 4, 2005, which conditionally transferred plaintiff's action, *Bensley Construction, Inc. v. Marsh & McClennan Companies, Inc., et al.*, District of Massachusetts, C.A. No. 1:05-11249, pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation.

Dated: October 19, 2005

                                            **GILMAN AND PASTOR, LLP**

                                            BY: _/s/ Kenneth G. Gilman/DJH_
                                                     Kenneth G. Gilman, Esq.
                                                     Douglas J. Hoffman, Esq.
                                                     60 State Street, 37th Floor
                                                   Boston, MA 01906
                                                   Telephone: (617) 742-9700
                                                   Facsimile: (617) 742-9701
                                                   *Counsel for Plaintiffs*

00006705.WPD ; 1

## PROOF OF SERVICE

I hereby certify that on October 19, 2005, I served the foregoing Notice of Opposition to Conditional Transfer Order, by first class U.S. Mail, on the persons on the attached service list

*Kenneth G. Gilman* /DJH
Kenneth G. Gilman

00006705.WPD ; 1

Mitchell J. Auslander
Willkie Farr & Gallagher, LLP
787 Seventh Avenue
New York, NY 10019-6099

Paula M. Bagger
Cooke, Clancy & Gruenthal LLP
150 Federal Street
Boston, MA 02110

Laura Besvinick
Hogan & Hartson, LLP
1111 Brickell Avenue
Suite 1900
Mellon Financial Center
Miami, FL 33131

Douglas M. Brooks
Martland & Brooks, LLP
Stonehill Corporate Center
999 Broadway
Suite 500
Saugus, MA 01906

Timothy James Casey
Ropes & Gray, LLP
One International Place
Boston, MA 02110

Mark J. Claflin
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

John F. Collins
Dewey, Ballantine, L.L.P.
1301 Avenue of the Americas
New York, NY 10019-6092

Ian Crawford
Todd & Weld, LLP
28 State Street
31st Floor
Boston, MA 02109

Kenneth G. Gilman
Gilman & Pastor, LLP
60 State Street
37th Floor
Boston, MA 01906

John A. D. Gilmore
DLA Piper, Rudnick, Gray & Cary, US LLP
One International Place
21st Floor
100 Oliver Street
Boston, MA 02110-2600

H. Lee Godfrey
Susman Godfrey, LLP
1000 Louisiana
Suite 5100
Houston, TX 77002-5096

Joseph M. Hamilton
Mirick, O'Connell, DeMallie & Lougee
100 Front Street
Suite 1700
Worcester, MA 01608

Edith M. Kallas
Milberg, Weiss, Bershad & Schulman, LLP
One Pennsylvania Plaza
New York, NY 10119

Ralph T. Lepore, III
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116

Daniel S. Savrin
Bingham McCutchen LLP
150 Federal Street
15th Floor
Boston, MA 02110

Patrick C. Schmitter
Akin, Gump, Strauss, Hauer & Feld, LLP
590 Madison Avenue
20th Floor
New York, NY 10022-2524

Barry Y. Weiner
Ruberto, Isreal & Weiner, P.C.
100 North Washington Street
Boston, MA 02114

Daniel B. Winslow
Duane Morris LLC
470 Atlantic Avenue
Suite 500
Boston, MA 02210