UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENSLEY CONSTRUCTION, INC., on its own behalf and on behalf of all others similarly situated,<br>      Plaintiffs<br><br>V.<br><br>MARSH & MCLENNAN COMPANIES, INC., MARSH, INC., ACE USA, ACE INA, AMERICAN INTERNATIONAL GROUP, AMERICAN REINSURANCE COMPANY, ARTHUR J. GALLAGHER & CO., HILB ROGAL & HOBBS COMPANY, WILLIS GROUP HOLDINGS, LTD., WILLIS NORTH AMERICA, INC., WILLIS GROUP, LTD., UNIVERSAL LIFE RESOURCES, UNIVERSAL LIFE RESOURCES, INC. (d/b/a ULR INSURANCE SERVICES, INC.), THE CHUBB CORPORATION, USI HOLDINGS, INC., METLIFE, INC., PRUDENTIAL FINANCIAL, INC., UNUMPROVIDENT CORPORATION, THE ST. PAUL TRAVELERS COMPANIES, INC., ZURICH AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL GROUP INC., LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, EMPLOYERS INSURANCE COMPANY OF WAUSAU and ST. JAMES INSURANCE COMPANY LTD.,<br>      Defendants | CIVIL ACTION NO. 05-11249-GAO |

**MOTION FOR THE ADMISSION OF PATRICK W. SHEA, ESQ. AND DEBORAH E. HRYB, ESQ. TO APPEAR PRO HAC VICE**

Pursuant to Rule 83.5.3(b) of the Local Rules of the U.S. District Court for the District of Massachusetts, Joseph M. Hamilton, an attorney admitted to practice before this Court, hereby moves for the admission of Patrick W. Shea and Deborah E. Hryb, to appear and practice before

{H:\PA\Lit\16310\00072\A0855044.DOC}

this Court in the above-captioned matter, on behalf of the defendant, UnumProvident Corporation.

The applicants meet the requirements of the Local Rule as demonstrated in each of their certificates, which are attached hereto. Their expertise and resources are needed to provide adequate representation to UnumProvident Corporation in this case.

                                                              /s/ Joseph M. Hamilton
Joseph M. Hamilton, BBO #546394
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608
Ph: (508) 791-8500
Fax: (508) 791-8502

Dated: 11/16/05

## CERTIFICATE OF SERVICE

I, Joseph M. Hamilton, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to:

| | |
|---|---|
| Kenneth G. Gilman<br>Gilman and Pastor, LLP<br>60 State Street, 37th Floor<br>Boston, MA 02109 | Laura Besvinick<br>Hogan & Harston<br>Mellon Financial Center<br>1111 Brickell Avenue, Suite 1900<br>Miami, FL 33131 |
| Ian Crawford<br>Todd & Weld, LLP<br>28 State Street, 31st Floor<br>Boston, MA 02109 | John A.D. Gilmore<br>Piper Rudnick, LLP<br>One International Place, 21st Floor<br>100 Oliver Street<br>Boston, MA 02110-2600 |
| Robert H. Pees<br>Vadim Sarma<br>Akin, Gump Strauss Hauer & Feld, LLP<br>590 Madison Avenue<br>New York, NY 10022-2524 | Daniel B. Winslow<br>Patricia R. Rich<br>Duane Morris, LLP<br>470 Atlantic Avenue, Suite 500<br>Boston, MA 02210 |
| Mitchell J. Auslander<br>John R. Oller<br>Chrstopher J. St. Jeanos<br>Kristin Branson<br>Wilkie, Farr & Gallagher, LLP<br>787 Seventh Avenue<br>New York, NY 10019-06099 | James W. Carbin<br>Eric Breslin<br>Duane Morris, LLP<br>744 Broad Street<br>Newark, NJ 07102 |
| Daniel S. Savrin<br>Joshua Vitullo<br>Bingham McCutchen, LLP<br>150 State Street<br>Boston, MA 02110 | Philip T. Newbury<br>Mark J. Claflin<br>Howd & Ludorf, LLC<br>65 Wethersfield Ave.<br>Hartford, CT 06114 |
| H. Lee Godfrey<br>Neal S. Manne<br>Johnny W. Carter<br>Jeffrey R. Seely<br>Susman, Godfrey, LLP<br>1000 Louisiana St., Ste 5100<br>Houston, TX 77002 | John F. Collins<br>Molly Lehr<br>Dewey, Ballantini, LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 |

