UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO. 05-11249-GAO

```
************************************
BENSLEY CONSTRUCTION, INC.,          *
on its own behalf and on behalf of all others *
similarly situated,                  *
        Plaintiffs                   *
                                     *
vs.                                  *
                                     *
MARSH & MCLENNAN COMPANIES,          *
INC., et al.,                        *
        Defendants                   *
************************************
```

NOTICE OF APPEARANCE

Kindly enter my appearance as counsel on behalf of defendant Hilb, Rogal and Hobbs Company in the above-captioned matter.

        /s/ Juliane Balliro /CMG
Juliane Balliro (BBO#028010)
WolfBlock
One Boston Place
Boston, MA 02108
617-226-4000

Dated: December 13, 2005

BOS:16289.1/hil079-226885

## CERTIFICATE OF SERVICE

      I, Christine M. Griffin, hereby certify that it is my understanding that the foregoing document will be served by electronic mail, on this the 13th day of December, 2005, on all counsel of record, with the exception of the counsel listed below, through the Court's ECF filing system upon filing of this document with the Court. I further certify that I have additionally caused the foregoing document to be served by first class mail, postage prepaid, on this the 13th day of December, 2005, on the following:

Johnny W. Carter, Esq.
H. Lee Godfrey, Esq.
Neal S. Manne, Esq.
Jeffrey R. Seely, Esq.
Susman Godfrey LLP, Suite 5100
1000 Louisiana Street
Houston, TX 77002

John F. Collins, Esq.
Molly Lehr, Esq.
Kristin Ann Meister, Esq.
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019-6092

Rachel L. Gerstein, Esq.
Robert H. Pees, Esq.
Vadim Sarma, Esq.
Patrick C. Schmitter, Esq.
Richard B. Zabel, Esq.
Akin, Gump, Strauss, Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022-2524

Deborah E. Hryb, Esq.
Patrick W. Shea, Esq.
Paul Hastings Janofsky & Walker LLP
1055 Washington Street
Stamford, CT 06901

                                                                     /s/ Christine M. Griffin
                                                                       Christine M. Griffin