# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone:  [202] 502-2800
Fax:            [202] 502-2888

http://www.jpml.uscourts.gov

December 15, 2005

## NOTICE OF HEARING SESSION

Dear Counsel:

Pursuant to the order of the Judicial Panel on Multidistrict Litigation filed today, you are hereby notified that a hearing session has been scheduled to consider various matters pursuant to 28 U.S.C. § 1407.

DATE OF HEARING SESSION:               January 26, 2006

LOCATION OF HEARING SESSION:       George C. Young United States Courthouse
                                                            Courtroom No. 1, Sixth Floor
                                                            80 North Hughey Avenue
                                                            Orlando, Florida  32801

TIME OF HEARING SESSION:  In those matters designated for oral argument, counsel presenting oral argument must be present at **8:30 a.m.** in order for the Panel to allocate the amount of time for oral argument.  Oral argument will commence at **9:30 a.m.**

Please direct your attention to the enclosed Hearing Session Order and Schedule of Matters for Hearing Session for a listing of the matters scheduled for consideration at this hearing session.

- Section A of this Schedule lists the matters designated for oral argument.
- Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument**, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001).

For those matters listed on Section A of the Schedule, the enclosed blue "Notice of Presentation or Waiver of Oral Argument" must be returned to this office no later than **January 9, 2006.**  Note the procedures governing Panel oral argument which are outlined on the enclosed "Procedures for Oral Argument before the Judicial Panel on Multidistrict Litigation."  These procedures are strictly adhered to and your cooperation is appreciated.

Very truly,

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

c:  Clerk, U.S. District Court for the Middle District of Florida

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DEC. 15, 2005

MICHAEL J. BECK
CLERK OF THE PANEL

# *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL*

## HEARING SESSION ORDER

IT IS ORDERED that on January 26, 2006, a hearing session will be held in Orlando, Florida, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that at said hearing session the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section A of the attached Schedule shall be designated for oral argument.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section B of the attached Schedule shall be considered without oral argument, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to issue a subsequent notice designating any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

SCHEDULE OF MATTERS FOR HEARING SESSION
January 26, 2006 -- Orlando, Florida


**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT**


MDL-1598 -- In re Ephedra Products Liability Litigation

Oppositions of defendants American Drug Stores, Inc.; The Chemins Company, Inc.; Wal-Mart Stores, Inc.; Rite Aid Corporation; Costco Wholesale Corporation; Sam's West, Inc.; Metabolife International, Inc.; Alpine Health Products, LLC; Target Corporation; and Wal-Mart Stores Texas, LP to transfer of their respective following actions to the United States District Court for the Southern District of New York:


Eastern District of Arkansas

*Opal Jenkins v. Wal-Mart Stores, Inc., et al.*, Bky. Advy. No. 2:05-1265

Southern District of California

*Linda Llewellyn, et al. v. Metabolife International, Inc., et al.*, Bky. Advy. No. 3:05-90411
*Dee Dee Friddle, et al. v. Metabolife International, Inc.*, Bky. Advy. No. 3:05-90412
*Patricia Naugle v. Metabolife International, Inc., et al.*, Bky. Advy. No. 3:05-90413
*Jacqueline Lee Brock, et al. v. Metabolife International, Inc., et al.*, Bky. Advy. No. 3:05-90414
*Wendy Davis v. Metabolife International, Inc., et al.*, Bky. Advy. No. 3:05-90415
*Dennis Chaney v. Metabolife International, Inc., et al.*, Bky. Advy. No. 3:05-90416
*Dora Morris, et al. v. Metabolife International, Inc., et al.*, Bky. Advy. No. 3:05-90417
*Terrill Armbrister v. Metabolife, Inc., et al.*, Bky. Advy. No. 3:05-90421
*Joann Maloney, et al. v. Chemins Co., Inc., et al.*, Bky. Advy. No. 3:05-90422
*Carol Smith v. Metabolife International, Inc., et al.*, Bky. Advy. No. 3:05-90423
*Barbara Bower v. Metabolife International, Inc., et al.*, Bky. Advy. No. 3:05-90424

Schedule of Matters for Hearing Session, Section A                    p. 2
Orlando, Florida

MDL-1598 (Continued)

### Northern District of Illinois

*Edward Foster, et al. v. Metabolife International, Inc., et al.*, C.A. No. 1:05-4759

### Southern District of Illinois

*John Paul Hawkins v. Metabolife International, Inc., et al.*, Bky. Advy. No. 3:05-3281

### District of New Mexico

*Emily Lujan v. Chemins Co., Inc., et al.*, Bky. Advy. No. 1:05-1212

### Southern District of Ohio

*Sherri Watters v. Metabolife International, Inc., et al.*, C.A. No. 1:05-444

### Northern District of Texas

*Philip Christopher Overstreet v. Metabolife International, Inc., et al.*,
    C.A. No. 3:05-1923

### Southern District of Texas

*Jason McMeekin v. Metabolife International, Inc., et al.*, C.A. No. 3:05-519

### Western District of Texas

*Leatrice J. Lewis v. Metabolife International, Inc., et al.*, C.A. No. 5:05-948

Schedule of Matters for Hearing Session, Section A                    p. 3
Orlando, Florida


## MDL-1732 -- In re Lipitor Marketing and Sales Practices Litigation

Motion of plaintiffs Nilda Prohias, et al., for centralization of certain of the following actions in the United States District Court for the Southern District of Florida and motion of plaintiff Pennsylvania Employees Benefit Trust Fund for centralization of the following actions in the United States District Court for the Eastern District of Pennsylvania:

### Southern District of Florida

*Nilda Prohias, et al. v. Pfizer, Inc.*, C.A. No. 1:05-22658

### District of Massachusetts

*Teamsters Local No. 35 Health Plans, et al. v. Pfizer, Inc.*, C.A. No. 1:05-11956

### Eastern District of Pennsylvania

*Pennsylvania Employees Benefit Trust Fund v. Pfizer, Inc.*, C.A. No. 2:05-5433


## MDL-1733 -- In re Teflon Products Liability Litigation

Motion of plaintiffs Natalie Belmonte, et al., for centralization of the following actions in the United States District Court for the Southern District of Florida:

### Central District of California

*Lisa Howe, et al. E.I. DuPont De Nemours & Co.*, C.A. No. 2:05-5488

### Southern District of California

*Jennifer Hardee v. E.I. DuPont De Nemours & Co.*, C.A. No. 3:05-1522

### District of Colorado

*Susan R. Yoshioka, et al. v. E.I. DuPont De Nemours & Co.*, C.A. No. 1:05-1440

Schedule of Matters for Hearing Session, Section A                    p. 4
Orlando, Florida

