UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BENSLEY CONSTRUCTION, INC,
on its own behalf and on behalf
of all others similarly situated,

Plaintiff,

v.

MARSH & MCLENNAN COMPANIES, INC.,
MARSH, INC., ACE USA, ACE INA,
AMERICAN INTERNATIONAL GROUP,
AMERICAN REINSURANCE COMPANY,
ARTHUR J. GALLAGHER & CO., HILB ROGAL
& HOBBS COMPANY, WILLIS GROUP
HOLDINGS, LTD., WILLIS NORTH AMERICA,
INC., WILLIS GROUP LTD., UNIVERSAL LIFE
RESOURCES, INC. (d/b/a ULR INSURANCE
SERVICES, INC.), THE CHUBB
CORPORATION, USI HOLDINGS, INC.,
METLIFE, INC. PRUDENTIAL FINANCIAL,
INC., UNUMPROVIDENT CORPORATION,
THE ST. PAUL TRAVELERS COMPANIES,
INC., ZURICH AMERICAN INSURANCE
COMPANY, LIBERTY MUTUAL GROUP, INC.,
LIBERTY MUTUAL INSURANCE COMPANY,
LIBERTY MUTUAL FIRE INSURANCE
COMPANY, EMPLOYERS INSURANCE
COMPANY OF WAUSAU and ST. JAMES
INSURANCE COMPANY LTD.,

Defendants.

Civil Action No. 05-11249-GAO

## MOTION FOR LEAVE TO WITHDRAW OF DAVID B. HOBBIE

The undersigned counsel, David B. Hobbie, hereby moves pursuant to Local Rule

83.5.2(c) for leave to withdraw his appearance as counsel for Defendant Zurich American

Insurance Company ("Zurich"). As grounds therefor, counsel states the following:

1.  I am no longer associated with Eckert Seamans Cherin & Mellott.  My attempt to withdraw from representation of Defendant Zurich is preceded by the notice of appearance of Bruce W. Edmands, Esq. of that firm, who will continue to represent that Defendant's interests.

2.  Leave to withdraw is required because there are numerous motions pending before this Court, as specified in the Court's October 26th Order and as filed with the Court since that date.

3.  No trial date has been set in this matter.

4.  I have consulted with Plaintiff's counsel Kenneth Gilman on this matter and on behalf of the Plaintiffs he assented to this Motion For Leave to Withdraw.

5.  Because of Mr. Edmands' continued representation of Zurich, no prejudice to my client will result from my withdrawal.

WHEREFORE, David B. Hobbie respectfully requests leave to withdraw from this action as counsel for Zurich American Insurance Company.

_____/s David B. Hobbie_____
David B. Hobbie (BBO # 637107)
Eckert, Seamans Cherin & Mellott LLC
One International Place
Boston, MA 02110

December 22, 2005

Rule 7.1 Certification

I, David B. Hobbie, certify that I have conferred with plaintiff's counsel Kenneth Gilman by telephone on December 20, 2005, and obtained his assent to the within Motion.


_____ /s David B. Hobbie ___

## CERTIFICATE OF SERVICE

I, David B. Hobbie, hereby certify that on the 22nd day of December, 2005, I caused a true and correct copy of the Motion For Leave To Withdraw Of David B. Hobbie to be served electronically or by first class mail upon all counsel of record as indicated by the following service list:

/s/ David B. Hobbie
David B. Hobbie

## SERVICE LIST

Daniel S. Savrin, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
*(Attorneys for Marsh & McLennan Companies, Inc. and Marsh, Inc.)*

Ralph T. Lepore, III, Esq.
James M. Tierney, Esq.
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
*(Attorneys for Liberty Mutual Group, Inc., Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Employers Insurance Company of Wausau, and St. James Insurance Company Ltd.)*

John AD Gilmore, Esq.
DLA Piper Rudnick Gray Gary
One International Place, 21st Floor
Boston, MA 02110-2600
*(Attorneys for The Chubb Corporation)*

Laura Besvinick, Esq.
Hogan & Hartson LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, FL 33131
*(Attorneys for The Chubb Corporation)*

Brien T. O'Connor, Esq.
Timothy J. Casey, Esq.
Ropes & Gray LLP
One International Place
Boston, MA 02110
*(Attorneys for American Insurance Group, Inc.)*

Roberta A. Kaplan, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
*(Attorneys for American Insurance Group, Inc.)*

Kenneth G. Gilman, Esq.
Gilman and Pastor, LLP
60 State Street
37th Floor
Boston, MA 02109
*(Attorneys for Plaintiff)*

Paul C. Curnin, Esq.
Michael J. Garvey, Esq.
David H. LaRocca, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
*(Attorneys for The St. Paul Travelers Companies, Inc.)*

Joseph Hamilton, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
*(Attorneys for Unum Provident Corporation)*

Deborah E. Hryb, Esq.
Patrick W. Shea, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard, 9th Floor
Stamford, CT 06901
*(Attorneys for Unum Provident Corporation)*

John R. Middleton, Jr., Esq.
Lowenstein Sandier, PC
65 Livingston Avenue
Roseland, NJ 07068
*(Attorneys for Prudential Financial, Inc.)*

Daniel B. Winslow, Esq.
Patricia R. Rich, Esq.
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
*(Attorneys for MetLife, Inc.)*

Ian Crawford, Esq.
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
*(Attorneys for USI Holdings Corp.)*

Robert H. Pees, Esq.
Vadim Sarma, Esq.
Akin Gump Strauss Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022-2524
*(Attorneys for USI Holdings Corp.)*

David Gabianelli, Esq.
Ray L. Wong, Esq.
Ned M. Gelhaar, Esq.
Hancock Rothert and Bunshoft LLP
Four Embarcadero Center, Suite 300
San Francisco, CA 94111
*(Attorneys for Universal Life Resources, Universal Life Resources, Inc. (D/B/A ULR Insurance Services, Inc.)*

James V. Masella III, Esq.
Richard C. Pepperman, II, Esq.
Anastasia A. Angelova, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498
*(Attorneys for Willis Group Holdings, Ltd., Willis North*

America, Inc., and Willis Group Ltd.)*
Juliane Balliro, Esq.
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, MA 02108-3106
*(Attorneys for Hilb Rogal & Hobbs Company)*

Ingrid Hlawaty, Esq.
Edwin M. Larkin, Esq.
Lina M. Viviano, Esq.
Winston & Strawn, LLP
200 Park Avenue
New York, NY 10166-4193
*(Attorneys for Arthur J. Gallagher & Co.)*

Terry M. Grimm, Esq.
Stephen C. Schulte, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, II 60601
*(Attorneys for Arthur J. Gallagher & Co.)*

Bruce W. Edmands, Esq.
Eckert Seamans Cherin & Mellott, LLC
One International Place
Boston, MA 02110
*(Attorneys for Zurich American Insurance Company)*

John F. Collins, Esq.
Molly Lehr, Esq.
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019
*(Attorneys for American Re-Insurance Company)*

Philip T. Newbury, Esq.
Mark J. Claflin, Esq.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114
*(Attorneys for ACE USA, ACE INA)*

H. Lee Godfrey, Esq.
Neal S. Manne, Esq.
Susman Godfrey LLP
1000 Louisiana Street, Suite 5100
Houston, TX 77002
*(Attorneys for ACE USA, ACE INA)*