# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENSLEY CONSTRUCTION, INC., on its own behalf and on behalf of all others similarly situated<br>　　　　　　Plaintiff,<br>　　v.<br><br>MARSH & MCLENNAN COMPANIES, INC., MARSH, INC., ACE USA, ACE INA, AMERICAN INTERNATIONAL GROUP, AMERICAN REINSURANCE COMPANY, ARTHUR J. GALLAGHER & CO., HILB ROGAL & HOBBS, COMPANY, WILLIS GROUP HOLDINGS, LTD., WILLIS NORTH AMERICA INC., WILLIS GROUP LTD., UNIVERSAL LIFE RESOURCES, UNIVERSAL LIFE RESOURCES, INC. (d/b/a ULR INSURANCE SERVICES, INC.), THE CHUBB CORPORATION, USI HOLDINGS, INC., METLIFE, INC., PRUDENTIAL FINANCIAL, INC., UNUMPROVIDENT CORPORATION, THE ST. PAUL TRAVELERS COMPANIES, INC., ZURICH AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL GROUP INC., LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, EMPLOYERS INSURANCE COMPANY OF WAUSAU, and ST. JAMES INSURANCE COMPANY LTD.,<br><br>　　　　　　Defendants. | Civil Action No. 05-11249-GAO |

## WITHDRAWAL OF NOTICE OF APPEARANCE

Please withdraw the appearance of Sarah L. Levine of Ropes & Gray LLP as counsel of record for Defendant American International Group, Inc. ("AIG")[1] in the above-captioned action.

                    Respectfully submitted,

                    AMERICAN INTERNATIONAL
                    GROUP, INC.

                    By its attorney,

                    /s/ Sarah L. Levine_____
                    Sarah L. Levine (BBO No. 651718)
                    Ropes & Gray LLP
                    One International Place
                    Boston, MA  02110-2624
                    (617) 951-7000

                    Kenneth A. Gallo
                    Daniel J. Leffell
                    Paul, Weiss, Rifkind, Wharton &
                        Garrison LLP
                    1285 Avenue of the Americas
                    New York, NY  10019-6064
                    (212) 373-3000

Dated: February 6, 2006

---

[1] The Complaint names as a Defendant "American International Group," not American International Group, Inc. ("AIG").  In filing this disclosure statement, AIG expressly reserves any and all rights and defenses available under Rule 12 of the Federal Rules of Civil Procedure including, but not limited to, arguments concerning ineffective service of process and that AIG is not a proper party to this action.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the following by first-class mail on February 6, 2006:

| | |
|---|---|
| Bensley Construction Inc. | Kenneth G. Gilman, Esq.<br>Douglas J. Hoffman, Esq.<br>Gilman and Pastor, LLP<br>60 State Street, 37th Floor<br>Boston, MA  02109 |
| Marsh & McLennan Companies, Inc.<br>Marsh, Inc. | Donald K. Stern, Esq.<br>Daniel S. Savrin, Esq.<br>Joshua Vitullo, Esq.<br>Bingham McCutchen LLP<br>150 Federal Street<br>Boston, MA  02110 |
| The Chubb Corporation | John A.D. Gilmore, Esq.<br>DLA Piper Rudnick Gray Cary<br>One International Place, 21st Floor<br>Boston, MA  02110-2600<br><br>Laura Besvinick, Esq.<br>Hogan & Hartson LLP<br>Mellon Financial Center<br>1111 Brickell Avenue, Suite 1900<br>Miami, FL  33131 |
| Liberty Mutual Group Inc.,<br>Liberty Mutual Insurance Co.,<br>Liberty Mutual Fire Insurance Co.,<br>Employers Insurance Co. of Wausau,<br>St. James Insurance Company Ltd. | Ralph T. LePort, III, Esq.<br>James M. Tierney, Esq.<br>Holland & Knight LLP<br>10 St. James Avenue<br>Boston, MA  02116 |
| The St. Paul Travelers Companies, Inc. | Paul C. Curnin, Esq.<br>Michael J. Garvey, Esq.<br>David H. LaRocca, Esq.<br>Simpson Thatcher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY  10017 |
| UnumProvident Corporation | Joseph Hamilton, Esq. |

|  |  |
|---|---|
|  | Mirick, O'Connell, DeMallie<br>  & Lougee, LLP<br>100 Front Street<br>Worcester, MA  01608-1477 |
|  | Deborah E. Hryb, Esq.<br>Patrick W. Shea, Esq.<br>Paul, Hastings, Janofsky &<br>  Walker LLP<br>1055 Washington Blvd.<br>9th Floor<br>Stamford, CT  06901 |
| Prudential Financial, Inc. | John R. Middleton, Jr., Esq.<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ  07068<br>973-597-2582 |
| MetLife, Inc. | Daniel B. Winslow, Esq.<br>Patricia R. Rich, Esq.<br>Duane Morris LLP<br>470 Atlantic Avenue, Suite 500<br>Boston, MA  02210 |
| USI Holdings Corp. | Ian Crawford, Esq.<br>Todd & Weld LLP<br>28 State Street, 31st Floor<br>Boston, MA  02109 |
|  | Robert H. Pees, Esq.<br>Vadim Sarma, Esq.<br>Akin Gump Strauss Hauer<br>  & Feld LLP<br>590 Madison Avenue<br>New York, NY  10022-2524 |
| Universal Life Resources,<br>Universal Life Resources, Inc.<br>(d/b/a ULR Insurance Services, Inc.) | David Gabianelli, Esq.<br>Ray L. Wong, Esq.<br>Ned. M. Gelhaar, Esq.<br>Hancock Rothert and Bunshoft LLP<br>Four Embarcadero Center, St. 300<br>San Francisco, CA  94111 |
| Willis Group Holdings, Ltd.,<br>Willis North America Inc., | James V. Masella III, Esq.<br>Sullivan & Cromwell LLP |

-5-

| | |
|---|---|
| Willis Group Ltd. | 125 Broad Street<br>New York, NY  10004<br>212-558-4000 |
| | Richard C. Pepperman II, Esq.<br>Anastasia A. Angelova, Esq.<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY  10004-2498 |
| Hilb Rogal & Hobbs, Company | Juliane Balliro, Esq.<br>Perkins Smith & Cohen LLP<br>One Beacon Street, 30th Floor<br>Boston, MA  02108-3106 |
| Arthur J. Gallagher & Co. | Ingrid Hlawaty, Esq.<br>Edwin M. Larkin, Esq.<br>Lina M. Viviano, Esq.<br>200 Park Avenue<br>New York, NY  10166-4193 |
| | Terry M. Grimm, Esq.<br>Stephen C. Schulte, Esq.<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL  60601 |
| Zurich American Insurance Company | Bruce W. Edmands, Esq.<br>Eckert Seamans Cherin<br>   & Mellot, LLC<br>One International Place<br>Boston, MA  02110 |
| American Re-Insurance Company | John F. Collins, Esq.<br>Molly Lehr, Esq.<br>Dewey Ballantine LLP<br>1301 Avenue of the Americas<br>New York, NY  10019 |
| ACE USA,<br>ACE INA | Philip T. Newbury, Esq.<br>Mark J. Claflin, Esq.<br>Howd & Ludorf, LLC<br>65 Wethersfield Ave.<br>Hartford, CT  06114 |

-6-

          H. Lee Godfrey, Esq
          Neal S. Manne, Esq.
          Johnny W. Carter, Esq.
          Jeffrey R. Seely, Esq.
          Susman Godfrey LLP
          1000 Louisiana St., Ste. 5100
          Houston, TX  77002


          /s/ Sarah L. Levine
          Sarah L. Levine