| | |
|---|---|
| Ingrid Hlawaty<br>Edwin Larkin<br>Lina M. Viviano<br>200 Park Avenue<br>New York, NY 10166-4193 | Terry M. Grimm<br>Stephen C. Schulte<br>Winston & Strawn, LLP<br>35 West Wacker Drive<br>Chicago, IL 60601 |
| Bruce W. Edmands<br>Eckert, Seamans, Cherin & Mellott, LLC<br>One International Place<br>Boston, MA 02110 | Juliane Balliro<br>Perkins, Smith & Cohen, LLP<br>One Beacon Street, 30th Floor<br>Boston, MA 02108-3106 |
| James V. Masella, III<br>Sullivan & Cromwell, LLP<br>125 Broad Street<br>New York, NY 10004-2498 | David Gabianelli<br>Ray L. Wong<br>Ned M. Gelhaar<br>Hancock, Rothert and Bunshoft, LLP<br>Four Embarcadero Center St., 300<br>San Francisco, CA 94111 |
| Barry Y. Weiner<br>Maureen Mulligan<br>Ruberto, Israel & Weiner, P.C.<br>100 North Washington Street<br>Boston, MA 02114 | John R. Middleton, Jr.<br>Lowenstein Sandler, P.C.<br>65 Livingston Avenue<br>Roseland, NJ 07068 |
| Paul C. Curnin<br>Michael J. Garvey<br>Daivd H. LaRocca<br>Simpson, Thacher & Bartlett, LLP<br>425 Lexington Avenue<br>New York, NY 10017 | Brien T. O'Connor<br>Timothy J. Casey<br>Ropes & Gray, LLP<br>One International Place<br>Boston, MA 02110 |
| Robert A. Kaplan<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | Paula M. Bagger<br>Cooke, Clancy & Gruenthal<br>150 Federal Street<br>Boston, MA 02110 |
| Ralph T. LePore, III<br>James M. Tierney<br>Holland & Knight<br>10 St. James Avenue<br>Boston, MA 02116 | |

Dated: 11/16/05

_____
Joseph M. Hamilton

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENSLEY CONSTRUCTION, INC., on its own behalf and on behalf of all others similarly situated,<br>    Plaintiffs<br><br>V.<br><br>MARSH & MCLENNAN COMPANIES, INC., MARSH, INC., ACE USA, ACE INA, AMERICAN INTERNATIONAL GROUP, AMERICAN REINSURANCE COMPANY, ARTHUR J. GALLAGHER & CO., HILB ROGAL & HOBBS COMPANY, WILLIS GROUP HOLDINGS, LTD., WILLIS NORTH AMERICA, INC., WILLIS GROUP, LTD., UNIVERSAL LIFE RESOURCES, UNIVERSAL LIFE RESOURCES, INC. (d/b/a ULR INSURANCE SERVICES, INC.), THE CHUBB CORPORATION, USI HOLDINGS, INC., METLIFE, INC., PRUDENTIAL FINANCIAL, INC., UNUMPROVIDENT CORPORATION, THE ST. PAUL TRAVELERS COMPANIES, INC., ZURICH AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL GROUP INC., LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, EMPLOYERS INSURANCE COMPANY OF WAUSAU and ST. JAMES INSURANCE COMPANY LTD.,<br>    Defendants | CIVIL ACTION NO. 05-11249-GAO |

**CERTIFICATE OF PATRICK W. SHEA
FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, I, Patrick W. Shea, submit this certificate in support of my application, on motion of attorney Joseph M. Hamilton, for leave to appear and practice in this Court in the above-captioned case.

{H:\PA\Lit\16310\00072\A0855053.DOC}

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I was admitted to the District of Columbia Bar in 1981, and the Connecticut Bar in 1991. I remain a member in good standing in each bar.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. Joseph H. Hamilton and Kristina H. Allaire of the law firm Mirick O'Connell continue to serve as local counsel.

I certify under the penalties of perjury that the foregoing is true.

_____
Patrick W. Shea

Dated: 11/15/05

{H:\PA\Lit\16310\00072\A0855053.DOC}

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENSLEY CONSTRUCTION, INC., on its own behalf and on behalf of all others similarly situated,<br>    Plaintiffs<br><br>V.<br><br>MARSH & MCLENNAN COMPANIES, INC., MARSH, INC., ACE USA, ACE INA, AMERICAN INTERNATIONAL GROUP, AMERICAN REINSURANCE COMPANY, ARTHUR J. GALLAGHER & CO., HILB ROGAL & HOBBS COMPANY, WILLIS GROUP HOLDINGS, LTD., WILLIS NORTH AMERICA, INC., WILLIS GROUP, LTD., UNIVERSAL LIFE RESOURCES, UNIVERSAL LIFE RESOURCES, INC. (d/b/a ULR INSURANCE SERVICES, INC.), THE CHUBB CORPORATION, USI HOLDINGS, INC., METLIFE, INC., PRUDENTIAL FINANCIAL, INC., UNUMPROVIDENT CORPORATION, THE ST. PAUL TRAVELERS COMPANIES, INC., ZURICH AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL GROUP INC., LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, EMPLOYERS INSURANCE COMPANY OF WAUSAU and ST. JAMES INSURANCE COMPANY LTD.,<br>    Defendants | CIVIL ACTION NO. 05-11249-GAO |

**CERTIFICATE OF DEBORAH E. HRYB**
**FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, I, Deborah E. Hryb, submit this certificate in support of my application, on motion of attorney Joseph M. Hamilton, for leave to appear and practice in this Court in the above-captioned case.

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I was admitted to the District of Columbia Bar in 1977. In 2002, I was admitted to the Connecticut State and Federal Bars, and the United States District Court for the Southern and Eastern Districts of New York. I remain a member in good standing in each bar.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. Joseph H. Hamilton and Kristina H. Allaire of the law firm Mirick O'Connell continue to serve as local counsel.

I certify under the penalties of perjury that the foregoing is true.

_____
Deborah E. Hryb

Dated: 11/15/05

{H:\PA\Lit\16310\00072\A0855058.DOC}