MDL-1733 (Continued)


    Southern District of Florida

*Natalie Belmonte, et al. v. E.I. DuPont De Nemours & Co.*, C.A. No. 1:05-21921

    Northern District of Illinois

*Sheldon B. Lyke, et al. v. E.I. DuPont De Nemours & Co.*, C.A. No. 1:05-4168

    Southern District of Iowa

*Janet R. Luett, et al. v. E.I. DuPont De Nemours & Co.*, C.A. No. 4:05-422

    District of Massachusetts

*Judy Levin v. E.I. DuPont De Nemours & Co.*, C.A. No. 1:05-11618

    Eastern District of Michigan

*Constance A. Webb v. E.I. DuPont De Nemours & Co.*, C.A. No. 2:05-72923

    Eastern District of Missouri

*Heath Hutchison, et al. v. E.I. DuPont De Nemours & Co.*, C.A. No. 4:05-1234

    Southern District of New York

*Rosemarie Compitello, et al. v. E.I. DuPont De Nemours & Co.*, C.A. No. 1:05-6749

    Northern District of Ohio

*Susan E. Schnur v. E.I. DuPont De Nemours & Co.*, C.A. No. 1:05-1818

    Eastern District of Pennsylvania

*Kathleen Margay, et al. v. E.I. DuPont De Nemours & Co.*, C.A. No. 2:05-4049

Schedule of Matters for Hearing Session, Section A                    p. 5
Orlando, Florida

MDL-1733 (Continued)

### District of South Carolina

*Melissa Lee Urch, et al. v. E.I. DuPont De Nemours & Co.*, C.A. No. 7:05-2438

### Southern District of Texas

*Jerry Syntych, et al. v. E.I. DuPont De Nemours & Co.*, C.A. No. 4:05-2530

## MDL-1735 -- In re Wal-Mart Wage and Hour Employment Practices Litigation

Motion of plaintiff Nancy Hall for centralization of the following actions in the United States District Court for the District of Nevada:

### District of Alaska

*John McFarlin v. Wal-Mart Stores, Inc., et al.*, C.A. No. 3:05-94

### District of Delaware

*Dora Jackson v. Wal-Mart Stores, Inc., et al.*, C.A. No. 1:05-269

### District of Hawaii

*Tammy L. Poha, et al. v. Wal-Mart Stores, Inc., et al.*, C.A. No. 1:05-697

### District of Idaho

*Reginald Paul Jackson, et al. v. Wal-Mart Stores, Inc., et al.*, C.A. No. 1:05-424

### District of Nevada

*Nancy Hall v. Wal-Mart Stores, Inc., et al.*, C.A. No. 2:05-1099

### District of South Dakota

*John Luce v. Wal-Mart Stores, Inc., et al.*, C.A. No. 1:05-1019

Schedule of Matters for Hearing Session, Section A                                    p. 6
Orlando, Florida

MDL-1736 -- In re Celexa and Lexapro Products Liability Litigation

      Motion of defendants Forest Laboratories, Inc., and Forest Pharmaceuticals, Inc., for centralization of the following actions in the United States District Court for the Southern District of Mississippi:

### District of Idaho

*Dan Henrikson, etc. v. Forest Laboratories, Inc.*, C.A. No. 1:05-121

### Northern District of Mississippi

*Ella May Cross, et al. v. Forest Laboratories, Inc.*, C.A. No. 1:05-170

### Southern District of Mississippi

*Janice Kemp, etc. v. Forest Laboratories, Inc., et al.*, C.A. No. 3:04-704

### District of New Jersey

*Raymond P. Badyna, etc. v. Forest Laboratories, Inc.*, C.A. No. 1:05-4711

### Southern District of New York

*William Manning, et al. v. Forest Laboratories, Inc.*, C.A. No. 1:05-6438
*Terry Johns, etc. v. Forest Laboratories, Inc.*, C.A. No. 1:05-6439
*Ashley Smith v. Forest Laboratories, Inc.*, C.A. No. 1:05-6941
*Randy Cline, etc. v. Forest Laboratories, Inc.*, C.A. No. 1:05-7644

### District of North Dakota

*Michael S. Rust, et al. v. Forest Laboratories, Inc., et al.*, C.A. No. 4:05-80

### Western District of Oklahoma

*Annabel Dobbs, etc. v. Forest Laboratories, Inc., et al.*, C.A. No. 5:04-1762

Schedule of Matters for Hearing Session, Section A                                    p. 7
Orlando, Florida


MDL-1736 (Continued)


      District of South Carolina

   *Daniel Steubing, et al. v. Forest Laboratories, Inc.*, C.A. No. 2:05-1573

      Western District of Washington

   *Lois Ilich, etc. v. Forest Laboratories, Inc., et al.*, C.A. No. 2:05-667


MDL-1737 -- In re American Honda Motor Co., Inc., Oil Filter Products Liability Litigation

     Motion of defendant American Honda Motor Co., Inc., for centralization of the following actions in the United States District Court for the Central District of California:


      Middle District of Florida

   *Walter Yasensky v. American Honda Motor Co., Inc.*, C.A. No. 8:05-1819

      Northern District of Illinois

   *Hal Pilger v. American Honda Motor Co., Inc.*, C.A. No. 1:05-5277

      District of Maryland

   *Richard Ammon v. American Honda Motor Co., Inc.*, C.A. No. 1:05-2703

      District of Massachusetts

   *Pauline McDevitt v. American Honda Motor Co., Inc.*, C.A. No. 1:05-12101

      Eastern District of Wisconsin

   *Scott Bonlender, et al. v. American Honda Motor Co., Inc.*, C.A. No. 2:05-1098

Schedule of Matters for Hearing Session, Section A                    p. 8
Orlando, Florida


MDL-1738 -- In re Vitamin C Antitrust Litigation

     Motion of defendant Northeast Pharmaceutical Group Co., Ltd., for centralization of the following actions in the United States District Court for the Eastern District of New York:


Northern District of California

*Linda Philion, et al. v. Hebei Welcome Pharmaceutical Co., Ltd., et al.,*
   C.A. No. 3:05-4524

District of Massachusetts

*Dennis Audette v. Hebei Welcome Pharmaceutical Co., Ltd., et al.,* C.A. No. 1:05-12224

Eastern District of New York

*Animal Science Products, Inc., et al. v. Hebei Welcome Pharmaceutical Co., Ltd., et al.,*
   C.A. No. 1:05-453


MDL-1739 -- In re Grand Theft Auto Video Game Consumer Litigation (No. II)

     Motion of plaintiffs Florence Cohen, Robert Samario, Cindy Casey, and Susan Carlson for centralization of the following actions in the United States District Court for the Southern District of New York:


Southern District of Illinois

*Brenda Stanhouse v. Take-Two Interactive Software, Inc., et al.,* C.A. No. 3:05-721

Southern District of New York

*In re Grand Theft Auto Video Game Consumer Litigation,* C.A. No. 1:05-6734
*Robert Samario v. Take-Two Interactive Software, Inc., et al.,* C.A. No. 1:05-6767
*Susan Carlson v. Take-Two Interactive Software, Inc., et al.,* C.A. No. 1:05-6907
*Cindy Casey v. Take-Two Interactive Software, Inc., et al.,* C.A. No. 1:05-10013

Schedule of Matters for Hearing Session, Section A                     p. 9
Orlando, Florida


## MDL-1740 -- In re Canon U.S.A., Inc., Digital Cameras Products Liability Litigation

Motion of defendant Canon U.S.A., Inc., for centralization of the following actions in the United States District Court for the Southern District of New York:

### Central District of California

*Wing Law v. Canon U.S.A., Inc.*, C.A. No. 2:05-7959

### Southern District of New York

*In re Canon Cameras Litigation*, C.A. No. 1:05-7233


## MDL-1741 -- In re Isolagen, Inc., Securities & Derivative Litigation

Motion of defendant Isolagen, Inc., for centralization of the following actions in the United States District Court for the Eastern District of Pennsylvania:

### Eastern District of Pennsylvania

*Ronald A. Gargiulo v. Isolagen, Inc., et al.*, C.A. No. 2:05-4983
*Gregory Newman v. Isolagen, Inc., et al.*, C.A. No. 2:05-5090

### Southern District of Texas

*Elliot Liff, et al. v. Isolagen, Inc., et al.*, C.A. No. 4:05-2887
*Michael Cummiskey v. Isolagen, Inc., et al.*, C.A. No. 4:05-3105
*Richard Keene, etc. v. Frank M. DeLape, et al.*, C.A. No. 4:05-3441

Schedule of Matters for Hearing Session, Section A                    p. 10
Orlando, Florida


MDL-1742 -- In re Ortho Evra Products Liability Litigation

    Motion of plaintiff Lydia M. Lilly for centralization of the following actions in the United States District Court for the District of New Jersey, or in the alternative, the United States District Court for the Eastern District of New York:


      District of New Jersey

*Lydia M. Lilly v. Johnson & Johnson, et al.*, C.A. No. 2:05-4313
*Jessie M. D'Amato v. Johnson & Johnson, et al.*, C.A. No. 2:05-5241
*Brian P. Leitheiser, etc. v. Johnson & Johnson, et al.*, C.A. No. 2:05-5413
*Shannon Marie Stoedter v. Johnson & Johnson, et al.*, C.A. No. 2:05-5501
*Jessica Debra Kingston v. Johnson & Johnson, et al.*, C.A. No. 2:05-5502


      Eastern District of New York

*Joan Petrella, et al. v. Ortho-McNeil Pharmacuetical, Inc., et al.*, C.A. No. 1:05-3953


      Southern District of New York

*Ellen Stewart, etc. v. Ortho-McNeil Pharmacuetical, Inc., et al.*, C.A. No. 1:05-7171


      Western District of North Carolina

*Melanie Coleman, et al. v. Johnson & Johnson, et al.*, C.A. No. 3:05-416


      Northern District of Ohio

*Demetria Ann Bernard v. Ortho-McNeil Pharmacuetical, Inc.*, C.A. No. 3:05-7146


      Southern District of Ohio

*Melisa Arbino v. Johnson & Johnson, et al.*, C.A. No. 1:05-534


      Western District of Pennsylvania

*Janet Weaver Reardon, et al. v. Johnson & Johnson, et al.*, C.A. No. 2:05-562

Schedule of Matters for Hearing Session, Section A                     p. 11
Orlando, Florida

MDL-1742 (Continued)

### Western District of Texas

*Rebecca Jane Wahlig v. Johnson & Johnson, et al.*, C.A. No. 1:05-860

### Western District of Wisconsin

*Michael Brown, et al. v. Johnson & Johnson, et al.*, C.A. No. 3:05-668

## MDL-1743 -- In re American Family Mutual Insurance Co. Overtime Pay Litigation

Motion of plaintiff Rocky Baldozier, et al., for centralization of the following actions in the United States District Court for the District of Colorado:

### District of Colorado

*Rocky Baldozier, et al. v. American Family Mutual Insurance Co.*, C.A. No. 1:04-2174

### Northern District of Illinois

*Robert Schultz v. American Family Mutual Insurance Co.*, C.A. No. 1:04-5512

Schedule of Matters for Hearing Session, Section B                              p. 12
Orlando, Florida

# SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

  Opposition of plaintiff Steven McAboy, etc., to transfer of the following action to the United States District Court for the Eastern District of Pennsylvania:

    Western District of Washington

  *Steven McAboy, etc. v. IMO Industries, Inc., et al.*, C.A. No. 2:05-1241

MDL-1334 -- In re Managed Care Litigation

  Opposition of plaintiff Paul S. Howard, M.D., to transfer of the following action to the United States District Court for the Southern District of Florida:

    Northern District of Alabama

  *Paul S. Howard, M.D. v. Blue Cross & Blue Shield of Alabama*, C.A. No. 2:05-1894

  Oppositions of defendants Connecticut General Life Insurance Company; CIGNA Corporation; CIGNA Health Corporation; and Northwest Airlines, Inc., to remand, under 28 U.S.C. § 1407(a), of the following action to the United States District Court for the District of New Jersey:

    Southern District of Florida

  *Darlery Franco, et al. v. Connecticut General Life Insurance Co., et al.*,
   C.A. No. 1:04-23187 (D. New Jersey, C.A. No. 2:04-1318)

Schedule of Matters for Hearing Session, Section B                    p. 13
Orlando, Florida

MDL-1358 -- In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

    Opposition of plaintiffs Howard Graham, et al., to transfer of the following action to the
United States District Court for the Southern District of New York:

        Southern District of Illinois

    *Howard Graham, et al. v. Shell Oil Co., et al.*, C.A. No. 3:05-703

MDL-1407 -- In re Phenylpropanolamine (PPA) Products Liability Litigation

    Opposition of plaintiff Victor Gomez to transfer of the following action to the United
States District Court for the Western District of Washington:

        Southern District of Texas

    *Victor Gomez v. Bayer Corp., et al.*, C.A. No. 7:05-311

MDL-1431 -- In re Baycol Products Liability Litigation

    Oppositions of plaintiffs Decoro Nercy, Juana Acosta, Emilia Gomez, and Rodobaldo
Naranjo to transfer of their respective following actions to the United States District Court for the
District of Minnesota:

        Southern District of Florida

    *Decoro Nercy v. Bayer Corp.*, C.A. No. 1:05-22458
    *Juana Acosta v. Bayer Corp.*, C.A. No. 1:05-22460
    *Emilia Gomez v. Bayer Corp.*, C.A. No. 1:05-22461
    *Rodobaldo Naranjo v. Bayer Corp.*, C.A. No. 1:05-22463

Schedule of Matters for Hearing Session, Section B                    p. 14
Orlando, Florida


MDL-1439 -- In re Farmers Insurance Exchange Claims Representatives' Overtime Pay
                Litigation

    Opposition of plaintiffs Kimberly Mackall, et al., to transfer of the following action to the
United States District Court for the District of Oregon:


            Central District of California

    *Kimberly Mackall, et al. v. Farmers Insurance Exchange*, C.A. No. 2:05-6059


MDL-1446 -- In re Enron Corp. Securities, Derivative & "ERISA" Litigation

    Opposition of plaintiff Westpac Banking Corporation to transfer of the following action
to the United States District Court for the Southern District of Texas:


            Southern District of New York

    *Westpac Banking Corp. v. Citibank, N.A.*, C.A. No. 1:05-6939


MDL-1456 -- In re Pharmaceutical Industry Average Wholesale Price Litigation

    Opposition of plaintiffs The State of Texas, et al., to transfer of the following action to
the United States District Court for the District of Massachusetts:


            Western District of Texas

    *The State of Texas, et al. v. Abbott Laboratories, Inc., et al.*, C.A. No. 1:05-897

Schedule of Matters for Hearing Session, Section B                          p. 15
Orlando, Florida


## MDL-1487 -- In re WorldCom, Inc., Securities & "ERISA" Litigation

Opposition of plaintiffs John Payne, et al.; Joseph Blount, et al.; Helen M. Hughes, et al.; Bird Abell, et al.; Ray D. Pasco, et al.; Mary Ann Rack, et al.; and Melvin Andrews, et al., to transfer of their respective following actions to the United States District Court for the Southern District of New York:

### Middle District of Alabama

*John Payne, et al. v. Citigroup, Inc., et al.*, C.A. No. 2:05-843

### Southern District of Florida

*Joseph Blount, et al. v. Citigroup, Inc., et al.*, C.A. No. 9:05-80826

### Middle District of Georgia

*Helen M. Hughes, et al. v. Citigroup, Inc., et al.*, C.A. No. 1:05-125
*Bird Abell, et al. v. Citigroup, Inc., et al.*, C.A. No. 4:05-104

### Northern District of Georgia

*Ray D. Pasco, et al. v. Citigroup, Inc., et al.*, C.A. No. 1:05-2408
*Mary Ann Rack, et al. v. Citigroup, Inc., et al.*, C.A. No. 1:05-2438
*Melvin Andrews, et al. v. Citigroup, Inc., et al.*, C.A. No. 2:05-143


## MDL-1507 -- In re Prempro Products Liability Litigation

Opposition of defendant Novo Nordisk Delivery Technologies, Inc., to transfer of the following action to the United States District Court for the Eastern District of Arkansas:

### Central District of California

*Ginger Uyechi, et al. v. Novo Nordisk Delivery Technologies, Inc., et al.*,
    C.A. No. 2:05-6963

MDL-1532 -- In re New Motor Vehicles Canadian Export Antitrust Litigation

Opposition of plaintiffs Paul Melangagio, et al., to transfer of the following action to the United States District Court for the District of Maine:

### District of Nebraska

*Paul Melangagio, et al. v. General Motors Corp., et al.*, C.A. No. 8:05-451

MDL-1535 -- In re Welding Fume Products Liability Litigation

Opposition of plaintiffs James Carn, et al., to transfer of the following action to the United States District Court for the Northern District of Ohio:

### Eastern District of Pennsylvania

*James Carn, et al. v. BOC Group, Inc., et al.*, C.A. No. 2:05-4839

MDL-1566 -- In re Western States Wholesale Natural Gas Antitrust Litigation

Opposition of plaintiff Sinclair Oil Corporation to transfer of the following actions to the United States District Court for the District of Nevada:

### Northern District of Oklahoma

*Sinclair Oil Corp. v. E-Prime, Inc., et al.*, C.A. No. 4:05-435

### District of Wyoming

*Sinclair Oil Corp. v. OneOK Energy Services Co., LP*, C.A. No. 1:05-254

Schedule of Matters for Hearing Session, Section B                          p. 17
Orlando, Florida


MDL-1574 -- In re Paxil Products Liability Litigation

      Opposition of defendant GlaxoSmithKline to transfer of the following action to the United States District Court for the Central District of California:

### District of District of Columbia

*Amanda Paine, etc. v. GlaxoSmithKline*, C.A. No. 1:05-574


MDL-1596 -- In re Zyprexa Products Liability Litigation

      Oppositions of plaintiffs and defendants Janssen, L.P.; Dr. Julia Fax; Dr. Joseph Spalding; and Bristol-Myers Squibb Company to transfer of their respective following actions to the United States District Court for the Eastern District of New York:

### Eastern District of Missouri

*Charles Reynolds v. Eli Lilly & Co., et al.*, C.A. No. 1:05-173
*Phyllis Edwards v. Eli Lilly & Co., et al.*, C.A. No. 1:05-174
*Linda Faye Robinson v. Eli Lilly & Co., et al.*, C.A. No. 1:05-176
*Barbara Province v. Eli Lilly & Co., et al.*, C.A. No. 1:05-187
*Jennifer Morlan v. Eli Lilly & Co., et al.*, C.A. No. 1:05-189
*Amanda Lilly & Eli Lilly & Co., et al.*, C.A. No. 1:05-190
*Gilbert Sabala v. Eli Lilly & Co., et al.*, C.A. No. 2:05-65
*William Anthony Ewing v. Eli Lilly & Co., et al.*, C.A. No. 2:05-66
*Valarie A. Chazelle v. Eli Lilly & Co., et al.*, C.A. No. 4:05-1806
*Patrick McDonald v. Eli Lilly & Co., et al.*, C.A. No. 4:05-1869
*Donna Luther v. Eli Lilly & Co., et al.*, C.A. No. 4:05-1870
*Gloria Black v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-1921
*Cindy Buck v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-1922
*Clifford Ferrin v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-1923
*Pamela Journey v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-1924
*Thomas McGee, etc. v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-1925
*Michelle McMahon v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-1926
*Brent Thomas v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-1927
*Reed Thompson v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-1928
*Tamila Watkins v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-1930

Schedule of Matters for Hearing Session, Section B                    p. 18
Orlando, Florida


MDL-1596 (Continued)


### Eastern District of Missouri (Continued)

*James Keetch v. Janssen Pharmaceutica, L.P., et al.*, C.A. No. 4:05-1931
*Shirley Helms v. Eli Lilly & Co., et al.*, C.A. No. 4:05-1936
*Gloria Lothridge v. Eli Lilly & Co., et al.*, C.A. No. 4:05-1937
*Joy Hufferd v. Eli Lilly & Co., et al.*, C.A. No. 4:05-1938

### Western District of Missouri

*Robert Henry v. Eli Lilly & Co., et al.*, C.A. No. 2:05-4317
*Shirley Copeland v. Eli Lilly & Co., et al.*, C.A. No. 2:05-4318
*Judy Laurence v. Eli Lilly & Co., et al.*, C.A. No. 2:05-4319
*Lindell Schmidt v. Eli Lilly & Co., et al.*, C.A. No. 2:05-4320
*Christina Quebedeaux v. Eli Lilly & Co., et al.*, C.A. No. 2:05-4326
*Ronald Forbes v. Eli Lilly & Co., et al.*, C.A. No. 2:05-4331
*Terri Finley v. Eli Lilly & Co., et al.*, C.A. No. 2:05-4332
*Barbara Benton v. Eli Lilly & Co., et al.*, C.A. No. 2:05-4337
*Rick Galati v. Eli Lilly & Co., et al.*, C.A. No. 2:05-4338
*Cindy Karsch v. Eli Lilly & Co., et al.*, C.A. No. 2:05-4339
*Scott Surface v. Eli Lilly & Co., et al.*, C.A. No. 2:05-4341
*Gina M. Easley v. Eli Lilly & Co., et al.*, C.A. No. 3:05-5150
*Gregory Bradley v. Eli Lilly & Co., et al.*, C.A. No. 4:05-932
*Janice A. Johnson v. Eli Lilly & Co., et al.*, C.A. No. 4:05-960
*Loretta Eads v. Eli Lilly & Co., et al.*, C.A. No. 4:05-987
*Michelle Wolfe v. Eli Lilly & Co., et al.*, C.A. No. 4:05-990
*Connie Stewart v. Eli Lilly & Co., et al.*, C.A. No. 6:05-3473
*James Caffey v. Eli Lilly & Co., et al.*, C.A. No. 6:05-3474
*Raymond Mincks v. Eli Lilly & Co., et al.*, C.A. No. 6:05-3485
*Ron Lipe v. Eli Lilly & Co., et al.*, C.A. No. 6:05-3487
*Bacil Warson v. Eli Lilly & Co., et al.*, C.A. No. 6:05-3488
*Laura Davis v. Eli Lilly & Co., et al.*, C.A. No. 6:05-3490
*Twila May Freeman v. Eli Lilly & Co., et al.*, C.A. No. 6:05-3504

Schedule of Matters for Hearing Session, Section B                                          p. 19
Orlando, Florida


MDL-1596 (Continued)


Motion of defendant Eli Lilly & Company for transfer of the following action to the United States District of Court for the Eastern District of New York:


District of South Carolina

*Roland Dowling v. Eli Lilly & Co.*, C.A. No. 2:05-2241


MDL-1604 -- In re Ocwen Federal Bank FSB Mortgage Servicing Litigation

Opposition of plaintiffs Gregory Pettaway, et al., to transfer of the following action to the United States District Court for the Northern District of Illinois:


Southern District of Alabama

*Gregory Pettaway, et al. v. Deutsche Bank National Trust Co.*, C.A. No. 2:05-489


MDL-1629 -- In re Neurontin Marketing, Sales Practices and Products Liability Litigation

Oppositions of plaintiffs Elmenia Johnson, etc.; Maria Aranda; and Jose Magdaleno Fonseca, et al., to transfer of their respective following actions to the United States District Court for the District of Massachusetts:


Eastern District of Louisiana

*Elmenia Johnson, etc. v. Pfizer, Inc.*, C.A. No. 2:05-3688


Southern District of Texas

*Maria Aranda v. Pfizer, Inc., et al.*, C.A. No. 7:05-309
*Jose Magdaleno Fonseca, et al. v. Pfizer, Inc., et al.*, C.A. No. 7:05-312

Schedule of Matters for Hearing Session, Section B                    p. 20
Orlando, Florida


MDL-1634 -- In re Peanut Crop Insurance Litigation

Motion of plaintiffs Texas Peanut Farmers, et al., for transfer of the following action to the United States District Court for the Eastern District of North Carolina:


Court of Federal Claims

*Texas Peanut Farmers, et al. v. U.S.A.*, C.A. No. 1:03-445


MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

Oppositions of plaintiffs and defendants Dartmouth-Hitchcock Medical Center; Roshini Pinto Power, M.D.; Charles Carr, M.D.; Brigham & Women's Hospital; Dr. Peter J. Millet; Maya Varshney, M.D.; and Rajendrakumar I. Patel, M.D., to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:


Middle District of Alabama

*Theatus Rawdon Beaty v. Merck & Co., Inc., et al.*, C.A. No. 2:05-880

Southern District of Illinois

*Elvin Elswick v. Merck & Co., Inc., et al.*, C.A. No. 3:05-645
*Stanely McNulty v. Merck & Co., Inc., et al.*, C.A. No. 3:05-661
*Gary Grizzell v. Merck & Co., Inc., et al.*, C.A. No. 4:05-4170

Eastern District of Kentucky

*Ronald E. Smith, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-68
*James Parsons, et al. v. Merck & Co., Inc.*, C.A. No. 5:05-412
*Gene Patterson, et al. v. Merck & Co., Inc.*, C.A. No. 5:05-413
*Tresa Brady, et al. v. Merck & Co., Inc., et al.*, C.A. No. 5:05-423
*Maudie F. Jones, et al. v. Merck & Co., Inc.*, C.A. No. 5:05-425

Schedule of Matters for Hearing Session, Section B                    p. 21
Orlando, Florida


MDL-1657 (Continued)


### Eastern District of Kentucky (Continued)

*Gerlene Stacy v. Merck & Co., Inc.*, C.A. No. 6:05-525
*Bonnie Engle v. Merck & Co., Inc.*, C.A. No. 6:05-565
*James T. Bevins, et al. v. Merck & Co., Inc.*, C.A. No. 7:05-317
*James Howell, et al. v. Merck & Co., Inc.*, C.A. No. 7:05-330

### Western District of Kentucky

*Elvis Meadors v. Merck & Co., Inc., et al.*, C.A. No. 1:05-136
*Harold Reiser v. Merck & Co., Inc., et al.*, C.A. No. 1:05-156
*James W. Thompson, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-549
*Jerry W. Kinslow, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-550
*Carl D. Mahan, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-565
*Samuel Bain, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-566
*Wenceslaus Klimesh, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-568
*Glen Kelly v. Merck & Co., Inc.*, C.A. No. 3:05-569
*Barry M. Kinslow v. Merck & Co., Inc.*, C.A. No. 3:05-570
*Barbara A. Reeves, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-571
*Betty Wooldridge, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-572
*Bernice Eversole, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-573
*Earl G. Crank, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-581
*Phillip Metcalf, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-582
*Allen Dowell, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-585
*Lois Zoll v. Merck & Co., Inc.*, C.A. No. 3:05-586
*Helen Dennison v. Merck & Co., Inc.*, C.A. No. 3:05-587
*Lana Yaggie, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-588
*Kim Young, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-589
*William E. Garrett, et al. v Merck & Co., Inc.*, C.A. No. 3:05-590
*William M. Adams, Jr., et al. v. Merck & Co., Inc.*, C.A. No. 3:05-591
*Linda Howard, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-592
*Richard Wigginton, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-593
*Sharon McDonald v. Merck & Co., Inc., et al.*, C.A. No. 3:05-595
*Dennie Miller, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-600
*David G. Thomas v. Merck & Co., Inc.*, C.A. No. 3:05-601
*George R. Hubbard, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-602

Schedule of Matters for Hearing Session, Section B                    p. 22
Orlando, Florida


MDL-1657 (Continued)


### Western District of Kentucky (Continued)

*Joseph E. Newton, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-603
*Elmer Smith, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-605
*Violet Bailey, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-606
*Joyce Skillman v. Merck & Co., Inc.*, C.A. No. 3:05-607
*Charles Ball, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-608
*Lucky Daniels, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-609
*Lovell S. Cottrell, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-610
*Charles Orange, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-615
*Earl J. Estep, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-616
*Michael T. Mooney, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-617
*Juanita King v. Merck & Co., Inc.*, C.A. No. 3:05-618
*Marjorie Staten, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-619
*Bernard Griffin, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-620
*Anthony Long, etc. v. Merck & Co., Inc.*, C.A. No. 3:05-621
*Cleo D. Gilbert, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-622
*Vanessa Wisenbaler v. Merck & Co., Inc.*, C.A. No. 3:05-626
*Charles Nantz, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-627
*Annie Hendrix v. Merck & Co., Inc.*, C.A. No. 3:05-628
*Carolyn A. Ward v. Merck & Co., Inc.*, C.A. No. 3:05-629
*William E. Kaufman, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-630
*Donna C. Russel, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-631
*Delbert Rakes, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-632
*Timmy Glass, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-646


### District of Massachusetts

*Kathleen Martin v. Merck & Co., Inc., et al.*, C.A. No. 1:05-11716

### Eastern District of Missouri

*Michael Elder, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1268
*Nina Cook, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1272
*George Likins, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1273
*Tyrone Dawson, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1291

Schedule of Matters for Hearing Session, Section B                    p. 23
Orlando, Florida


MDL-1657 (Continued)


Eastern District of Missouri (Continued)

*Evelyn Light, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1463
*Fulton Lacy, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1465
*Roberta Sterling, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1466
*Betty Jean Gant et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1490
*Jane Latham, et al. v. Merrck & Co., Inc., et al.*, C.A. No. 4:05-1491
*Jefferson Euell, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1497
*Barbara Gustin, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1514
*Martin Zide, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1520
*Ginger Hugo, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1557


Western District of Missouri

*Jimmie Collins v. Merck & Co., Inc., et al.*, C.A. No. 3:05-5142


Southern District of New York

*Douglas A. Spalter, et al. v. Merck & Co., Inc., et al.*, C.A. No. 1:05-7301


Western District of New York

*Brian North v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6475


Eastern District of Tennessee

*James E. Queen, et al. v. Merck & Co., Inc.*, C.A. No. 1:05-283


Western District of Texas

*Sulema L. Banda, et al. v. Merck & Co., Inc., et al.*, C.A. No. 5:05-950

Schedule of Matters for Hearing Session, Section B                          p. 24
Orlando, Florida


MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation
MDL-1699 -- In re Bextra and Celebrex Marketing, Sales Practices and Products Liability
             Litigation

     Oppositions of plaintiffs Jackie Collins and Gracie Blount and defendants Gene L.
Watterson, M.D.; Joseph Singleton, M.D.; Nellie Casandra Comer, M.D.; and Wallace Purdy,
M.D., to transfer of their respective following actions to the United States District Court for the
Eastern District of Louisiana in MDL-1657 and to the United States District Court for the
Northern District of California in MDL-1699:


       Northern District of Alabama

   *Juanell Y. McBrayer Wilkes, et al. v Merck & Co., Inc., et al.*, C.A. No. 2:05-1214

       Southern District of Illinois

   *Jackie Collins v. Merck & Co., Inc., et al.*, C.A. No. 3:05-451
   *Gracie Blount v. Merck & Co., Inc., et al.*, C.A. No. 3:05-673


MDL-1658 -- In re Merck & Co., Inc., Securities, Derivative & "ERISA" Litigation

     Opposition of plaintiff State of Oregon, etc., to transfer of the following action to the
United States District Court for the District of New Jersey:


       District of Oregon

   *State of Oregon, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-1463

Schedule of Matters for Hearing Session, Section B                    p. 25
Orlando, Florida

## MDL-1663 -- In re Insurance Brokerage Antitrust Litigation

Oppositions of plaintiff Bensley Construction, Inc., and defendants Liberty Mutual Group, Inc.; Liberty Mutual Insurance Company; Liberty Mutual Fire Insurance Company; Employers Insurance Company of Wausau; and St. James Insurance Company, Ltd., to transfer of the following action to the United States District Court for the District of New Jersey:

### District of Massachusetts

*Bensley Construction, Inc. v. Marsh & McLennan Companies, Inc., et al.,*
   C.A. No. 1:05-11249

## MDL-1699 -- In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Northern District of California:

### Middle District of Alabama

*Katie Thomas v. Pfizer, Inc., et al.,* C.A. No. 2:05-824
*Rosa M. Nelson v. Pfizer, Inc., et al.,* C.A. No. 2:05-832
*Ozzie Jackson v. Pfizer, Inc., et al.,* C.A. No. 2:05-841
*William Randolph Hall, Sr., etc. v. Pfizer, Inc., et al.,* C.A. No. 2:05-941

### Western District of Kentucky

*Roger G. Ewing v. Pfizer, Inc.,* C.A. No. 3:05-598

### Eastern District of Louisiana

*Raymond Audler, et al. v. Pfizer, Inc., et al.,* C.A. No. 2:05-2436

### Western District of Louisiana

*Gayle Swilley, et al. v. Pfizer, Inc.,* C.A. No. 1:05-761

Schedule of Matters for Hearing Session, Section B        p. 26
Orlando, Florida


MDL-1699 (Continued)


### Eastern District of Missouri

*Vern Bowers v. Pfizer, Inc., et al.*, C.A. No. 4:05-1302
*Edward Vitt v. Pfizer, Inc., et al.*, C.A. No. 4:05-1303
*Georgette Asbury v. Pharmacia Corp., et al.*, C.A. No. 4:05-1602
*Brenda Bryan v. Monsanto Co., et al.*, C.A. No. 4:05-1603
*Frances D. Bangs v. Pharmacia Corp., et al.*, C.A. No. 4:05-1604
*J.C. Bunch v. Pharmacia Corp., et al.*, C.A. No. 4:05-1605
*Kathy Dimick v. Pharmacia Corp., et al.*, C.A. No. 4:05-1606
*Marla Harper v. Monsanto Co., et al.*, C.A. No. 4:05-1607
*Beverly Mitchell v. Monsanto Co., et al.*, C.A. No. 4:05-1608
*Sonja Mooberry v. Monsanto Co., et al.*, C.A. No. 4:05-1609
*Helen Zdrakovich v. Pfizer, Inc., et al.*, C.A. No. 4:05-1610
*Jewell Allen v. Pfizer, Inc., et al.*, C.A. No. 4:05-1611
*John Beaber v. Pfizer, Inc., et al.*, C.A. No. 4:05-1612
*Leonard Berry v. Pfizer, Inc., et al.*, C.A. No. 4:05-1613
*Rogelio Caldera v. Pfizer, Inc., et al.*, C.A. No. 4:05-1614
*Sybil Ball v. Monsanto Co., et al.*, C.A. No. 4:05-1615
*Henry Cooper v. Pfizer, Inc., et al.*, C.A. No. 4:05-1617
*Eugene Clervi v. Pfizer, Inc., et al.*, C.A. No. 4:05-1619
*Alberta Cox v. Pfizer, Inc., et al.*, C.A. No. 4:05-1620
*Linda Douglas v. Pfizer, Inc., et al.*, C.A. No. 4:05-1621
*Robert Gordon v. Pfizer, Inc., et al.*, C.A. No. 4:05-1622
*Betty Jo Green v. Pfizer, Inc., et al.*, C.A. No. 4:05-1623
*Hazel Humphrey v. Pfizer, Inc., et al.*, C.A. No. 4:05-1624
*Rudean Hurt v. Pfizer, Inc., et al.*, C.A. No. 4:05-1625
*Robert Kraemer v. Pfizer, Inc., et al.*, C.A. No. 4:05-1626
*Brenda Mahone v. Pfizer, Inc., et al.*, C.A. No. 4:05-1627
*Leonard Mask v. Pfizer, Inc., et al.*, C.A. No. 4:05-1628
*Dolores McNearney v. Pfizer, Inc., et al.*, C.A. No. 4:05-1629
*Daniel Moser v. Pfizer, Inc., et al.*, C.A. No. 4:05-1630
*Dolly Peterson v. Pfizer, Inc., et al.*, C.A. No. 4:05-1631
*Lilly Pierce v. Pfizer, Inc., et al.*, C.A. No. 4:05-1632
*Timothy Tarpley v. Pfizer, Inc., et al.*, C.A. No. 4:05-1633
*William Washington v. Pfizer, Inc., et al.*, C.A. No. 4:05-1634
*Helen Webb v. Pfizer, Inc., et al.*, C.A. No. 4:05-1635

MDL-1699 (Continued)

<u>Eastern District of Missouri</u> (Continued)

*Raymond Winn v. Pfizer, Inc., et al.*, C.A. No. 4:05-1636
*Jack Backowski v. Monsanto Co., et al.*, C.A. No. 4:05-1637
*Sandy Jeffers v. Monsanto Co., et al.*, C.A. No. 4:05-1638
*Billy Tarlton Lafoon, Jr. v. Pharmacia Corp., et al.*, C.A. No. 4:05-1639
*Patty Welch v. Pfizer, Inc., et al.*, C.A. No. 4:05-1640
*Teresa Whitledge v. G.D. Searle, LLC, et al.*, C.A. No. 4:05-1641
*Donna Alubur v. Monsanto Co., et al.*, C.A. No. 4:05-1642
*Sharlene Border v. Monsanto Co., et al.*, C.A. No. 4:05-1643
*Charles Bruun v. G.D. Searle, LLC, et al.*, C.A. No. 4:05-1644
*Tireta Johnson v. Monsanto Co., et al.*, C.A. No. 4:05-1645
*Tina McCoy v. Monsanto Co., et al.*, C.A. No. 4:05-1646
*Evelina Anderson, et al. v. Monsanto Co., et al.*, C.A. No. 4:05-1647
*Deborah Caywood, et al. v. Monsanto Co., et al.*, C.A. No. 4:05-1648
*Don Stobbe v. Monsanto Co., et al.*, C.A. No. 4:05-1649
*Stephanie Shearer v. Monsanto Co., et al.*, C.A. No. 4:05-1650
*John Cogle v. Monsanto Co., et al.*, C.A. No. 4:05-1651
*Thomas DeVault v. Monsanto Co., et al.*, C.A. No. 4:05-1652
*James Dougan v. Monsanto Co., et al.*, C.A. No. 4:05-1653
*Margaret Hamilton v. Monsanto Co., et al.*, C.A. No. 4:05-1654
*Wanda Newport v. Monsanto Co., et al.*, C.A. No. 4:05-1655
*Phyllis Taylor v. Monsanto Co., et al.*, C.A. No. 4:05-1656
*Thomas Nolan v. Monsanto Co., et al.*, C.A. No. 4:05-1657
*Barbara Singleton v. Monsanto Co., et al.*, C.A. No. 4:05-1658
*Judy McRoberts v. Pfizer, Inc., et al.*, C.A. No. 4:05-1659
*Carol Snowbarger v. Monsanto Co., et al.*, C.A. No. 4:05-1660
*William Stutz v. Monsanto Co., et al.*, C.A. No. 4:05-1661
*Margaret White v. Monsanto Co., et al.*, C.A. No. 4:05-1662
*Edward Wilt v. Monsanto Co., et al.*, C.A. No. 4:05-1663
*Ardella Heckman v. Monsanto Co., et al.*, C.A. No. 4:05-1664

Schedule of Matters for Hearing Session, Section B                              p. 28
Orlando, Florida


MDL-1718 -- In re Ford Motor Co. Speed Control Deactivation Switch Products Liability
                    Litigation

        Opposition of plaintiff Rick R. Williams to transfer of the following action to the United
States District Court for the Eastern District of Michigan:


            Southern District of Illinois

    *Rick R. Williams v. Ford Motor Co., Inc., et al.*, C.A. No. 3:05-647

<u>RULE 16.1:</u>     <u>HEARING SESSIONS AND ORAL ARGUMENT</u>

(a)     Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel. The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)     Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c)     No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:

(i)     the dispositive issue(s) have been authoritatively decided; or

(ii)     the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.

Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)     In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised. If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules. Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)     Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)     Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)     Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter. The time shall be divided equally among those with varying viewpoints. Counsel for the moving party or parties shall generally be heard first.

- 2 -

(h)     So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)     After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BENSLEY CONSTRUCTION, INC.
on its own behalf and on behalf of all others similarly
situated,

                          Plaintiff,

       v.

MARSH & MCLENNAN COMPANIES, INC.,
MARSH, INC., ACE USA, ACE INA, AMERICAN
INTERNATIONAL GROUP, AMERICAN
REINSURANCE COMPANY, ARTHUR J.
GALLAGHER & CO., HILB ROGAL & HOBBS,
COMPANY, WILLIS GROUP HOLDINGS, LTD.,
WILLIS NORTH AMERICA INC., WILLIS GROUP
LTD., UNIVERSAL LIFE RESOURCES,
UNIVERSAL LIFE RESOURCES, INC. (d/b/a ULR
INSURANCE SERVICES, INC.), THE CHUBB
CORPORATION, USI HOLDINGS, INC., METLIFE,
INC., PRUDENTIAL FINANCIAL, INC.,
UNUMPROVIDENT CORPORATION, THE ST.
PAUL TRAVELERS COMPANIES, INC., ZURICH
AMERICAN INSURANCE COMPANY, LIBERTY
MUTUAL GROUP INC., LIBERTY MUTUAL
INSURANCE COMPANY, LIBERTY MUTUAL
FIRE INSURANCE COMPANY, EMPLOYERS
INSURANCE COMPANY OF WAUSAU, and ST.
JAMES INSURANCE COMPANY LTD.,

                          Defendants.

Civil Action No. 05 11249 GAO

## NOTICE OF JPML SCHEDULING ORDER

Defendants Marsh & McLennan Companies, Inc. and Marsh, Inc. (collectively "Marsh") hereby file this Notice of JPML Scheduling Order in the above captioned matter.

On December 15, 2005, the Judicial Panel on Multidistrict Litigation (the "Panel") issued a Hearing Session Order for January 26, 2006 (the "Order"). The Order sets forth, inter alia, that the Panel will consider, without oral argument, the

issuance of a final transfer order in above captioned matter.  A copy of the Hearing Session Order is attached as Exhibit 1 to this Notice.  The above captioned matter is referenced at numbered page 25 of the attached Exhibit 1.

DATED: December 19, 2005

Respectfully Submitted by,

Marsh & McLennan Companies, Inc.
Marsh Inc.,

By their attorneys,

/s/ Joshua Vitullo
Daniel S. Savrin BBO #555434
Joshua Vitullo BBO #654310
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
617-951-8000

Of Counsel:
Mitchell J. Auslander, Esq.
John R. Oller, Esq.
Christopher J. St. Jeanos, Esq.
Kristin Branson, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, N.Y. 10019-6099
212 728-8000

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following by

electronic notice and/or first-class mail on December 19, 2005:

Bensley Construction Inc.

Kenneth G. Gilman, Esq.
Douglas J. Hoffman, Esq.
Gilman and Pastor, LLP
60 State Street, 37th Floor
Boston, MA  02109

The Chubb Corporation

John A.D. Gilmore, Esq.
DLA Piper Rudnick Gray Cary
One International Place, 21st Fl.
Boston, MA  02110-2600

Laura Besvinick, Esq.
Hogan & Hartson LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, FL 33131

Liberty Mutual Group Inc.
Liberty Mutual Insur. Company
Liberty Mutual Fire Insur. Company
Employers Insur. Co. Of Wausau
St. James Insurance Company Ltd.

Ralph T. LePore, III, Esq.
James M. Tierney, Esq.
Holland & Knight LLP
10 St. James Avenue
Boston, MA  02116

ACE USA and ACE INA

Philip T. Newbury, Esq.
Mark J. Claflin BBO
Howd & Ludorf, LLC
65 Wethersfield Ave.
Hartford, CT 06114

Zurich American Insurance Company

Bruce W. Edmands, Esq.
Eckert Seamans Cherin & Mellott, LLC
One International Place
Boston, MA 02110

American International Group, Inc.

Brien T. O'Connor, Esq.
Timothy J. Casey, Esq.
Ropes & Gray LLP
One International Place
Boston, MA  02110

- 3 -

American Re-Insurance Company

Paula M. Bagger, Esq.
Cooke Clancy & Gruenthal LLP
265 Franklin Street
Boston, MA 02110

Arthur J. Gallagher & Co.

Edwin M. Larkin, Esq.
Lina M. Viviano, Esq.
200 Park Avenue
New York, NY 10166-4193

Hilb Rogal & Hobbs, Company

Juliane Balliro, Esq.
Wolf, Block, Schorr and Solis-Cohen LLP
One Beacon Street, 41st Floor
Boston, MA 02108-3106

Willis Group Holdings, Ltd., Willis North
America Inc., and Willis Group Ltd.

James V. Masella III, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Universal Life and Resources, Universal Life
Resources, Inc. (d/b/a ULR Insurance
Services, Inc.)

David Gabianelli, Esq.
Ray L. Wong, Esq.
Ned M. Gelhaar, Esq.
Hancock Rothert and Bunshoft LLP
Four Embarcadero Center, Ste. 300
San Francisco, CA 94111

USI Holdings Corp.

Ian Crawford, Esq.
Todd & Weld LLP
28 State Street, 31st Fl.
Boston, MA 02109

MetLife, Inc.

Daniel B. Winslow, Esq.
Patricia R. Rich, Esq.
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210

Prudential Financial, Inc.

Barry Y. Weiner, Esq.
Maureen Mulligan, Esq.
Ruberto, Israel & Weiner
100 North Washington Street
Boston, MA 02114

UnumProvident Corporation

Joseph Hamilton, Esq.
Mirick, O'Connell, DeMallie &
     Lougee, LLP
100 Front Street
Worcester, MA 01608-1477

The St. Paul Travelers Companies, Inc.

Paul C. Curnin, Esq.
Michael J. Garvey, Esq.
David H. LaRocca, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

/s/ Josh Vitullo
Joshua Vitullo

- 5 -